IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § § § § § § § § § § § § | CASE NO. 03:09-CV-0724-N |
| Plaintiff, | | |
| v. | | |
| JAMES R. ALGUIRE, ET AL., | | |
| Relief Defendants. | | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PERSHING LLC

Pursuant to Federal Rule of Civil Procedure 7.1, Pershing LLC states that it is a wholly-owned subsidiary of Pershing Group LLC, which is a wholly-owned subsidiary of The Bank of New York Mellon Corporation. The Bank of New York Mellon Corporation is a publicly traded corporation. There are no publicly held corporations that own 10% or more of the stock of The Bank of New York Mellon Corporation.

Dated: August 19, 2009

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

/s/
_____
    Rodney Acker
    Texas State Bar No. 00830700
    Ellen Sessions
    Texas State Bar No. 00796282
    Barton Wayne Cox
    Texas State Bar No. 24065087
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

ATTORNEYS FOR DEFENDANT PERSHING LLC

## CERTIFICATE OF SERVICE

On August 19, 2009, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I will serve the Plaintiffs individually or through their counsel of record, electronically, or by other means authorized by the Court or the Federal Rules of Civil Procedure.

/s/ _____