**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL. | § § § § § | |
| Plaintiff, | § § | Case No. 03:09-CV-0724-N |
| v. | § § | |
| JAMES R. ALGUIRE, ET AL. | § § | |
| Relief Defendants. | § § | |

___

**APPENDIX IN SUPPORT OF RECEIVER'S SUPPLEMENTAL COMPLAINT
AGAINST STANFORD FINANCIAL GROUP ADVISORS**
___

**THE FINANCIAL ADVISORS**

| ID | Name | CD Proceeds[1] |
|---|---|---|
| 1 | Paul Adkins | $ 494,384 |
| 2 | Jeannette Aguilar | 77,390 |
| 3 | James R. Alguire | 1,073,472 |
| 4 | Peggy Allen | 101,282 |
| 5 | Orlando Amaya | 68,396 |
| 6 | Victoria Anctil | 242,811 |
| 7 | Tiffany Angelle | 675,663 |
| 8 | Susana Anguiano | 92,255 |
| 9 | Sylvia Aquino | 1,563,067 |
| 10 | Juan Araujo | 220,573 |
| 11 | Monica Ardesi | 196,584 |
| 12 | George Arnold | 229,071 |
| 13 | John Michael Arthur | 371,024 |
| 14 | Mauricio Aviles | 90,944 |
| 15 | Brown Baine | 226,671 |
| 16 | Timothy Bambauer | 1,007,767 |
| 17 | Isaac Bar | 73,878 |
| 18 | Elias Barbar | 189,555 |
| 19 | Stephen R. Barber | 122,667 |
| 20 | Jonathan Barrack | 291,753 |
| 21 | Robert Barrett | 58,042 |
| 22 | Marie Bautista | 679,283 |
| 23 | Oswaldo Bencomo | 391,096 |
| 24 | Teral Bennett | 347,684 |
| 25 | Andrea Berger | 341,703 |
| 26 | Norman Blake | 897,799 |
| 27 | Stephen G. Blumenreich | 695,543 |
| 28 | Michael Bober | 622,457 |
| 29 | Nigel Bowman | 802,776 |
| 30 | Brad Bradham | 69,385 |
| 31 | Fabio Bramanti | 216,982 |
| 32 | Alexandre Braune | 193,296 |
| 33 | Charles Brickey | 563,816 |
| 34 | Alan Brookshire | 586,647 |
| 35 | Nancy Brownlee | 178,491 |
| 36 | George Cairnes | 283,958 |
| 37 | Fausto Callava | 105,425 |

---

[1] "CD Proceeds" includes the cumulative outstanding loan amount, SIBL CD commissions, bonuses, and Performance Appreciation Rights Plan ("PARS") payments.

| ID | Name | CD Proceeds |
|---|---|---:|
| 38 | Robert Bryan Cannon | 68,333 |
| 39 | Frank Carpin | 482,521 |
| 40 | Rafael Carriles | 53,638 |
| 41 | James C. Chandley | 783,448 |
| 42 | Jane Chernovetzky | 92,846 |
| 43 | Susana Cisneros | 337,991 |
| 44 | Ron Clayton | 1,302,287 |
| 45 | Neal Clement | 878,954 |
| 46 | Christopher Collier | 616,254 |
| 47 | Jay Comeaux | 821,705 |
| 48 | Michael Conrad | 1,112,065 |
| 49 | Jose Cordero | 202,816 |
| 50 | Oscar Correa | 576,212 |
| 51 | James Cox | 937,957 |
| 52 | John Cravens | 376,187 |
| 53 | Shawn M. Cross | 1,048,445 |
| 54 | Patrick Cruickshank | 2,442,107 |
| 55 | Greg R Day | 908,804 |
| 56 | William S. Decker | 1,664,583 |
| 57 | Michael DeGolier | 709,747 |
| 58 | Andres Delgado | 194,840 |
| 59 | Pedro Delgado | 82,083 |
| 60 | Ray Deragon | 896,978 |
| 61 | Arturo R. Diaz | 908,199 |
| 62 | Ana Dongilio | 85,632 |
| 63 | Matthew Drews | 474,999 |
| 64 | Sean Duffy | 446,227 |
| 65 | Neil Emery | 60,491 |
| 66 | Thomas Espy | 2,433,929 |
| 67 | Jason Fair | 113,188 |
| 68 | Nolan Farhy | 190,871 |
| 69 | Evan Farrell | 579,810 |
| 70 | Marina Feldman | 78,033 |
| 71 | Ignacio Felice | 86,707 |
| 72 | Freddy Fiorillo | 140,846 |
| 73 | Rosalia Fontanals | 115,476 |
| 74 | James Fontenot | 504,946 |
| 75 | John Fry | 72,763 |
| 76 | Roger Fuller | 730,889 |
| 77 | Attlee Gaal | 203,904 |
| 78 | Due Torben Garde | 130,843 |
| 79 | David Braxton Gay | 730,523 |
| 80 | Gregg Gelber | 166,264 |
| 81 | Gregory C. Gibson | 1,235,568 |

| ID  | Name                | CD Proceeds |
|-----|---------------------|------------:|
| 82  | Eric Gildhorn       | 99,494      |
| 83  | Luis Giusti         | 194,146     |
| 84  | Steven Glasgow      | 684,396     |
| 85  | John Glennon        | 282,320     |
| 86  | Ramiro Gomez-Rincon | 55,800      |
| 87  | Joaquin Gonzalez    | 205,446     |
| 88  | Juan Carlos Gonzalez| 51,299      |
| 89  | Russell Warden Good | 643,142     |
| 90  | John Grear          | 471,509     |
| 91  | Stephen Greenhaw    | 548,324     |
| 92  | Mark Groesbeck      | 871,176     |
| 93  | Billy Ray Gross     | 97,917      |
| 94  | Vivian Guarch       | 51,734      |
| 95  | Donna Guerrero      | 70,000      |
| 96  | John Gutfranski     | 58,750      |
| 97  | David Haggard       | 1,967,869   |
| 98  | Gary Haindel        | 206,150     |
| 99  | Jon Hanna           | 66,670      |
| 100 | Dirk Harris         | 186,298     |
| 101 | Virgil Harris       | 1,774,620   |
| 102 | Daniel Hernandez    | 368,288     |
| 103 | Martine Hernandez   | 95,143      |
| 104 | Patrica Herr        | 485,557     |
| 105 | Steven Hoffman      | 86,370      |
| 106 | Robert Hogue        | 685,566     |
| 107 | John Holliday       | 471,578     |
| 108 | Charles Hughes      | 301,074     |
| 109 | Wiley Hutchins, Jr. | 549,156     |
| 110 | David Innes         | 360,812     |
| 111 | Marcos Iturriza     | 162,940     |
| 112 | Charles Jantzi      | 231,141     |
| 113 | Allen Johnson       | 1,312,380   |
| 114 | Faran Kassam        | 191,315     |
| 115 | Michael Kepesky     | 58,333      |
| 116 | David Wayne Krumrey | 507,434     |
| 117 | Bruce Lang          | 82,748      |
| 118 | Grady Layfield      | 876,375     |
| 119 | James LeBaron       | 328,957     |
| 120 | Jason LeBlanc       | 186,671     |
| 121 | William Leighton    | 136,929     |
| 122 | Robert Lenoir       | 692,813     |
| 123 | Humberto Lepage     | 174,246     |
| 124 | Francois Lessard    | 53,597      |
| 125 | Jason Likens        | 294,588     |

| ID | Name | CD Proceeds |
|---|---|---:|
| 126 | Trevor Ling | 1,206,028 |
| 127 | Christopher Long | 206,170 |
| 128 | Robert Long, Jr. | 575,000 |
| 129 | Humberto Lopez | 255,659 |
| 130 | David Lundquist | 85,000 |
| 131 | Michael MacDonald | 96,239 |
| 132 | Manuel Malvaez | 607,192 |
| 133 | Maria Manerba | 118,641 |
| 134 | Michael Mansur | 602,006 |
| 135 | Iris Marcovich | 81,309 |
| 136 | Claudia Martinez | 674,321 |
| 137 | Aymeric Martinoia | 61,003 |
| 138 | Bert Deems May, Jr. | 397,188 |
| 139 | Carol McCann | 154,167 |
| 140 | Douglas McDaniel | 1,195,627 |
| 141 | Matthew McDaniel | 524,220 |
| 142 | Pam McGowan | 51,195 |
| 143 | Gerardo Meave-Flores | 570,691 |
| 144 | Lawrence Messina | 1,233,946 |
| 145 | Nolan N. Metzger | 688,471 |
| 146 | William J. Metzinger | 1,193,500 |
| 147 | Donald Miller | 421,529 |
| 148 | Trenton Miller | 2,062,555 |
| 149 | Hank Mills | 2,180,450 |
| 150 | Brent B. Milner | 2,843,750 |
| 151 | Peter Montalbano | 705,839 |
| 152 | Alberto Montero | 88,688 |
| 153 | David Morgan | 541,057 |
| 154 | Shawn Morgan | 345,138 |
| 155 | Jonathan Mote | 926,942 |
| 156 | Carroll Mullis | 954,475 |
| 157 | Spencer Murchison | 351,723 |
| 158 | David Nanes | 262,947 |
| 159 | Jon Nee | 517,185 |
| 160 | Aaron Nelson | 348,629 |
| 161 | Norbert Nieuw | 78,702 |
| 162 | Lupe Northam | 1,032,373 |
| 163 | Scott Notowich | 1,107,120 |
| 164 | Monica Novitsky | 203,904 |
| 165 | Kale Olson | 164,514 |
| 166 | John D. Orcutt | 834,157 |
| 167 | Walter Orejuela | 128,792 |
| 168 | Alfonso Ortega | 164,059 |
| 169 | Zack Parrish | 146,202 |

THE FINANCIAL ADVISORS                4

| ID  | Name                   | CD Proceeds |
|-----|------------------------|------------:|
| 170 | Tim Parsons            | 329,150     |
| 171 | William Peerman        | 502,390     |
| 172 | Beatriz Pena           | 50,391      |
| 173 | Roberto Pena           | 534,424     |
| 174 | Roberto A. Pena        | 366,431     |
| 175 | Saraminta Perez        | 367,239     |
| 176 | Tony Perez             | 2,252,716   |
| 177 | Dulce Perezmora        | 170,889     |
| 178 | Lou Perry              | 68,877      |
| 179 | Brandon R. Phillips    | 59,792      |
| 180 | Randall Pickett        | 1,263,556   |
| 181 | Eduardo Picon          | 89,515      |
| 182 | Edward Prieto          | 94,842      |
| 183 | Elsida Prieto          | 1,020,684   |
| 184 | Christopher Prindle    | 579,763     |
| 185 | A. Steven Pritsios     | 494,384     |
| 186 | Arturo Prum            | 140,598     |
| 187 | Maria Putz             | 67,236      |
| 188 | Judith Quinones        | 255,770     |
| 189 | Sumeet Rai             | 228,451     |
| 190 | Michael Ralby          | 520,373     |
| 191 | Leonor Ramirez         | 1,181,174   |
| 192 | Nelson Ramirez         | 375,456     |
| 193 | David Rappaport        | 90,292      |
| 194 | Steven Restifo         | 288,298     |
| 195 | Walter Ricardo         | 677,551     |
| 196 | Jeffrey Ricks          | 654,760     |
| 197 | Alan Riffle            | 692,821     |
| 198 | Randolph E. Robertson  | 370,958     |
| 199 | Steve Robinson         | 2,626,367   |
| 200 | Timothy D. Rogers      | 1,235,568   |
| 201 | Eddie Rollins          | 210,836     |
| 202 | Rocky Roys             | 1,244,664   |
| 203 | Tatiana Saldivia       | 70,608      |
| 204 | Christopher K. Schaefer| 107,109     |
| 205 | Louis Schaufele        | 785,185     |
| 206 | John Schwab            | 1,376,353   |
| 207 | William Scott          | 445,947     |
| 208 | Haygood Seawell        | 1,000,614   |
| 209 | Leonard Seawell        | 348,629     |
| 210 | Morris Serrero         | 112,475     |
| 211 | Doug Shaw              | 1,739,190   |
| 212 | Nick Sherrod           | 296,129     |
| 213 | Rochelle Sidney        | 196,507     |

| ID  | Name                | CD Proceeds    |
|-----|---------------------|---------------:|
| 214 | Edward Simmons      | 138,208        |
| 215 | Peter Siragna       | 1,391,946      |
| 216 | Steve Slewitzke     | 608,012        |
| 217 | Nancy Soto          | 559,427        |
| 218 | Paul Stanley        | 64,351         |
| 219 | Heath Stephens      | 241,786        |
| 220 | William O. Stone Jr.| 696,498        |
| 221 | David M. Stubbs     | 889,972        |
| 222 | Mark V. Stys        | 328,417        |
| 223 | Paula S. Sutton     | 979,167        |
| 224 | Juan Carlos Terrazas| 76,194         |
| 225 | Scot Thigpen        | 293,840        |
| 226 | Christopher Thomas  | 215,734        |
| 227 | Mark Tidwell        | 262,106        |
| 228 | Yliana Torrealba    | 238,148        |
| 229 | Jose Torres         | 353,921        |
| 230 | Al Trullenque       | 821,705        |
| 231 | Audrey Truman       | 376,916        |
| 232 | Roberto Ulloa       | 3,315,070      |
| 233 | Eric Urena          | 176,013        |
| 234 | Miguel Valdez       | 622,466        |
| 235 | Nicolas Valera      | 276,693        |
| 236 | Tim Vanderver       | 1,101,542      |
| 237 | Pete Vargas         | 870,944        |
| 238 | Ettore Ventrice     | 621,251        |
| 239 | Mario Vieira        | 118,331        |
| 240 | Evely Villalon      | 73,682         |
| 241 | Maria Villanueva    | 2,219,405      |
| 242 | Frans Vingerhoedt   | 83,419         |
| 243 | Charles Vollmer     | 706,088        |
| 244 | James Weller        | 56,250         |
| 245 | Bill Whitaker       | 677,439        |
| 246 | Donald Whitley      | 255,875        |
| 247 | David Whittemore    | 98,925         |
| 248 | Charles Widener     | 316,646        |
| 249 | Thomas Woolsey      | 310,330        |
| 250 | Michael Word        | 1,467,773      |
| 251 | Ryan Wrobleske      | 922,868        |
| 252 | Ihab Yassine        | 50,268         |
| 253 | Leon Zaidner        | 382,763        |
|     | **Total CD Proceeds** | **$ 133,639,224** |