**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § § | |
| Plaintiff, | § § | CASE NO. 3:09-CV-0724-N |
| v. | § § | |
| and JAMES R. ALGUIRE, ET AL., | § § | |
| Relief Defendants. | § § | |

---

## STIPULATION AND ORDER

---

The Receiver and certain former Stanford financial advisor Relief Defendants ("FA Relief Defendants" and, collectively with the Receiver, the "Stipulating Parties") stipulate as follows:

The Receiver intends to supplement or amend his Complaint against the FA Relief Defendants in order to more specifically identify the amounts he seeks from each FA Relief Defendant. Therefore, the Stipulating Parties agree to extend the previously-agreed deadlines as set forth in the Court's October 26, 2009 Agreed Order on Motion to Establish Pleading Deadline and Briefing Schedule. The Stipulating Parties agree to the following pleading and briefing schedule:

1.    The Receiver shall supplement or amend his Complaint against the FA Relief Defendants on or before November 15, 2009. Except for the service of process of this action, the undersigned counsel do not waive any defects, deficiencies, or issues with regard to this matter

or the Receiver's complaint(s), including, but not limited to, their right to move to compel arbitration or challenge this Court's jurisdiction over them.

2.     The FA Relief Defendants' deadline to answer or otherwise respond to the Receiver's amended or supplemental complaint is December 15, 2009.  This deadline applies to all of the FA Relief Defendants, including those who were previously served, answered, filed motions and those who accepted service through their former attorneys.

3.     To the extent that the FA Relief Defendants move in lieu of answering, the Receiver's responses to the FA Relief Defendants' motions, including motions filed before the entry of this Stipulation and Order, are due on or before January 15, 2010.

4.     The FA Relief Defendants must reply to the Receivers' response(s) on or before February 15, 2010.


**APPROVED:**


Dated _____ day of _____, 2009.


_____
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND SUBSTANCE:**


Respectfully submitted,


s/ Bradley W. Foster
Bradley W. Foster
Texas State Bar No. 07283200
bradfoster@andrewskurth.com
Matthew G. Nielsen
Texas State Bar No. 24032792
matthewnielsen@andrewskurth.com

Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, Texas  75201
Telephone:  (214) 659-4400
Facsimile:  (214) 659-4401

**ATTORNEYS FOR 110 RELIEF
DEFENDANTS[1]**

---

[1] Jim Alguire, Victoria Anctil, Tiffany Angelle, Sylvia Aquino, George Arnold, Mike Arthur, Brown Baine, John Barrack, Andrea Berger (Freedman), Norman Blake, Michael Bober, Nigel Bowman, Alexandre Braune, Charles Lee Brickey, Nancy Brownlee, George Cairnes, Frank Carpin, Scott Chaisson, Neal Clement, Chris Collier, Jay Comeaux, Michael Conrad, John Cravens, Patrick Cruickshank, Greg Day ,Bill Decker, Mike DeGolier, Arturo Diaz, Matt Drews, Tom Espy, Jason Fair, Evan Farrell, Roger Fuller, Attlee Gaal, Gregg Gelber, Steven Glasgow, John Glennon, Ward Good, Stephen Greenhaw, Billy Ray Gross, Patricia Herr, John Mark Holliday, Charles Hughes, Wiley Carter Hutchins, Jr., David Innes, Allen Johnson, Bruce Lang, Jim LeBaron, Bill Leighton, Robert (Bobby) Lenoir, Trevor Ling, Chris Long, Robert Long, Michael Macdonald, Mike Mansur, Bert "Deems" May, Matt McDaniel, Doug  McDaniel, Pamela McGowan, Lawrence Messina, Bill Metzinger, Trent Miller, Peter Montalbano, David Morgan, Jonathan Mote, Carroll Mullis, Jon Nee, Aaron Nelson, Norbert Nieuw, Scott Notowich, Monica Novitsky, Bill Peerman, Saraminta Perez, Randy Pickett, Elsida Prieto, Edward Prieto, Christopher Prindle, Andrew Pritsios, Judith Quinones, Sumeet Rai, Michael Ralby, Leonor Ramirez, Nelson Ramirez, Steven Restifo, Jeff Ricks, Alan Riffle, Steve Robinson, Eddie Rollins, Rocky Roys, Bill Scott, Haygood Seawell, Leonard Seawell IV, Doug Shaw, Paul Stanley, David Heath Stephens, William O. Stone, Jr., Paula Sutton, Scot Thigpen, Jose Torres, Al Trullenque, Audrey Truman, Tim Vanderver, Pete Vargas, Ed Ventrice, Maria Villanueva, Charles Vollmer, Bill Whitaker, Donald Whitley, Hunter Widener, Tom Woolsey.

s/ Michael J. Stanley
Michael J. Stanley
Texas State Bar No. 19046600
mstanley@stanleyfranklaw.com

Stanley, Frank & Rose, LLP
7026 Old Katy Road
Suite 259
Houston, Texas  77024
Telephone:  (713) 980-4381
Facsimile (713) 980-1179

**ATTORNEYS FOR RELIEF DEFENDANTS MARK GROESBECK, LUPE NORTHAM, DONALD MILLER, TERAL BENNETT, HANK MILLS, RON CLAYTON, JAMES FONTENOT, MIGUEL VALDEZ, CLAUDIA MARTINEZ, GRADY LAYFIELD, JOHN SCHWAB, MICHAEL WORD, CHARLES JANTZI, GARY HAINDEL, SUSANA CISNEROS, TIM PARSONS, GERALDO MEAVE, STEVE HOFFMAN, JOHN FRY, AYMERIC MARTINOIA, LOUIS PERRY, RYAN WROBLESKE, CAROL MCCANN, SHAWN MORGAN, RAY DERAGON, ROBERT BARRETT, SUSAN ANGUIANO, AND DONNA GUERRERO**

s/ Jason W. Graham
Jason W. Graham
Georgia State Bar No. 304595
jason@grahamandpenman.com

Graham & Penman, LLP
2989 Piedmont Road NE, Suite 200
Atlanta, Georgia  30305
Telephone:  (404) 842-9380
Facsimile:  (678) 904-3110

**PRO HAC VICE APPLICATION PENDING
ATTORNEYS FOR RELIEF
DEFENDANTS DAVID HAGGARD,
STEVE SLEWITZKE, JULIAN "BRAD"
BRADHAM, LOU SCHAUFELE, VIRGIL
HARRIS, AND NOLAN FARHY**

s/ Jeffrey J. Ainsley
Jeffrey J. Ansley
Texas State Bar No. 00790235
jeff.ansley@bgllp.com

Bracewell & Giuliani LLP
1445 Ross Avenue
Suite 3800
Dallas, Texas 75202
Telephone: (214) 758-1614
Facsimile: (214) 758-1010

**ATTORNEYS FOR RELIEF
DEFENDANT ROBERTO ULLOA**

s/ Brett Feinstein
Brett Feinstein
Florida State Bar No. 953120
brett@strattonfeinstein.com

Stratton & Feinstein, P.A.
407 Lincoln Road, Suite 2A
Miami Beach, Florida  33139
Telephone: (305) 672-7772
Facsimile: (305) 672-1038

**ADMITTED PRO HAC VICE ATTORNEY
FOR RELIEF DEFENDANTS
DULCE PEREZMORA AND
MARIE BATISTA NIEVES**

**BAKER BOTTS L.L.P.**


s/ David T. Arlington
Kevin M. Sadler
Texas State Bar No. 17512450
kevin.sadler@bakerbotts.com
Robert I. Howell
State Bar No. 10107300
robert.howell@bakerbotts.com
David T. Arlington
State Bar No. 00790238
david.arlington@bakerbotts.com

1500 San Jacinto Center
98 San Jacinto Blvd.
Austin, TX 78701-4078
Telephone: (512) 322-2500
Facsimile: (512) 322-2501

Timothy S. Durst
Texas State Bar No. 00786924
tim.durst@bakerbotts.com
2001 Ross Avenue
Suite 600
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile: (214-953-6503

**ATTORNEYS FOR RECEIVER
RALPH S. JANVEY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November 2009, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case files system sent a "Notice of Electronic Filing" to all counsel of records, each of whom have consented in writing to accept this Notice as service of this document by Electronic means.


s/Matthew G. Nielsen