IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL. | § § § § § | |
| Plaintiff, | § § | Case No. 03:09-CV-0724-N |
| v. | § § | |
| JAMES R. ALGUIRE, ET AL. | § § § | |
| Relief Defendants. | § § | |

**APPENDIX IN SUPPORT OF
RECEIVER'S FIRST AMENDED COMPLAINT
AGAINST CERTAIN STANFORD INVESTORS**

Dated:  December 7, 2009

Respectfully submitted,

**BAKER BOTTS L.L.P.**

By:  /s/ Kevin M. Sadler

    Kevin M. Sadler
    Texas Bar No. 17512450
    kevin.sadler@bakerbotts.com
    Robert I. Howell
    Texas Bar No. 10107300
    robert.howell@bakerbotts.com
    David T. Arlington
    Texas Bar No. 00790238
    david.arlington@bakerbotts.com
    1500 San Jacinto Center
    98 San Jacinto Blvd.
    Austin, Texas 78701-4039
    (512) 322-2500
    (512) 322-2501 (Facsimile)

    Timothy S. Durst
    Texas Bar No. 00786924
    tim.durst@bakerbotts.com
    2001 Ross Avenue
    Dallas, Texas 75201
    (214) 953-6500
    (214) 953-6503 (Facsimile)

**ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

## CERTIFICATE OF SERVICE

       On December 7, 2009, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I will serve the Stanford Investors individually or through their counsel of record, electronically, or by other means authorized by the Court or the Federal Rules of Civil Procedure.

                                                   /s/ Kevin M. Sadler
                                                   Kevin M. Sadler

| ID Number | Name | CD Proceeds Received in Excess of Investments | Total CD Proceeds |
|---|---|---|---|
| 1 | GARY D. MAGNESS IRREVOCABLE TRUST, GARY MAGNESS, GMAG LLC AND MAGNESS SECURITIES LLC | $ 10,650,666.14 | $ 90,411,977.14 |
| 2 | JUERGEN KURT WAGENTROTZ AND JURGEN KURT WAGENTROTZ ERNST | $ 8,589,727.46 | $ 44,168,667.09 |
| 3 | ROBERTO GALLARDO KURI | $ 6,417,324.64 | $ 6,417,324.64 |
| 4 | ANTONY MANSOUR AND REHAN MANSOUR, ANTONY MANSOUR, JOSEPHINE MERY, FANCOISE SOLANGE MERY AND JOSEPHINE MERY | $ 5,332,910.14 | $ 10,827,566.82 |
| 5 | COMPANIA MINERA CAOPAS SA DE CV | $ 5,119,458.09 | $ 13,508,505.76 |
| 6 | ANGLO-ATLANTIC STEAMSHIP CO. LTD. | $ 4,276,637.90 | $ 16,276,637.90 |
| 7 | AYSE OYA ERHAN | $ 3,282,388.14 | $ 3,282,388.14 |
| 8 | BORDEAUX INVESTMENTS I C.V.; PROVENCE MANAGEMENT STICHTING I AND BORDEAUX INVESTMENTS I C.V. | $ 3,063,621.89 | $ 7,424,640.52 |
| 9 | LEOPOLDO AROSEMENA CEVASCO | $ 2,589,786.69 | $ 2,929,286.22 |
| 10 | KIRKWELL C.V. | $ 2,388,114.97 | $ 13,791,011.03 |
| 11 | ALNOOR NATHOO | $ 1,745,935.00 | $ 1,745,935.00 |
| 12 | BRETT LANDES | $ 1,508,512.83 | $ 12,512,705.59 |
| 13 | EDWARD HYLTON JONES AND EDWARD HYLTON JONES AND SHIRLEY GLORIA JONES | $ 1,476,400.18 | $ 8,367,336.14 |
| 14 | CLAUDIO ENRIQUE HERNANDEZ VILLALOBOS | $ 1,106,429.75 | $ 4,999,383.94 |
| 15 | BRUCE THOMPSON AND MICHELLE THOMPSON AND BRUCE THOMPSON | $ 1,081,369.51 | $ 12,597,948.06 |
| 16 | THOMAS J. MORAN | $ 987,675.25 | $ 5,670,425.25 |
| 17 | GEORGE JOSEPH ROLLAR AND GEORGE JOSEPH ROLLAR AND DOLORES MAY PAYER ROLLAR | $ 936,250.10 | $ 12,936,230.10 |
| 18 | AUBREY O'NEAL CLEMENT | $ 924,408.16 | $ 8,524,408.16 |
| 19 | THE ANTHONY JOSEPH ANTINORI TRUST AND ANTHONY JOSEPH ANTINORI; AND STEVEN JAMES ANTINORI IN HIS CAPACITY AS TRUSTEE OF THE ANTHONY JOSEPH ANTINORI TRUST; THE STEVEN JAMES ANTINORI TRUST AND STEVEN JAMES ANTINORI | $ 880,657.48 | $ 5,080,657.48 |
| 20 | ARTURO ORTEGA GONZALEZ AND MARIA CAROLINA ORTEGA GONZALEZ AND GERMAN LUIS ORTEGA GONZALEZ AND ARTURO ORTEGA GONZALEZ | $ 853,341.46 | $ 3,228,141.03 |
| 21 | TEBEL CORPORATION | $ 815,855.77 | $ 3,601,507.98 |
| 22 | NAIRC B.V., NAIRC-NETHERLANDS ANTILLEAN INSURANCE AND NAIRC-NETHERLANDS ANTILLEAN INSURANCE AND REINSURANCE COMPANY | $ 803,511.11 | $ 5,280,924.84 |
| 23 | INTERMEDIA LTD. | $ 755,310.82 | $ 3,863,952.14 |
| 24 | CORPORATION NACIONAL DE INVERSIONES SA DE CV | $ 752,611.74 | $ 5,752,611.74 |
| 25 | ALBERTO JAVIER BOTELLO REED; SILVIA GUADALUPE TAMEZ DE BOTELLO | $ 733,001.32 | $ 5,490,419.98 |

| ID Number | Name | CD Proceeds Received in Excess of Investments | Total CD Proceeds |
|---|---|---|---|
| 26 | BORDEAUX INVESTMENTS III C.V.; PROVENCE MANAGEMENT STICHTING III AND BORDEAUX INVESTMENTS III C.V. | $ 687,563.52 | $ 4,909,151.23 |
| 27 | TA TRUST | $ 654,778.00 | $ 3,200,000.00 |
| 28 | ALGICA S.A. | $ 641,672.49 | $ 3,381,672.49 |
| 29 | JORGE EMILIO GARZA TREVINO | $ 610,364.50 | $ 2,650,364.50 |
| 30 | WALDMAN, LTD. | $ 603,314.34 | $ 2,069,266.11 |
| 31 | PINGYI HE ORRUILIAN WU DE HE AND PINGYI HE | $ 569,163.15 | $ 3,237,629.18 |
| 32 | DIVO MILAN HADDAD; INFINITUM TRUST AND DIVO MILAN HADDAD; MARIA DE LOURDES MARTINEZ DE SIDNEY AND MARIE ROCHELLE SIDNEY MARTINEZ; MARIE ROCHELLE SIDNEY MARTINEZ; MARIE ROCHELLE SIDNEY MARTINEZ AND DIVO MILAN HADDAD | $ 520,076.40 | $ 9,017,539.51 |
| 33 | BORDEAUX INVESTMENTS IX C.V.; PROVENCE MANAGEMENT STICHTING IX AND BORDEAUX INVESTMENTS IX C.V.; FELIX MARIO HERNANDEZ LARROCOECHA | $ 493,331.22 | $ 3,120,002.74 |
| 34 | OSCAR BENEDETTI | $ 443,160.28 | $ 2,005,522.28 |
| 35 | PLATEAU TELECOMMUNICATIONS | $ 438,074.19 | $ 4,188,567.38 |
| 36 | MARIO BRAUN RUSSEK | $ 403,390.26 | $ 2,052,175.19 |
| 37 | PUPIBUBI TRUST | $ 390,334.23 | $ 2,531,874.20 |
| 38 | WEST MEADOWS LTD. | $ 383,573.60 | $ 10,218,256.47 |
| 39 | FAYHILL INTERNATIONAL | $ 382,593.54 | $ 9,446,366.78 |
| 40 | ISABEL ESTHER BENEDETTI DE IZQUIERDO | $ 358,824.32 | $ 3,198,796.81 |
| 41 | BENITO DE LUCA TRUST | $ 354,013.44 | $ 1,700,000.00 |
| 42 | GALO ENRIQUE VILLAMAR VILLAFUERTE | $ 352,584.93 | $ 5,062,584.93 |
| 43 | SALOMON DONDICH ROSENHAUS | $ 341,026.01 | $ 2,068,347.87 |
| 44 | RAMON ALVAREZ BORONDO | $ 339,386.03 | $ 2,546,842.76 |
| 45 | INTERNATIONAL PETROCHEMICAL SALES LIMITED | $ 334,933.29 | $ 3,463,187.24 |
| 46 | AZALEA REST CEMETARY INC. IRREV TRUST, AZALEA REST CEMETARY INC., AND GEORGE B. ANNISON, IN HIS CAPACITY AS TRUSTEE OF AZALEA REST CEMETARY INC. IRREV TRUST; GEORGE BUR ANNISON AND DIANE B. ANNISON | $ 315,895.12 | $ 1,527,787.35 |
| 47 | INVERSIONES VARMOL TRUST CARE OF DR. JORGE MARIO VARGAS P. AND INVERSIONES VARMOL TRUST | $ 307,203.38 | $ 5,513,731.85 |
| 48 | HERMAN J. MILLIGAN JR. | $ 297,900.23 | $ 1,259,160.23 |
| 49 | STEPHEN J. BURNHAM | $ 289,882.60 | $ 1,436,882.60 |
| 50 | CRAYFORD HOLDINGS LIMITED | $ 280,183.17 | $ 2,525,195.09 |
| 51 | INMOFYBE S.A. | $ 277,815.11 | $ 1,857,815.11 |
| 52 | JOHN F. LYNCH | $ 272,234.64 | $ 3,865,595.78 |
| 53 | ANGELO VICTOR GONCALVES | $ 260,986.76 | $ 2,273,986.76 |
| 54 | INES DE VILLAMAR | $ 256,889.49 | $ 3,722,889.49 |
| 55 | JOHN O. LETARD | $ 254,452.09 | $ 900,452.15 |
| 56 | GENOVA TRUST | $ 253,357.47 | $ 2,403,357.47 |
| 57 | BILLIE RUTH MCMORRIS; RONALD B. MCMORRIS; RONALD MCMORRIS AND VIRGINIA MCMORRIS; VIRGINIA H. MCMORRIS | $ 246,164.09 | $ 1,149,598.95 |

| ID Number | Name | CD Proceeds Received in Excess of Investments | Total CD Proceeds |
|---|---|---|---|
| 58 | SLEEPING DOG HOLDINGS, LTD. | $ 242,247.86 | $ 1,578,105.82 |
| 59 | SHENOOR JADAVJI | $ 235,311.12 | $ 1,811,706.62 |
| 60 | PHILLIP E. LANKFORD JR. | $ 227,091.90 | $ 625,091.90 |
| 61 | WAYLAND B. ALEXANDER | $ 212,211.54 | $ 734,912.32 |
| 62 | THOMAS W. SLAUGHTER | $ 211,481.93 | $ 634,481.93 |
| 63 | LUPE MARTINEZ TRUST | $ 210,386.63 | $ 2,364,903.13 |
| 64 | JAMIE COHEN BENREY AND SUSANA PEREZ DE COHEN | $ 208,771.30 | $ 2,398,317.27 |
| 65 | WILLIAM C. PROVINE | $ 204,125.61 | $ 1,949,125.61 |
| 66 | TROY L. LILLIE JR. | $ 203,451.44 | $ 954,310.10 |
| 67 | RONALD W. PARKER | $ 202,353.43 | $ 693,781.54 |
| 68 | MICHAEL WHEATLEY AND BETTY WHEATLEY | $ 199,508.38 | $ 1,699,535.78 |
| 69 | HERRERA HOLDINGS LTD | $ 192,198.53 | $ 3,692,198.53 |
| 70 | MICHAEL A. SPEEG | $ 187,181.18 | $ 837,379.64 |
| 71 | ANTHONY G. PARKER | $ 183,692.20 | $ 1,003,163.24 |
| 72 | COFFEY OVERSEAS LIMITED | $ 183,494.81 | $ 1,493,478.92 |
| 73 | JAMES D. SIMMONS | $ 181,839.52 | $ 836,364.81 |
| 74 | THOMAS H. TURNER | $ 181,615.32 | $ 2,957,505.32 |
| 75 | LAURA JEANETTE N. LEE | $ 176,724.64 | $ 525,006.15 |
| 76 | DENNIS L. KIRBY | $ 175,006.66 | $ 580,958.77 |
| 77 | CLYDE ANDERSON | $ 174,856.85 | $ 704,866.71 |
| 78 | GOLD WING PARTNERS | $ 174,445.65 | $ 1,425,426.79 |
| 79 | SOCIEDAD GENERAL DE INVERSIONES | $ 173,659.10 | $ 1,996,089.10 |
| 80 | DOROTHY T. DUNCAN | $ 170,458.52 | $ 564,694.24 |
| 81 | JAMES W. BORING JR. | $ 167,087.27 | $ 612,235.25 |
| 82 | MICHAEL J. DRAGO | $ 165,483.89 | $ 592,193.23 |
| 83 | FRANZ KONRAD ROSEN | $ 164,809.43 | $ 1,883,920.47 |
| 84 | SAXONIA FOUNDATION | $ 160,931.01 | $ 2,255,430.40 |
| 85 | SANDRA F. HARRELL | $ 154,587.85 | $ 404,587.85 |
| 86 | BETTE JO HEASLIP | $ 153,433.03 | $ 703,433.03 |
| 87 | RONALD E. WELLS; RONALD E. WELLS SR. AND LUTHER D WELLS | $ 152,816.01 | $ 833,634.76 |
| 88 | MALTON OVERSEAS LTD. | $ 151,285.82 | $ 1,802,058.77 |
| 89 | ARISTIDE TRELOAR | $ 150,706.07 | $ 649,730.37 |
| 90 | TIMOTHY A. JOHNSON | $ 149,572.57 | $ 852,446.20 |
| 91 | DENNIS CHILDRESS | $ 147,426.06 | $ 646,426.06 |
| 92 | NORFE S.A | $ 146,164.17 | $ 2,551,164.17 |
| 93 | MUDDY WATER HOLDINGS LIMITED | $ 144,719.09 | $ 1,585,349.04 |
| 94 | GARY WOOD | $ 141,619.74 | $ 641,619.74 |
| 95 | PEGGY PAYNE MORAGNE | $ 141,229.66 | $ 401,818.31 |
| 96 | CHARLIE L. MASSEY | $ 140,747.84 | $ 390,809.49 |
| 97 | RICHARD A. DEVALL; RICHARD DEVALL AND SUE M. DEVALL; SUE M. DEVALL | $ 140,492.62 | $ 552,871.02 |
| 98 | HARDEE M. BRIAN AND BETTY JO BRIAN; YOUNG FAMILY CEMETARY TRUST | $ 139,989.40 | $ 615,503.58 |
| 99 | JOSE LUCIANO MENDEZ ALONSO AND MARIA DEL ROCIO CORONA ODRIOZOLA | $ 134,411.06 | $ 753,391.06 |
| 100 | RICHARD S. FEUCHT; RICHARD S. FEUCHT AND JOAN A. FEUCHT | $ 133,701.68 | $ 549,863.28 |
| 101 | KRIMICH LTD.; MARIA TERESA SAN SEBASTIAN DE VALLE AND JOSE MARIA VALLE ESCAMEZ | $ 129,663.90 | $ 2,834,000.00 |
| 102 | TARRAL E. DAIGLE | $ 126,361.20 | $ 407,361.20 |
| 103 | DARRELL D. COURVILLE | $ 125,960.34 | $ 685,960.34 |
| 104 | GENE CAUSEY | $ 123,288.92 | $ 613,288.92 |
| 105 | KENNETH W. DOUGHERTY | $ 122,527.19 | $ 641,527.19 |

| ID Number | Name | CD Proceeds Received in Excess of Investments | Total CD Proceeds |
|---|---|---:|---:|
| 106 | YAIR SHAMIR AND ELLA SHAMIR | $ 119,765.82 | $ 1,119,720.82 |
| 107 | JOHN D. COOPER | $ 119,750.43 | $ 619,750.43 |
| 108 | JOHN R. HOLGUIN | $ 118,725.76 | $ 660,144.24 |
| 109 | EMMA LEE LEFEBVRE | $ 117,977.06 | $ 205,981.88 |
| 110 | LOUISE D PATTERSON | $ 115,637.49 | $ 2,115,637.49 |
| 111 | ARTHUR R. WAXLEY JR. | $ 115,268.15 | $ 616,268.15 |
| 112 | RAUL RODRIGUEZ MENDEZ | $ 114,580.58 | $ 454,581.81 |
| 113 | JOHN E. TAYLOR | $ 113,431.70 | $ 639,109.67 |
| 114 | THOMAS E. BROWN AND BARBARA BROWN | $ 109,254.20 | $ 2,109,254.20 |
| 115 | CHARLES L. WHITE | $ 108,813.61 | $ 558,813.61 |
| 116 | CLAUDE M. NEEDHAM | $ 107,224.36 | $ 393,458.36 |
| 117 | DONNA M. VINES | $ 107,059.59 | $ 346,142.84 |
| 118 | HENRY A. MENTZ III | $ 106,709.47 | $ 706,719.47 |
| 119 | ROBERT S. GREER AND ALICE D. GREER | $ 102,523.66 | $ 1,152,523.66 |
| 120 | GAINES D. ADAMS | $ 101,859.44 | $ 453,139.44 |
| 121 | ROBERT L. BUSH | $ 100,849.09 | $ 826,383.56 |
| 122 | THE DAVIS REVOCABLE TRUST | $ 100,260.79 | $ 857,660.79 |
| 123 | DAVID TOPP AND DORA TOPP | $ 98,648.14 | $ 1,098,648.14 |
| 124 | MARY E. GERRY | $ 98,380.29 | $ 432,442.99 |
| 125 | JAMES E. RICHARDSON FAMILY TRUST | $ 97,757.04 | $ 5,097,757.04 |
| 126 | JEFF P. PURPERA JR. | $ 97,693.42 | $ 597,693.42 |
| 127 | EMOLYN L. WATTS | $ 95,010.68 | $ 364,391.35 |
| 128 | ROBERT SOULE | $ 91,266.03 | $ 457,234.31 |
| 129 | CHARLES E. SMITH | $ 90,859.07 | $ 486,996.16 |
| 130 | JAMES E. BROWN SR. | $ 90,386.71 | $ 590,386.71 |
| 131 | EDGAR THERON OVERLAND | $ 90,361.49 | $ 416,269.22 |
| 132 | TERRY N. TULLIS | $ 89,938.39 | $ 449,245.41 |
| 133 | LUSKY INVESTMENT PARTNERSHIP, LP | $ 87,889.50 | $ 287,889.50 |
| 134 | DENNIS LANTRIP | $ 87,795.71 | $ 477,927.39 |
| 135 | AUDREY LETARD; JUDY A. VARNADO AND PATRICIA A. ALLISON AND AUDREY A. LETARD; PATRICIA A. ALLISON | $ 85,769.23 | $ 344,189.98 |
| 136 | JOHN G. DENISON AND KATHY R. DENISON | $ 85,734.45 | $ 585,734.45 |
| 137 | ROBERT J. BRUNO | $ 82,262.63 | $ 582,263.63 |
| 138 | CHARLES R. SANCHEZ AND MAMIE C. SANCHEZ; CHARLES R. SANCHEZ SR.; MAMIE C. SANCHEZ | $ 82,204.45 | $ 517,110.12 |
| 139 | BORDEAUX INVESTMENTS X C.V.; PROVENCE MANAGEMENT STICHTING X AND BORDEAUX INVESTMENTS X C.V. | $ 81,941.84 | $ 664,151.84 |
| 140 | TERESA MEMUN DE ALFIE | $ 81,578.67 | $ 276,090.99 |
| 141 | EDITH IRMA WATTS | $ 79,224.44 | $ 539,225.13 |
| 142 | EARL L. CROSBY | $ 75,276.22 | $ 175,276.22 |
| 143 | LARRY N. SMITH | $ 73,370.47 | $ 485,678.50 |
| 144 | ROBERT B. CRAWFORD JR. AND JODIE F. CRAWFORD | $ 72,197.81 | $ 322,197.81 |
| 145 | LYDA D. TYMIAK; LYDA D. TYMIAK FAMILY TRUST AND LYDA D. TYMIAK | $ 70,535.29 | $ 570,546.25 |
| 146 | DIANE DUNN | $ 70,527.65 | $ 245,527.65 |
| 147 | RADIUM COMPANY LTD. | $ 69,415.76 | $ 2,069,415.76 |
| 148 | JOSE ALBERTO ROMERO VILORIA | $ 68,972.06 | $ 8,235,849.49 |
| 149 | YENZO INVESTMENT, INC. | $ 68,495.27 | $ 843,541.50 |
| 150 | BBRATSS PRODUCTIONS, INC.; TIMOTHY RUSSELL RICKETTS AND ROSE S. RICKETTS | $ 66,459.73 | $ 2,416,459.73 |
| 151 | MELVIN S. TAUB AND CAROL TAUB | $ 65,959.17 | $ 1,065,959.17 |

| ID Number | Name | CD Proceeds Received in Excess of Investments | Total CD Proceeds |
|---|---|---|---|
| 152 | ROSS D. BRUCE AND MARSHA C. BRUCE | $ 64,991.83 | $ 564,991.83 |
| 153 | NONNA E TRUST | $ 63,529.53 | $ 3,079,824.08 |
| 154 | EUGENE L. CROXTON JR. | $ 61,805.39 | $ 161,805.39 |
| 155 | PINOT HOLDINGS LIMITED | $ 60,808.26 | $ 1,083,208.85 |
| 156 | KEVIN A. MCKENZIE AND DENISE T. MCKENZIE | $ 56,727.82 | $ 806,974.43 |
| 157 | GWENDOLYN E. FABRE | $ 55,453.05 | $ 355,934.17 |
| 158 | BLUFF CREEK REDI-MIX, INC.; FLEN ROCK COMPANY, LLC.; FLENIKEN SAND & GRAVEL, INC.; LYMAN L. FLENIKEN JR. | $ 55,052.80 | $ 643,354.14 |
| 159 | DOT G. MELDER; JACK W. MELDER; JACK W. MELDER AND DOT G. MELDER | $ 51,689.19 | $ 506,154.82 |
| 160 | FRANCIS NEZIANYA | $ 51,635.86 | $ 301,635.86 |
| 161 | AMARA TRUST | $ 49,948.93 | $ 399,948.93 |
| 162 | ROBERT C. WILLIAMS | $ 48,727.92 | $ 263,727.92 |
| 163 | WILLIAM BRUCE JOHNSON AND JENNIFER SAVOIC JOHNSON | $ 45,414.72 | $ 245,464.04 |
| 164 | MICHAEL S. ASMER | $ 42,664.50 | $ 1,029,844.69 |
| 165 | OLIVIA S. WARNOCK | $ 42,455.46 | $ 392,684.49 |
| 166 | ROBERT YOUNG JR. | $ 42,117.20 | $ 360,476.58 |
| 167 | MICHAEL J. TIMMONS | $ 40,081.62 | $ 540,081.62 |
| 168 | WILLIAM E. ENSMINGER | $ 39,845.96 | $ 154,845.96 |
| 169 | DANIEL JOSEPH DAIGLE AND JILDA ANN DAIGLE; JILDA A. DAIGLE | $ 39,820.10 | $ 282,664.32 |
| 170 | JOHNNIE A. GRIFFITH | $ 38,521.26 | $ 504,427.86 |
| 171 | ARCHIE SMITH | $ 37,753.36 | $ 510,998.65 |
| 172 | TAHSIN YILMAZ KALKAVAN | $ 37,705.31 | $ 287,705.31 |
| 173 | JANE M. PRIDGEN AND ROBERT GRAY MATLOCK | $ 35,771.54 | $ 185,771.54 |
| 174 | ROLAND SAM TORN | $ 35,354.86 | $ 1,035,354.86 |
| 175 | ARTHUR TORNO | $ 33,945.60 | $ 283,945.60 |
| 176 | JOSEPH A. CHUSTZ | $ 33,340.28 | $ 598,797.31 |
| 177 | CHERAY ZAUDERER HODGES; LUTHER HARTWELL HODGES; LUTHER HARTWELL HODGES AND CHERAY ZAUDERER HODGES | $ 30,575.00 | $ 2,480,701.04 |
| 178 | MONTY M. PERKINS | $ 29,491.95 | $ 129,491.95 |
| 179 | MURPHY BUELL | $ 29,483.22 | $ 417,216.30 |
| 180 | BARBARA ANTHONY | $ 29,097.56 | $ 345,381.68 |
| 181 | MICHAEL R. HOLCOMB | $ 28,364.18 | $ 278,364.18 |
| 182 | LARRY W. PERKINS | $ 27,640.62 | $ 427,640.62 |
| 183 | JIMMY QUEBEDEAUX | $ 26,693.16 | $ 330,756.21 |
| 184 | CARL M. WEBB III | $ 25,391.64 | $ 125,391.64 |
| 185 | RISIA TOPP WINE | $ 23,911.16 | $ 223,911.16 |
| 186 | CAROLYN CRANSTON | $ 22,783.85 | $ 149,054.72 |
| 187 | BRIAN U. LONCAR AND SUE A. LONCAR | $ 22,517.55 | $ 222,517.55 |
| 188 | INVERSIONES PATRICK ROGER P AND PATRICK PETIOT; PATRICK LORIS ROGER PETIOT | $ 21,740.61 | $ 726,140.84 |
| 189 | GERALD S. PASTERNAK | $ 20,839.38 | $ 370,839.38 |
| 190 | JUDITH P. SIMMONS | $ 20,463.87 | $ 422,748.77 |
| 191 | JOHN E. WILSON | $ 19,527.19 | $ 405,074.46 |
| 192 | SAMUEL R. MOORE AND MARTHA W. MOORE | $ 18,045.11 | $ 218,045.11 |
| 193 | CARLOS LANDEROS GALLEGOS AND MARIA DE JESUS LANDEROS GALLEGOS | $ 18,000.00 | $ 268,000.00 |
| 194 | DIFFICULTY HOLDINGS LIMITED | $ 16,855.75 | $ 616,734.19 |
| 195 | DOROTHEA M. YOUNG | $ 15,562.29 | $ 124,680.29 |
| 196 | JUANITA QUINEALTY | $ 15,446.22 | $ 119,446.22 |

| ID Number | Name | CD Proceeds Received in Excess of Investments | | Total CD Proceeds | |
|---|---|---|---|---|---|
| 197 | ANTONIO SANCHEZ RAMOS | $ | 15,083.89 | $ | 528,918.97 |
| 198 | ELENA TRON DE ZEPEDA CARRANZA; MAURICIO ZEPEDA CARRANZA | $ | 13,529.30 | $ | 2,590,188.72 |
| 199 | ANTHONY J. VENTRELLA | $ | 13,427.03 | $ | 483,222.26 |
| 200 | JONATHAN LARKIN STOCK TRUST AND JONATHAN LARKIN | $ | 12,925.82 | $ | 262,925.82 |
| 201 | VINETA P. STANSEL AND HOWARD STANSEL | $ | 11,847.39 | $ | 256,161.20 |
| 202 | CHARLES A. JAMES | $ | 10,149.06 | $ | 360,149.06 |
| | TOTAL | $ | 93,788,316.33 | $ | 545,712,937.03 |

6