IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

RALPH S. JANVEY, IN HIS CAPACITY AS
COURT-APPOINTED RECEIVER FOR THE
STANFORD INTERNATIONAL BANK, LTD., et al.                    PLAINTIFF

VS.                    Case No. 3:09-CV-0724-N

JAMES R. ALGUIRE, et al.                                     DEFENDANTS

## ANSWER OF SEPARATE DEFENDANT BOBBY G. WILKERSON
## TO PLAINTIFF'S AMENDED COMPLAINT

Separate Defendant Bobby G. Wilkerson, for his Answer to Plaintiff's First Amended Complaint Against Certain Stanford Investors (Docket # 128), states as follows:

1. Mr. Wilkerson is not identified in Docket # 129, and no response is required.

2. To the extent a response is deemed required, Mr. Wilkerson denies all allegations that pertain to Mr. Wilkerson and reasserts his Counterclaim.

Respectfully submitted,

Kevin M. Lemley (TBN 24041326)
ALLEN LAW FIRM
212 Center Street, 9th Floor
Little Rock, Arkansas 72201
(501) 374-7100
kmlemley@allenlawfirmpc.com

By: /s/ Kevin M. Lemley
    Kevin M. Lemley

Attorneys for Defendant Bobby G. Wilkerson

CERTIFICATE OF SERVICE

      I hereby certify that, on this 15th day of December, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send immediate notification to counsel of record.

      /s/ Kevin M. Lemley
      Kevin M. Lemley