IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPHS S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., <br><br> Plaintiff, <br><br> JAMES R. ALGUIRE, ET AL., <br><br> Relief Defendants. | § § § § § § § § § § § § § | Case No. 3:09-cv-0724-N |

## NOTICE OF BANKRUPTCY FILING

COME NOW Jason W. Graham and Robert L. Wright, counsel of record for Robert David Haggard in the above-styled action, and hereby notify the Court that Robert David Haggard filed a voluntary petition for bankruptcy (Chapter 7) in the United States Bankruptcy Court for the Northern District of Georgia, case number 09-91075-crm, on November 24, 2009. Pursuant to 11 U.S.C. § 362, this action is automatically stayed.

This the 16th day of December, 2009.

/s/ Jason W. Graham
Jason W. Graham
Georgia Bar No. 304595
Eric L. Jensen
Georgia Bar No. 391259
* Admitted pro hac vice
Attorneys for Movants

Graham & Penman, LLP
2989 Piedmont Road NE, Suite 200
Atlanta, Georgia 30305
Telephone: (404) 842-9380
Facsimile: (678) 904-3110

                    /s/ Robert L. Wright
                    Robert L. Wright
                    Texas Bar No. 22054300
                    Attorneys for Movants

Robert L. Wright, P.C.
612 Eighth Avenue
Fort Worth, Texas 76104
817.850.0082 (Direct Dial)
817.688.2846 (Cell)
817.870.9101 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent those indicated as non-registered participants on December 16, 2009.

/s/ Robert L. Wright
Robert L. Wright