**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL.,  §§§§§<br><br>Plaintiff,   §§<br><br>v.   §§§<br><br>JAMES R. ALGUIRE, ET AL.   §§§<br><br>Relief Defendants.   § | Case No. 03:09-CV-0724-N |

**APPENDIX IN SUPPORT OF RECEIVER'S SECOND AMENDED COMPLAINT
AGAINST FORMER STANFORD EMPLOYEES**

Dated: December 18, 2009

Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: /s/ Kevin M. Sadler

    Kevin M. Sadler
    Texas Bar No. 17512450
    kevin.sadler@bakerbotts.com
    Robert I. Howell
    Texas Bar No. 10107300
    robert.howell@bakerbotts.com
    David T. Arlington
    Texas Bar No. 00790238
    david.arlington@bakerbotts.com
    1500 San Jacinto Center
    98 San Jacinto Blvd.
    Austin, Texas 78701-4039
    (512) 322-2500
    (512) 322-2501 (Facsimile)

    Timothy S. Durst
    Texas Bar No. 00786924
    tim.durst@bakerbotts.com
    2001 Ross Avenue
    Dallas, Texas 75201
    (214) 953-6500
    (214) 953-6503 (Facsimile)

**ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

## CERTIFICATE OF SERVICE

      On December 18, 2009, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I will serve the Former Stanford Employees individually or through their counsel of record, electronically, or by other means authorized by the Court or the Federal Rules of Civil Procedure.

                                              /s/ Kevin M. Sadler
                                              Kevin M. Sadler

**Former Stanford Employees**

| ID | Name | Loan(s) | SIBL CD Commissions | SIBL Quarterly Bonuses | PARS Payments | Branch Managing Director Quarterly Compensation | Severance Payments | Total CD Proceeds |
|---|---|---|---|---|---|---|---|---|
| 1 | Jeffrey E. Adams | $ - | $ - | $ - | $ - | $ - | $ 50,000 | $ 50,000 |
| 2 | Paul Adkins | 510,000 | 322 | - | - | - | - | 510,322 |
| 3 | Jeannette Aguilar | - | 77,751 | 77,390 | - | - | - | 155,141 |
| 4 | James R. Alguire | 764,610 | 273,669 | 223,119 | - | - | - | 1,261,398 |
| 5 | Peggy Allen | - | 1,566 | 99,716 | - | - | - | 101,282 |
| 6 | Orlando Amaya | - | 1,380,836 | 68,396 | - | - | - | 1,449,232 |
| 7 | Victoria Anctil | - | 519,408 | - | - | - | - | 519,408 |
| 8 | Tiffany Angelle | - | 742,524 | - | - | - | - | 742,524 |
| 9 | Susana Anguiano | - | 429,825 | 92,255 | - | - | - | 522,080 |
| 10 | James F. Anthony | - | - | - | - | - | 80,000 | 80,000 |
| 11 | Sylvia Aquino | - | 2,124,534 | 310,497 | - | - | - | 2,435,031 |
| 12 | Juan Araujo | - | - | 305,754 | - | - | - | 305,754 |
| 13 | Monica Ardesi | - | - | 293,619 | - | - | - | 293,619 |
| 14 | George Arnold | - | 190,601 | 82,133 | - | - | - | 272,734 |
| 15 | John Michael Arthur | 417,564 | 63,773 | 39,051 | - | - | - | 520,388 |
| 16 | Patricio Atkinson | - | - | - | - | - | 300,000 | 300,000 |
| 17 | Mauricio Aviles | - | - | 148,933 | - | - | - | 148,933 |
| 18 | Donald Bahrenburg | 92,969 | 16,874 | - | - | - | - | 109,843 |
| 19 | Brown Baine | 274,808 | 67,808 | - | - | - | - | 342,616 |
| 20 | Timothy Bambauer | 930,000 | 83,351 | 130,041 | - | - | - | 1,143,392 |
| 21 | Isaac Bar | - | - | 94,780 | - | - | - | 94,780 |
| 22 | Elias Barbar | - | 3,665,691 | 308,566 | - | - | - | 3,974,257 |
| 23 | Stephen R. Barber | 160,000 | - | - | - | - | - | 160,000 |
| 24 | Jonathan Barrack | 154,577 | 384,415 | 36,808 | - | - | - | 575,800 |
| 25 | Robert Barrett | - | 26,682 | 31,360 | - | - | - | 58,042 |
| 26 | Jane E. Bates | - | - | - | - | - | 102,083 | 102,083 |
| 27 | Timothy W. Baughman | - | - | - | - | - | 157,500 | 157,500 |
| 28 | Marie Bautista | - | 679,283 | - | - | - | - | 679,283 |
| 29 | Oswaldo Bencomo | - | - | 600,168 | - | - | - | 600,168 |
| 30 | Teral Bennett | 43,910 | 478,186 | 38,341 | - | - | - | 560,437 |
| 31 | Lori Bensing | - | - | - | - | 485,122 | - | 485,122 |
| 32 | Andrea Berger | 440,152 | 312,519 | 41,494 | - | - | - | 794,165 |
| 33 | Marc H. Bettinger | - | - | - | - | - | 113,333 | 113,333 |
| 34 | Norman Blake | 991,215 | 247,432 | 123,478 | - | - | - | 1,362,125 |
| 35 | Stephen G. Blumenreich | 856,053 | - | - | - | - | - | 856,053 |
| 36 | Michael Bober | 1,133,169 | 80,344 | 93,601 | - | - | - | 1,307,114 |

**Former Stanford Employees**

| ID | Name | Loan(s) | SIBL CD Commissions | SIBL Quarterly Bonuses | PARS Payments | Branch Managing Director Quarterly Compensation | Severance Payments | Total CD Proceeds |
|---|---|---|---|---|---|---|---|---|
| 37 | Nigel Bowman | 520,936 | 202,005 | 199,216 | - | - | - | 922,157 |
| 38 | Brad Bradham | 200,000 | 15,695 | - | - | 119,309 | - | 335,004 |
| 39 | Fabio Bramanti | - | - | 239,010 | - | - | - | 239,010 |
| 40 | Fernando Braojos | - | - | 93,001 | - | - | - | 93,001 |
| 41 | Alexandre Braune | - | 245,363 | - | - | - | - | 245,363 |
| 42 | Charles Brickey | 264,109 | 213,098 | 175,034 | - | - | - | 652,241 |
| 43 | Alan Brookshire | 599,129 | - | - | - | - | - | 599,129 |
| 44 | Nancy Brownlee | 95,793 | 259,352 | - | - | - | - | 355,145 |
| 45 | Richard Bucher | 80,701 | - | - | - | - | - | 80,701 |
| 46 | George Cairnes | 290,000 | - | - | - | - | - | 290,000 |
| 47 | Fausto Callava | - | 450,160 | 153,131 | - | - | - | 603,291 |
| 48 | Robert Bryan Cannon | 80,000 | - | - | - | - | - | 80,000 |
| 49 | Frank Carpin | 503,500 | - | - | - | - | - | 503,500 |
| 50 | Rafael Carriles | - | - | 100,020 | - | - | - | 100,020 |
| 51 | Scott Chaisson | - | 29,480 | - | - | 215,625 | - | 245,105 |
| 52 | James C. Chandley | 800,117 | - | - | - | - | - | 800,117 |
| 53 | Naveen Chaudhary | 50,000 | - | - | - | - | - | 50,000 |
| 54 | Jane Chernovetzky | - | - | 140,748 | - | - | - | 140,748 |
| 55 | Susana Cisneros | 12,390 | 384,838 | 86,436 | - | - | - | 483,664 |
| 56 | Ron Clayton | 1,151,598 | 439,462 | 193,644 | - | - | - | 1,784,704 |
| 57 | Neal Clement | 639,506 | 270,347 | 163,882 | - | - | - | 1,073,735 |
| 58 | Christopher Collier | 656,519 | 90,234 | 64,708 | - | - | - | 811,461 |
| 59 | Jay Comeaux | 289,010 | 1,133,187 | 62,584 | - | 2,191,204 | - | 3,675,985 |
| 60 | Michael Conrad | 1,146,000 | 63,627 | 81,500 | - | - | - | 1,291,127 |
| 61 | Michael Contorno | - | - | - | - | - | 165,000 | 165,000 |
| 62 | Bernard Cools-Lartigue | - | - | - | - | - | 72,419 | 72,419 |
| 63 | Don Cooper | - | 27,404 | 33,357 | - | - | - | 60,761 |
| 64 | Jose Cordero | - | 178,360 | 202,816 | - | - | - | 381,176 |
| 65 | Oscar Correa | - | - | 607,041 | - | - | - | 607,041 |
| 66 | James Cox | 989,429 | 28,167 | 31,650 | - | - | - | 1,049,246 |
| 67 | John Cravens | 253,081 | 114,343 | 121,500 | - | - | - | 488,924 |
| 68 | Ken Crimmins | 296,000 | 305 | - | - | - | - | 296,305 |
| 69 | Shawn M. Cross | 1,290,394 | - | - | - | - | - | 1,290,394 |
| 70 | James Cross | - | - | 77,063 | - | - | - | 77,063 |
| 71 | Patrick Cruickshank | 1,712,500 | 727,477 | 483,770 | - | - | - | 2,923,747 |
| 72 | Greg R Day | 1,004,619 | - | - | - | - | - | 1,004,619 |

**Former Stanford Employees**

| ID | Name | Loan(s) | SIBL CD Commissions | SIBL Quarterly Bonuses | PARS Payments | Branch Managing Director Quarterly Compensation | Severance Payments | Total CD Proceeds |
|---|---|---|---|---|---|---|---|---|
| 73 | William S. Decker | 1,700,000 | - | - | - | - | - | 1,700,000 |
| 74 | Michael DeGolier | 751,126 | 351 | - | - | - | - | 751,477 |
| 75 | Andres Delgado | - | - | 439,162 | - | - | - | 439,162 |
| 76 | Pedro Delgado | - | - | 82,083 | - | - | - | 82,083 |
| 77 | Ray Deragon | 817,047 | 175,400 | 159,297 | - | - | - | 1,151,744 |
| 78 | Arturo R. Diaz | 469,556 | 453,829 | 265,134 | - | - | - | 1,188,519 |
| 79 | Ana Dongilio | - | - | 85,632 | - | - | - | 85,632 |
| 80 | Matthew Drews | 224,989 | 426,190 | 92,990 | - | - | - | 744,169 |
| 81 | Carter W. Driscoll | - | - | - | - | - | 87,500 | 87,500 |
| 82 | Abraham Dubrovsky | - | 267,245 | 56,549 | - | - | - | 323,794 |
| 83 | Torben Garde Due | - | - | 344,492 | - | - | - | 344,492 |
| 84 | Sean Duffy | 455,721 | - | - | - | - | - | 455,721 |
| 85 | Christopher Shannon Elliotte | 50,000 | - | - | - | - | - | 50,000 |
| 86 | Neil Emery | - | - | 206,598 | - | - | - | 206,598 |
| 87 | Thomas Espy | - | 3,022,244 | 932,105 | - | - | - | 3,954,349 |
| 88 | Jordan Estra | - | - | - | - | - | 58,333 | 58,333 |
| 89 | Jason Fair | 20,000 | 211,842 | 36,173 | - | - | - | 268,015 |
| 90 | Nolan Farhy | 191,475 | 36,803 | - | - | - | - | 228,278 |
| 91 | Evan Farrell | 720,000 | 108,560 | - | - | - | - | 828,560 |
| 92 | Marina Feldman | - | - | 78,033 | - | - | - | 78,033 |
| 93 | Ignacio Felice | - | - | 86,707 | - | - | - | 86,707 |
| 94 | Bianca Fernandez | 50,000 | - | - | - | - | - | 50,000 |
| 95 | Freddy Fiorillo | - | - | 311,414 | - | - | - | 311,414 |
| 96 | Lori J. Fischer | - | - | - | - | - | 70,000 | 70,000 |
| 97 | Rosalia Fontanals | - | 128,087 | 135,623 | - | - | - | 263,710 |
| 98 | James Fontenot | - | 583,392 | 116,986 | - | - | - | 700,378 |
| 99 | Juliana Franco | - | - | - | - | - | 61,250 | 61,250 |
| 100 | John Fry | 91,295 | 55,340 | 20,970 | - | - | - | 167,605 |
| 101 | Roger Fuller | 747,380 | 26,961 | 31,286 | - | - | - | 805,627 |
| 102 | Attlee Gaal | 12,500 | 362,796 | 20,036 | - | - | - | 395,332 |
| 103 | Miguel A. Garces | - | 51,995 | - | - | - | - | 51,995 |
| 104 | Gustavo A. Garcia | - | - | - | - | - | 247,500 | 247,500 |
| 105 | David Braxton Gay | 738,213 | - | - | - | - | - | 738,213 |
| 106 | Gregg Gelber | - | 201,687 | 73,007 | - | - | - | 274,694 |
| 107 | Mark Gensch | 110,000 | - | - | - | - | - | 110,000 |
| 108 | Gregory C. Gibson | 1,275,425 | - | - | - | - | - | 1,275,425 |

**Former Stanford Employees**

| ID | Name | Loan(s) | SIBL CD Commissions | SIBL Quarterly Bonuses | PARS Payments | Branch Managing Director Quarterly Compensation | Severance Payments | Total CD Proceeds |
|---|---|---|---|---|---|---|---|---|
| 109 | Michael D. Gifford | 120,000 | - | - | - | - | - | 120,000 |
| 110 | Eric Gildhorn | - | - | 208,790 | - | - | - | 208,790 |
| 111 | Luis Giusti | - | - | 261,061 | - | - | - | 261,061 |
| 112 | Steven Glasgow | 722,000 | - | - | - | - | - | 722,000 |
| 113 | John Glennon | 403,900 | 3,436 | - | - | 1,706 | - | 409,042 |
| 114 | Susan Glynn | 50,000 | - | - | - | - | - | 50,000 |
| 115 | Larry Goldsmith | 473,704 | 20,458 | - | - | - | - | 494,162 |
| 116 | Ramiro Gomez-Rincon | - | - | 272,563 | - | - | - | 272,563 |
| 117 | Joaquin Gonzalez | - | 439,450 | 49,977 | - | - | - | 489,427 |
| 118 | Juan Carlos Gonzalez | - | - | 51,299 | - | - | - | 51,299 |
| 119 | Russell Warden Good | 671,000 | 100 | - | - | - | - | 671,100 |
| 120 | John Grear | 481,541 | - | - | - | - | - | 481,541 |
| 121 | Jason Green | - | 554,929 | 38,648 | - | 2,019,929 | - | 2,613,506 |
| 122 | Stephen Greenhaw | 572,164 | - | - | - | - | - | 572,164 |
| 123 | Mark Groesbeck | - | 1,244,357 | 126,839 | - | - | - | 1,371,196 |
| 124 | Billy Ray Gross | 100,000 | - | - | - | - | - | 100,000 |
| 125 | Vivian Guarch | - | 120,653 | 70,143 | - | - | - | 190,796 |
| 126 | Donna Guerrero | 85,000 | - | - | - | - | - | 85,000 |
| 127 | John Gutfranski | 60,000 | - | - | - | - | - | 60,000 |
| 128 | Rodney Hadfield | 113,431 | - | - | - | - | - | 113,431 |
| 129 | Gary Haindel | 113,058 | 444,484 | 22,674 | - | - | - | 580,216 |
| 130 | Jon Hanna | - | 66,670 | - | - | - | - | 66,670 |
| 131 | Dirk Harris | - | 186,298 | - | - | - | - | 186,298 |
| 132 | Virgil Harris | - | 155,828 | 123,256 | 1,750,506 | - | - | 2,029,590 |
| 133 | Kelley L. Hawkins | - | - | - | - | - | 66,667 | 66,667 |
| 134 | Charles Hazlett | 100,000 | - | - | - | - | - | 100,000 |
| 135 | Roberto T. Helguera | - | - | - | - | - | 90,000 | 90,000 |
| 136 | Luis Hermosa | - | - | 64,817 | - | - | - | 64,817 |
| 137 | Daniel Hernandez | - | 437,577 | 188,052 | - | - | - | 625,629 |
| 138 | Martine Hernandez | - | - | 145,490 | - | - | - | 145,490 |
| 139 | Patrica Herr | - | 633,582 | - | - | - | - | 633,582 |
| 140 | Alfredo Herraez | - | - | 59,764 | - | - | - | 59,764 |
| 141 | Helena M. Herrero | - | - | - | - | - | 171,875 | 171,875 |
| 142 | Steven Hoffman | - | 114,439 | - | - | - | - | 114,439 |
| 143 | Robert Hogue | 820,125 | 2,129 | - | - | - | - | 822,254 |
| 144 | John Holliday | 597,503 | 33,358 | - | - | - | - | 630,861 |

**Former Stanford Employees**

| ID | Name | Loan(s) | SIBL CD Commissions | SIBL Quarterly Bonuses | PARS Payments | Branch Managing Director Quarterly Compensation | Severance Payments | Total CD Proceeds |
|---|---|---|---|---|---|---|---|---|
| 145 | Nancy J. Huggins | - | - | - | - | - | 50,000 | 50,000 |
| 146 | Charles Hughes | 44,274 | 424,806 | - | - | - | - | 469,080 |
| 147 | Wiley Hutchins, Jr. | 573,033 | - | - | - | - | - | 573,033 |
| 148 | David Innes | 376,500 | - | - | - | - | - | 376,500 |
| 149 | Marcos Iturriza | - | - | 162,940 | - | - | - | 162,940 |
| 150 | Charles Jantzi | - | 311,229 | 41,908 | - | - | - | 353,137 |
| 151 | Allen Johnson | 1,502,757 | 50,663 | 63,090 | - | - | - | 1,616,510 |
| 152 | Susan K. Jurica | - | - | - | - | - | 50,000 | 50,000 |
| 153 | Marty Karvelis | - | - | - | - | 544,240 | 37,500 | 581,740 |
| 154 | Faran Kassam | - | - | 273,849 | - | - | - | 273,849 |
| 155 | Joseph L. Klingen | - | 8,433 | - | - | - | 75,000 | 83,433 |
| 156 | Robert A. Kramer | - | - | - | - | - | 250,000 | 250,000 |
| 157 | David Wayne Krumrey | 507,434 | - | - | - | - | - | 507,434 |
| 158 | Bruce Lang | 253,644 | 51,245 | - | - | - | - | 304,889 |
| 159 | Grady Layfield | 20,000 | 1,037,958 | 234,111 | - | 646,917 | - | 1,938,986 |
| 160 | James LeBaron | 220,923 | 290,263 | 121,061 | - | - | - | 632,247 |
| 161 | Jason LeBlanc | - | 169,714 | 46,825 | - | - | - | 216,539 |
| 162 | William Leighton | 150,000 | 65,513 | 71,416 | - | - | - | 286,929 |
| 163 | Mayra C. Leon De Carrero | - | - | - | - | - | 185,625 | 185,625 |
| 164 | Robert Lenoir | 645,822 | 158,026 | 85,001 | - | - | - | 888,849 |
| 165 | Humberto Lepage | - | - | 328,473 | - | - | - | 328,473 |
| 166 | Francois Lessard | - | - | 53,597 | - | - | - | 53,597 |
| 167 | James C. Li | - | - | - | - | - | 66,667 | 66,667 |
| 168 | Gary Lieberman | 100,000 | - | - | - | - | - | 100,000 |
| 169 | Jason Likens | 300,856 | - | - | - | - | - | 300,856 |
| 170 | Trevor Ling | 899,474 | 1,095,371 | 438,957 | - | - | - | 2,433,802 |
| 171 | Christopher Long | 215,000 | 128 | - | - | - | - | 215,128 |
| 172 | Robert Long, Jr. | 600,000 | - | - | - | - | - | 600,000 |
| 173 | Humberto Lopez | 412,500 | 233,333 | 33,687 | - | - | - | 679,520 |
| 174 | Luis Felipe Lozano | - | - | 66,403 | - | - | - | 66,403 |
| 175 | David Lundquist | 100,000 | - | - | - | - | - | 100,000 |
| 176 | Michael MacDonald | 243,963 | 1,781 | - | - | - | - | 245,744 |
| 177 | Anthony Makransky | 105,317 | 1,822 | - | - | - | - | 107,139 |
| 178 | Megan R. Malanga | - | - | - | - | - | 50,000 | 50,000 |
| 179 | Manuel Malvaez | - | 1,121,877 | - | - | - | - | 1,121,877 |
| 180 | Maria Manerba | - | 1,017,573 | 30,165 | - | - | - | 1,047,738 |

**Former Stanford Employees**

| ID | Name | Loan(s) | SIBL CD Commissions | SIBL Quarterly Bonuses | PARS Payments | Branch Managing Director Quarterly Compensation | Severance Payments | Total CD Proceeds |
|---|---|---|---|---|---|---|---|---|
| 181 | Michael Mansur | 331,770 | 230,013 | 122,188 | - | - | - | 683,971 |
| 182 | Iris Marcovich | - | - | 81,309 | - | - | - | 81,309 |
| 183 | Janie Martinez | - | 1,263,652 | 123,165 | - | - | - | 1,386,817 |
| 184 | Claudia Martinez | - | 784,705 | 404,216 | - | - | - | 1,188,921 |
| 185 | Aymeric Martinoia | - | 61,003 | - | - | - | - | 61,003 |
| 186 | Bert Deems May, Jr. | 465,000 | - | - | - | - | - | 465,000 |
| 187 | Carol McCann | 375,000 | - | - | - | 66,925 | - | 441,925 |
| 188 | Francesca McCann | - | - | - | - | - | 75,000 | 75,000 |
| 189 | Douglas McDaniel | 1,314,168 | 134,767 | 84,358 | - | - | - | 1,533,293 |
| 190 | Matthew McDaniel | 422,686 | 103,881 | 68,869 | - | - | - | 595,436 |
| 191 | Pam McGowan | - | 90,629 | - | - | - | - | 90,629 |
| 192 | Gerardo Meave-Flores | - | 532,368 | 155,839 | - | - | - | 688,207 |
| 193 | Lawrence Messina | 1,181,689 | 230,013 | 122,188 | - | - | - | 1,533,890 |
| 194 | Nolan N. Metzger | 826,165 | - | - | - | - | - | 826,165 |
| 195 | William J. Metzinger | 1,232,000 | - | - | - | - | - | 1,232,000 |
| 196 | Donald Miller | 253,634 | 277,129 | 77,007 | - | - | - | 607,770 |
| 197 | Trenton Miller | 2,217,854 | 381,912 | 189,684 | - | - | - | 2,789,450 |
| 198 | Hank Mills | - | 2,054,793 | 1,002,275 | - | - | - | 3,057,068 |
| 199 | Brent B. Milner | 3,500,000 | - | - | - | - | - | 3,500,000 |
| 200 | Peter Montalbano | 720,000 | 110,958 | 123,630 | - | - | - | 954,588 |
| 201 | Alberto Montero | - | - | 88,688 | - | - | - | 88,688 |
| 202 | Rolando H. Mora | - | 78,236 | - | - | - | - | 78,236 |
| 203 | David Morgan | 425,000 | 153,381 | 117,828 | - | - | - | 696,209 |
| 204 | Shawn Morgan | 331,715 | 93,890 | - | - | - | - | 425,605 |
| 205 | Jonathan Mote | 1,024,759 | - | - | - | - | - | 1,024,759 |
| 206 | Carroll Mullis | 1,056,815 | - | - | - | - | - | 1,056,815 |
| 207 | Spencer Murchison | 441,521 | 203,170 | 24,270 | - | - | - | 668,961 |
| 208 | David Nanes | - | 1,008,703 | 617,719 | - | - | - | 1,626,422 |
| 209 | Jon Nee | 500,000 | 116,980 | 67,800 | - | - | - | 684,780 |
| 210 | Aaron Nelson | 384,000 | 629 | - | - | - | - | 384,629 |
| 211 | Gail Nelson | - | - | - | - | - | 75,000 | 75,000 |
| 212 | Russell C. Newton, Jr. | - | 3,405 | - | - | - | 54,000 | 57,405 |
| 213 | Norbert Nieuw | - | 78,702 | - | - | - | - | 78,702 |
| 214 | Lupe Northam | - | 1,548,839 | 164,589 | - | - | - | 1,713,428 |
| 215 | Scott Notowich | 438,859 | 938,813 | 377,441 | - | 230,146 | - | 1,985,259 |
| 216 | Monica Novitsky | 12,500 | 362,796 | 20,036 | - | - | - | 395,332 |

**Former Stanford Employees**

| ID | Name | Loan(s) | SIBL CD Commissions | SIBL Quarterly Bonuses | PARS Payments | Branch Managing Director Quarterly Compensation | Severance Payments | Total CD Proceeds |
|---|---|---|---|---|---|---|---|---|
| 217 | Kale Olson | 168,014 | - | - | - | - | - | 168,014 |
| 218 | John D. Orcutt | 834,157 | - | - | - | - | - | 834,157 |
| 219 | Walter Orejuela | - | - | 175,355 | - | - | - | 175,355 |
| 220 | Alfonso Ortega | - | - | 346,757 | - | - | - | 346,757 |
| 221 | Zack Parrish | 100,000 | - | - | 146,202 | - | 1,225,000 | 1,471,202 |
| 222 | Tim Parsons | 60,000 | 483,659 | 20,508 | - | - | - | 564,167 |
| 223 | William Peerman | 713,625 | 9,649 | - | - | - | - | 723,274 |
| 224 | Beatriz Pena | - | - | 86,671 | - | - | - | 86,671 |
| 225 | Ernesto Pena | - | - | 193,260 | - | - | - | 193,260 |
| 226 | Roberto Pena | - | 331,261 | 307,555 | - | - | - | 638,816 |
| 227 | Roberto A. Pena | - | 410,535 | 188,052 | - | - | - | 598,587 |
| 228 | Dulce Perezmora | - | 170,889 | - | - | - | - | 170,889 |
| 229 | Saraminta Perez | - | 576,392 | 20,241 | - | - | - | 596,633 |
| 230 | Tony Perez | - | 4,153,297 | - | - | - | - | 4,153,297 |
| 231 | James D. Perry | - | - | - | - | - | 100,000 | 100,000 |
| 232 | Lou Perry | 225,980 | 51,454 | 20,970 | - | - | - | 298,405 |
| 233 | Brandon R. Phillips | 70,000 | - | - | - | - | - | 70,000 |
| 234 | Randall Pickett | 1,283,962 | 93,033 | 100,555 | - | - | - | 1,477,550 |
| 235 | Eduardo Picon | - | - | 89,515 | - | - | - | 89,515 |
| 236 | Edward Prieto | - | 118,181 | - | - | - | - | 118,181 |
| 237 | Christopher Prindle | 720,000 | 108,513 | - | - | - | - | 828,513 |
| 238 | A. Steven Pritsios | 510,000 | 322 | - | - | - | - | 510,322 |
| 239 | Arturo Prum | - | - | 304,987 | - | - | - | 304,987 |
| 240 | Maria Putz | - | - | 87,912 | - | - | - | 87,912 |
| 241 | Judith Quinones | - | 528,072 | - | - | - | - | 528,072 |
| 242 | Sumeet Rai | - | 188,162 | 102,095 | - | - | - | 290,257 |
| 243 | Michael Ralby | 900,165 | 203,406 | 93,007 | - | - | - | 1,196,578 |
| 244 | Leonor Ramirez | - | 1,870,064 | 145,920 | - | - | - | 2,015,984 |
| 245 | Nelson Ramirez | - | 577,353 | 55,981 | - | - | 140,327 | 773,661 |
| 246 | David Rappaport | 98,500 | - | - | - | - | - | 98,500 |
| 247 | Charles Rawl | 707,281 | 25,665 | - | - | - | - | 732,946 |
| 248 | Syed H. Razvi | - | - | - | - | - | 62,500 | 62,500 |
| 249 | Kathleen M. Reed | - | - | - | - | - | 141,667 | 141,667 |
| 250 | Steven Restifo | 357,984 | 2,763 | - | - | - | - | 360,747 |
| 251 | Walter Ricardo | 1,150,000 | 398,167 | 211,174 | - | - | - | 1,759,341 |
| 252 | Giampiero Riccio | - | - | - | - | - | 206,250 | 206,250 |

## Former Stanford Employees

| ID | Name | Loan(s) | SIBL CD Commissions | SIBL Quarterly Bonuses | PARS Payments | Branch Managing Director Quarterly Compensation | Severance Payments | Total CD Proceeds |
|---|---|---|---|---|---|---|---|---|
| 253 | Jeffrey Ricks | 692,904 | 351 | - | - | - | - | 693,255 |
| 254 | Juan C. Riera | - | - | - | - | - | 180,000 | 180,000 |
| 255 | Alan Riffle | 607,950 | 158,815 | 128,706 | - | - | - | 895,471 |
| 256 | Randolph E. Robertson | 370,958 | - | - | - | - | - | 370,958 |
| 257 | Steve Robinson | 2,995,526 | 381,912 | 189,684 | - | - | - | 3,567,122 |
| 258 | Timothy D. Rogers | 1,275,425 | - | - | - | - | - | 1,275,425 |
| 259 | Eddie Rollins | 232,034 | 36,146 | 20,000 | - | - | - | 288,180 |
| 260 | Peter R. Ross | - | - | - | - | - | 133,333 | 133,333 |
| 261 | Rocky Roys | - | 2,259,210 | - | - | - | - | 2,259,210 |
| 262 | Thomas G. Rudkin | - | - | - | - | - | 100,000 | 100,000 |
| 263 | Julio Ruelas | - | - | 59,615 | - | - | - | 59,615 |
| 264 | Nicholas P. Salas | - | - | - | - | - | 85,002 | 85,002 |
| 265 | Tatiana Saldivia | - | - | 70,608 | - | - | - | 70,608 |
| 266 | John Santi | 632,445 | 23,268 | 47,343 | - | - | 600,000 | 1,303,056 |
| 267 | Christopher K. Schaefer | 114,250 | - | - | - | - | - | 114,250 |
| 268 | Louis Schaufele | - | 203,143 | 123,256 | 713,755 | - | - | 1,040,154 |
| 269 | John Schwab | - | 1,428,940 | 502,995 | - | - | - | 1,931,935 |
| 270 | Harvey Schwartz | 561,214 | 32,948 | - | - | - | - | 594,162 |
| 271 | William Scott | 460,000 | 322 | - | - | - | - | 460,322 |
| 272 | Haygood Seawell | 1,102,000 | 1,926 | - | - | - | - | 1,103,926 |
| 273 | Leonard Seawell | 384,000 | 629 | - | - | - | - | 384,629 |
| 274 | Morris Serrero | - | - | 112,475 | - | - | - | 112,475 |
| 275 | Doug Shaw | 847,395 | 1,611,705 | 678,476 | - | - | - | 3,137,576 |
| 276 | Nick Sherrod | 302,430 | - | - | - | - | - | 302,430 |
| 277 | Jon C. Shipman | - | - | - | - | - | 67,500 | 67,500 |
| 278 | Jordan Sibler | 50,000 | - | - | - | - | - | 50,000 |
| 279 | Rochelle Sidney | - | - | 259,325 | - | - | - | 259,325 |
| 280 | Brent Simmons | 156,938 | 45,366 | - | - | - | - | 202,304 |
| 281 | Edward Simmons | 219,047 | - | - | - | - | - | 219,047 |
| 282 | Peter Siragna | - | - | 1,901,338 | - | - | - | 1,901,338 |
| 283 | Steve Slewitzke | 250,000 | 336,543 | 193,267 | - | - | - | 779,810 |
| 284 | Nancy Soto | - | - | 585,808 | - | - | - | 585,808 |
| 285 | Paul Stanley | - | 66,843 | - | - | - | - | 66,843 |
| 286 | Sanford Steinberg | 584,729 | 3,207 | 21,063 | - | - | - | 608,999 |
| 287 | Heath Stephens | 198,808 | 46,534 | 28,496 | - | - | - | 273,838 |
| 288 | William O. Stone Jr. | 820,657 | 57,953 | 20,000 | - | - | - | 898,610 |

**Former Stanford Employees**

| ID | Name | Loan(s) | SIBL CD Commissions | SIBL Quarterly Bonuses | PARS Payments | Branch Managing Director Quarterly Compensation | Severance Payments | Total CD Proceeds |
|---|---|---|---|---|---|---|---|---|
| 289 | David M. Stubbs | 1,095,350 | - | - | - | - | - | 1,095,350 |
| 290 | Mark V. Stys | 200,000 | - | - | 328,417 | - | 1,060,000 | 1,588,417 |
| 291 | Timothy W. Summers | - | - | - | - | - | 165,083 | 165,083 |
| 292 | Paula S. Sutton | 1,000,000 | - | - | - | - | - | 1,000,000 |
| 293 | William Brent Sutton | 50,000 | - | - | - | - | - | 50,000 |
| 294 | Ana Tanur | - | - | 95,725 | - | - | - | 95,725 |
| 295 | Juan Carlos Terrazas | - | - | 96,755 | - | - | - | 96,755 |
| 296 | Scot Thigpen | 401,758 | - | - | - | - | - | 401,758 |
| 297 | Christopher Thomas | 259,623 | 64,116 | 46,471 | - | - | - | 370,210 |
| 298 | Mark Tidwell | 436,037 | 508,972 | 108,438 | - | - | - | 1,053,447 |
| 299 | Yliana Torrealba | - | - | 283,174 | - | - | - | 283,174 |
| 300 | Jose Torres | 162,778 | 185,403 | 75,073 | - | - | - | 423,254 |
| 301 | Al Trullenque | 289,010 | 1,126,027 | 62,584 | - | 1,014,842 | - | 2,492,463 |
| 302 | Audrey Truman | 187,500 | 146,321 | 125,853 | - | - | - | 459,674 |
| 303 | Roberto Ulloa | - | 3,585,168 | 987,973 | - | - | - | 4,573,141 |
| 304 | Eric Urena | 312,500 | 164,845 | 33,687 | - | - | - | 511,032 |
| 305 | Miguel Valdez | 284,250 | 283,665 | 167,225 | - | - | - | 735,140 |
| 306 | Nicolas Valera | - | - | 404,294 | - | - | - | 404,294 |
| 307 | Tim Vanderver | 980,000 | 510,819 | 208,168 | - | - | - | 1,698,987 |
| 308 | Jaime Vargas | - | 188,569 | - | - | - | - | 188,569 |
| 309 | Pete Vargas | - | 1,606,461 | 34,862 | - | - | - | 1,641,323 |
| 310 | Ettore Ventrice | 1,134,703 | 80,344 | 93,601 | - | - | - | 1,308,648 |
| 311 | Mario Vieira | - | - | 118,331 | - | - | - | 118,331 |
| 312 | Evely Villalon | - | - | 126,106 | - | - | - | 126,106 |
| 313 | Maria Villanueva | - | 3,764,370 | 281,814 | - | - | - | 4,046,184 |
| 314 | Chris Villemarette | 60,000 | - | - | - | - | - | 60,000 |
| 315 | Frans Vingerhoedt | - | - | 220,657 | - | - | - | 220,657 |
| 316 | Daniel Vitrian | - | - | 83,277 | - | - | - | 83,277 |
| 317 | Charles Vollmer | 1,498,538 | 522,580 | 165,930 | - | - | - | 2,187,048 |
| 318 | James Weller | 75,000 | - | - | - | - | - | 75,000 |
| 319 | Bill Whitaker | 857,350 | 118,783 | 51,250 | - | - | - | 1,027,383 |
| 320 | Donald Whitley | 267,000 | - | - | - | - | - | 267,000 |
| 321 | David Whittemore | - | 205,059 | 73,789 | - | - | - | 278,848 |
| 322 | Charles Widener | 237,500 | 107,976 | 57,859 | - | - | - | 403,335 |
| 323 | John Whitfield Wilks | 500,000 | - | - | - | - | - | 500,000 |
| 324 | Thomas Woolsey | 350,000 | 434 | - | - | - | - | 350,434 |

## Former Stanford Employees

| ID | Name | Loan(s) | SIBL CD Commissions | SIBL Quarterly Bonuses | PARS Payments | Branch Managing Director Quarterly Compensation | Severance Payments | Total CD Proceeds |
|---|---|---|---|---|---|---|---|---|
| 325 | Michael Word | 194,681 | 2,017,698 | 352,333 | - | - | - | 2,564,712 |
| 326 | Ryan Wrobleske | 986,859 | 70,562 | 47,608 | - | - | - | 1,105,029 |
| 327 | Ihab Yassine | - | - | 50,268 | - | - | - | 50,268 |
| 328 | Bernerd E. Young | 75,000 | - | - | - | - | - | 75,000 |
| 329 | Leon Zaidner | - | - | 552,740 | - | - | - | 552,740 |
| | | | | **Total CD Proceeds** | | | | $ 215,406,017 |