IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., <br><br> Plaintiff, <br><br> v. <br><br> and JAMES R. ALGUIRE, ET AL., <br><br> Relief Defendants. | § § § § § § § § § § § § § CASE NO. 3:09-CV-0724-N |

## STIPULATION AND ORDER

The Receiver and certain former Stanford employees who are parties to the above suit ("Eleven Defendants"[1]) and, collectively with the Receiver, the "Stipulating Parties") stipulate as follows:

1.  The Stipulating Parties agree to extend the previously agreed deadlines as set forth in the Court's November 16, 2009 Order (Doc. 123). The Stipulating Parties agree to the following pleading and briefing schedule:

2.  The Receiver filed his Second Amended Complaint against the Former Stanford Employees on Friday, December 18, 2009.

3.  The Eleven Defendants' pending Motion to Dismiss, unless amended, will serve as their response to the Receiver's Second Amended Complaint. The deadline for the Eleven Defendants to respond to the Receiver's Second Amended Complaint is January 15, 2010.

---

[1] The Eleven Defendants include: Alan Brookshire, James C. Chandley, David Braxton Gay, Gregory C. Gibson, John Grear, Jason Likens, Kale Olson, Timothy D. Rogers, Nick Sherrod, Susan Glynn, and John Whitfield Wilks.

STIPULATION AND ORDER - PAGE 1

DAL:754694.2

4. To the extent that the Eleven Defendants move in lieu of answering, the Receiver's responses to the Eleven Defendants' motions, including motions filed before the entry of this Stipulation and Order, are due on or before February 15, 2010.

5. The Eleven Defendants must reply to the Receiver's response(s) on or before March 17, 2010.

**APPROVED:**

Dated \_\_\_\_ day of _____, 20\_\_\_.

_____
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND SUBSTANCE:**

Respectfully submitted,

s/ J. Pat Sadler
J. Pat Sadler
Georgia Bar No. 622060
Pro Hac Vice Application Pending

Sadler & Hovdesven, P.C.
1155 Hightower Trail, Suite 200
Atlanta, GA 30350
Email: jps@sandhlaw.com
Telephone: (770) 587-2570
Fax: (770) 642-6278


s/ Robert L. Wright
Robert L. Wright
Texas Bar No. 22054300

Robert L. Wright, P.C.
612 Eighth Avenue
Fort Worth, Texas 76104
E-Mail: rwright@rlwpc.com
Telephone: (817) 850-0082
Fax: (817) 870-9101

ATTORNEYS FOR DEFENDANTS, ALAN BROOKSHIRE, JAMES C. CHANDLEY, DAVID BRAXTON GAY, GREGORY C. GIBSON, JOHN GREAR, JASON LIKENS, KALE OLSON, TIMOTHY D. ROGERS, NICK SHERROD, SUSAN GLYNN, AND JOHN WHITFIELD WILKS

                    <u>s/ David T. Arlington</u>
                    Kevin M. Sadler
                    Texas State Bar No. 17512450
                    kevin.sadler@bakerbotts.com
                    Robert I. Howell
                    State Bar No. 10107300
                    robert.howell@bakerbotts.com
                    David T. Arlington
                    State Bar No. 00790238
                    david.arlington@bakerbotts.com

                    1500 San Jacinto Center
                    98 San Jacinto Blvd.
                    Austin, TX 78701-4078
                    Telephone: (512) 322-2500
                    Facsimile: (512) 322-2501

                    Timothy S. Durst
                    Texas State Bar No. 00786924
                    tim.durst@bakerbotts.com
                    2001 Ross Avenue
                    Suite 600
                    Dallas, TX 75201
                    Telephone: (214) 953-6500
                    Facsimile: (214-953-6503

                    **ATTORNEYS FOR RECEIVER**
                    **RALPH S. JANVEY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December 2009, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case files system sent a "Notice of Electronic Filing" to all counsel of records, each of whom have consented in writing to accept this Notice as service of this document by Electronic means.

/s/David T. Arlington
David T. Arlington