**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL. | § § § § § | |
| Plaintiff, | § § | Case No. 03:09-CV-0724-N |
| v. | § § | |
| JAMES R. ALGUIRE, ET AL. | § § § | |
| Relief Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE (WIDES)

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Ralph S. Janvey, in his capacity as Court-appointed Receiver for Stanford International Bank, Ltd. and Stanford Group Company, et al., and Relief Defendants Melvin Wides and the Melvin Wides Revocable Trust hereby stipulate to the Dismissal, with Prejudice and without costs, of all claims by Plaintiff against Relief Defendants Melvin Wides and the Melvin Wides Revocable Trust in the above-referenced case.

The parties have resolved their disputes and respectfully request that the Court enter the attached Agreed Order of Dismissal.

1

Dated: December 22 2009

Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: /s/ Kevin M. Sadler
    Kevin M. Sadler
    Texas Bar No. 17512450
    kevin.sadler@bakerbotts.com
    Robert I. Howell
    Texas Bar No. 10107300
    robert.howell@bakerbotts.com
    David T. Arlington
    Texas Bar No. 00790238
    david.arlington@bakerbotts.com
    1500 San Jacinto Center
    98 San Jacinto Blvd.
    Austin, Texas 78701-4039
    (512) 322-2500
    (512) 322-2501 (Facsimile)

    Timothy S. Durst
    Texas Bar No. 00786924
    tim.durst@bakerbotts.com
    2001 Ross Avenue
    Dallas, Texas 75201
    (214) 953-6500
    (214) 953-6503 (Facsimile)

**ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

Agreed: /s/ Susan Rosenblum
**Susan Rosenblum, as Executor of the
Estate of Melvin Wides and Trustee of
the Melvin Wides Revocable Trust**

**CERTIFICATE OF SERVICE**

On December 22, 2009, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I will serve all counsel of record electronically or by other means authorized by the Court or the Federal Rules of Civil Procedure.

/s/ Kevin M. Sadler
Kevin M. Sadler
