IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL.,<br><br>Plaintiff,<br><br>v.<br><br>JAMES R. ALGUIRE, ET AL.,<br><br>Relief Defendants. | CASE NO. 3:09-CV-0724-N |

**STIPULATION AND ORDER**

The Receiver and certain former Stanford employees who are parties to the above suit ("Eleven Defendants"[1]) and, collectively with the Receiver, the "Stipulating Parties") stipulate as follows:

1. The Stipulating Parties agree to extend the previously agreed deadlines as set forth in the Court's November 16, 2009 Order (Doc. 123). The Stipulating Parties agree to the following pleading and briefing schedule:

2. The Receiver filed his Second Amended Complaint against the Former Stanford Employees on Friday, December 18, 2009.

3. The Eleven Defendants' pending Motion to Dismiss, unless amended, will serve as their response to the Receiver's Second Amended Complaint. The deadline for the Eleven Defendants to respond to the Receiver's Second Amended Complaint is January 15, 2010.

---

[1] The Eleven Defendants include: Alan Brookshire, James C. Chandley, David Braxton Gay, Gregory C. Gibson, John Grear, Jason Likens, Kale Olson, Timothy D. Rogers, Nick Sherrod, Susan Glynn, and John Whitfield Wilks.

4. To the extent that the Eleven Defendants move in lieu of answering, the Receiver's responses to the Eleven Defendants' motions, including motions filed before the entry of this Stipulation and Order, are due on or before February 15, 2010.

5. The Eleven Defendants must reply to the Receiver's response(s) on or before March 17, 2010.

**APPROVED:**

Signed January 8, 2010.

_____
David C. Godbey
United States District Judge

**AGREED AS TO FORM AND SUBSTANCE:**

Respectfully submitted,

s/ J. Pat Sadler
J. Pat Sadler
Georgia Bar No. 622060
Pro Hac Vice Application Pending

Sadler & Hovdesven, P.C.
1155 Hightower Trail, Suite 200
Atlanta, GA 30350
Email:  jps@sandhlaw.com
Telephone:    (770) 587-2570
Fax:              (770) 642-6278


s/ Robert L. Wright
Robert L. Wright
Texas Bar No. 22054300

Robert L. Wright, P.C.
612 Eighth Avenue
Fort Worth, Texas 76104
E-Mail:  rwright@rlwpc.com
Telephone:    (817) 850-0082
Fax:              (817) 870-9101

ATTORNEYS FOR DEFENDANTS, ALAN BROOKSHIRE, JAMES C. CHANDLEY, DAVID BRAXTON GAY, GREGORY C. GIBSON, JOHN GREAR, JASON LIKENS, KALE OLSON, TIMOTHY D. ROGERS, NICK SHERROD, SUSAN GLYNN, AND JOHN WHITFIELD WILKS


s/ David T. Arlington

Kevin M. Sadler
Texas State Bar No. 17512450
kevin.sadler@bakerbotts.com
Robert I. Howell
State Bar No. 10107300
robert.howell@bakerbotts.com
David T. Arlington
State Bar No. 00790238
david.arlington@bakerbotts.com

1500 San Jacinto Center
98 San Jacinto Blvd.
Austin, TX 78701-4078
Telephone: (512) 322-2500
Facsimile: (512) 322-2501

Timothy S. Durst
Texas State Bar No. 00786924
tim.durst@bakerbotts.com
2001 Ross Avenue
Suite 600
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile: (214-953-6503

**ATTORNEYS FOR RECEIVER
RALPH S. JANVEY**