IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL.,<br><br>Plaintiff,<br><br>v.<br><br>JAMES R. ALGUIRE, ET AL.<br><br>Relief Defendants. | Case No. 03:09-CV-0724-N |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Agreed Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in this action by Plaintiff, Receiver Ralph S. Janvey, against Relief Defendants Yolanda A. Valdes and the Yolanda A. Valdes Revocable Trust are DISMISSED WITH PREJUDICE;

2. Each party will bear its or their own costs, expenses and attorneys' fees.

It is so ORDERED.

Signed January 15, 2010.

_____
David C. Godbey
United States District Judge

ORDER - SOLO PAGE