IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:09-CV-0724-N |
| | § | |
| JAMES R. ALGUIRE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This Order addresses various Defendants' motions to compel arbitration or motions to dismiss grounded solely upon the Receiver's alleged obligation to arbitrate his claims against the Defendants [199, 203, 204, 407, & 408]. The Fifth Circuit recently ruled that in this case the Receiver represents the interests of defrauded creditors and, therefore, that he need not adhere to the arbitration agreements between the Defendants and their employer Stanford entities.[1]  *See Janvey v. Alguire*, 628 F.3d 185, 182-85 (5th Cir. 2010). Accordingly, the Court denies the Defendants' motions.

Signed April 11, 2011.

David C. Godbey
United States District Judge

---

[1] For the same reason, the Receiver's claims here do not implicate the matters at issue in Defendants Tidwell and Rawl's pre-Receivership arbitration proceedings with the Stanford Group Company. *See* Mots. to Dismiss, Lift Inj. Order, & Resume Arbitration [407 & 408].

ORDER – SOLO PAGE