IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:09-CV-0724-N |
| | § | |
| JAMES R. ALGUIRE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This Order addresses Defendant Donna M. Vines' counsel's motion to withdraw [590]. Local Rule 7.1 requires that all motions, with exceptions not applicable here, contain a Certificate of Conference indicating that the moving party has conferred with at least opposing counsel to determine whether the motion is opposed or unopposed. N.D. TEX. R. CIV. P. 7.1(a), (b). It also requires that each motion, with exception not applicable here, be accompanied by a proposed order. N.D. TEX. R. CIV. P. 7.1(c). Additionally, Local Rule 83.12 requires that where an attorney seeks to withdraw as counsel and the succeeding attorney is unknown, the motion must set forth the name, address, and telephone number of the client and either bear the client's signature or explain why the client's signature could not be obtained. N.D. TEX. R. CIV. P. 83.12(a). Here, Thomas Michael Hobson seeks to withdraw as counsel for Vines. However, his motion does not comply with the above Local Rules. Accordingly, the Court denies the motion.

ORDER – PAGE 1

Signed April 4, 2012.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 2