**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL.,**<br><br>  Plaintiffs,<br><br>vs.<br><br>**JAMES R. ALGUIRE, ET AL.,**<br><br>  Relief Defendants. | NO.   03:09-cv-0724-N |

## ENTRY OF APPEARANCE FOR DEFENDANT JAMES WELLER

**COMES NOW** John T. Richer of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C., and enters his appearance as counsel of record for the Relief Defendant, James Weller, in the above styled case.

Dated: September 13, 2012

Respectfully submitted,

By:  *s/ John T. Richer*
John T. Richer, Texas Bar No. 24068531
James M. Reed, Oklahoma Bar No. 7466
**HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 200
Tulsa, Oklahoma 74103-3706
Telephone: (918) 594-0400
Facsimile:  (918) 594-0505

**ATTORNEYS FOR RELIEF DEFENDANT
JAMES WELLER**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2012, I electronically submitted the attached document to the Clerk of the Court of the U.S. District Court for the Northern District of Texas using the Court's electronic case filing system. The Clerk of the Court will forward notice of this filing to all counsel of record.

s/ John T. Richer

1525400.1:910931:01010