IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL.,<br><br>    Plaintiffs<br><br>vs.<br><br>JAMES R. ALGUIRE, ET AL.,<br><br>    Relief Defendants. | NO.   03:09-cv-0724-N |

## MOTION TO WITHDRAW

Karissa K. Cottom moves the Court for an Order allowing her to withdraw as counsel of record for Relief Defendant, James Weller ("Weller").  In support of this Motion, Mrs. Cottom states as follows:

1.	Weller has been represented by Mrs. Cottom of the law firm of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. ("Hall, Estill").

2.	Mrs. Cottom is leaving Hall, Estill on September 7, 2012.  It is, therefore, necessary for her to withdraw as counsel for Weller.

3.	Weller will be represented by John T. Richer, Texas Bar No. 24068531 of Hall, Estill, 320 S. Boston Ave., Suite 200, Tulsa, OK 74103, 918-594-0400, who has already filed an Entry of Appearance with this Court.

4.	This Motion will not delay any scheduled deadlines in this case.

WHEREFORE, Karissa K. Cottom respectfully requests the Court to enter an Order allowing her to withdraw as counsel of record for Relief Defendant, James Weller and substituting John Richer as counsel.

Dated: September 6, 2012                                Respectfully submitted,

*s/ Karissa K. Cottom*
Karissa K. Cottom, Bar No. 24029893
John T. Richer, Bar No. 19554
James M. Reed, Oklahoma Bar No. 7466
HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706

ATTORNEYS FOR RELIEF DEFENDANT
JAMES WELLER

1525381.1:910931:01010

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2012, I electronically submitted the attached document to the Clerk of the Court of the U.S. District Court for the Northern District of Texas using the Court's electronic case filing system. The Clerk of the Court will forward notice of this filing to all counsel of record.

*s/ Karissa K. Cottom*