IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § § § | |
| Plaintiff, | § | Case No. 3:09-CV-0724-N |
| v. | § § | |
| JAMES R. ALGUIRE, ET AL., | § § | |
| Defendants. | § | |

---

### AGREED STIPULATION
### REGARDING FRANS VINGERHOEDT'S MOTION TO DISMISS

---

Receiver Ralph S. Janvey (the "Receiver") and Frans Vingerhoedt ("Vingerhoedt,") and collectively with the Receiver, the "Parties"), by and through their attorneys of record, hereby agree and stipulate as follows:

1.  On May 22, 2012, Vingerhoedt filed his Motion to Dismiss in the above-captioned lawsuit. [*See* Doc. 821.]

2.  The Receiver's response to Vingerhoedt's Motion to Dismiss is currently due on or before September 21, 2012.

3.  The Parties hereby stipulate and agree that the Receiver's deadline by which to respond to the Motion to Dismiss is extended through and until October 5, 2012.

4.  The Parties hereby further stipulate and agree that Vingerhoedt's deadline by which to reply, if at all, to the Receiver's response is extended through and until November 5, 2012.

Dated: September 21, 2012

**AGREED AS TO FORM AND SUBSTANCE:**

Respectfully submitted,

**BAKER BOTTS L.L.P.**

By:*/s/ David T. Arlington*

    Kevin M. Sadler, Lead Attorney
    Texas Bar No. 17512450
    kevin.sadler@bakerbotts.com
    Robert I. Howell
    Texas Bar No. 10107300
    robert.howell@bakerbotts.com
    Davit T. Arlington
    Texas Bar No. 00790238
    david.arlington@bakerbotts.com
    1500 San Jacinto Center
    98 San Jacinto Blvd.
    Austin, Texas 78701-4078
    Tel: 512.322.2500
    Fax: 523.322.2501

    Timothy S. Durst
    Texas Bar No. 00786924
    tim.durst@bakerbotts.com
    2100 Ross Avenue
    Suite 600
    Dallas, Texas 75201-2980
    Tel: 214.953.6500
    Fax: 214.953.6503

**ATTORNEYS FOR RECEIVER
RALPH S. JANVEY**

**STANLEY FRANK & ROSE, LLP**

By: */s/ Michael J. Stanley*
     Michael J. Stanley
     Texas Bar No. 19046600
     Michael@stanleyfranklaw.com
     mstanley@stanleylaw.com
     7026 Old Katy Road, Suite 259
     Houston, Texas  77024
     (713) 980-4381
     (713) 980-1179—Fax

**ATTORNEY FOR DEFENDANT FRANS VINGERHOEDT**

## CERTIFICATE OF SERVICE

On September 21, 2012, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served the Court-appointed Examiner and all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Edward F. Valdespino
Edward F. Valdespino

4