**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § § § | |
| Plaintiff, | § § | CASE NO. 3:09-CV-0724-N |
| v. | § § | |
| JAMES R. ALGUIRE, ET AL., | § § § | |
| Defendants. | § § | |

**STIPULATION**

WHEREAS the Receiver filed a Motion to Strike and to Dismiss Counterclaim to Receiver's Second Amended Complaint on September 4, 2012 [*see* Doc. 852];

WHEREAS Brent B. Milner, Stephen G. Blumenreich, Shawn M. Cross, David M. Stubbs, David A. Rappaport, and Christopher K. Schaefer (collectively the "Stipulating Defendants") and the Receiver have agreed to extend the time for the Stipulating Defendants to respond to the aforementioned motion to (and inclusive of) October 9, 2012;

IT IS HEREBY STIPULATED AND AGREED by and between the Receiver and the Stipulating Defendants that:

1.     The time for Stipulating Defendants to respond to Receiver's Motion to Strike and to Dismiss Counterclaim to Receiver's Second Amended Complaint is extended to (and inclusive of) October 9, 2012.

Dated: September 25, 2012          **AGREED AS TO FORM AND SUBSTANCE:**

/s/ David J. Mark
David J. Mark
Member, New York Bar
dmark@kasowitz.com

Daniel J. Fetterman
Adam Grant
David J. Mark
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1934
Facsimile: (212) 500-3434

-    and –

THE BURRESS SNELLINGS LAW FIRM
PLLC

Scott Snellings
Texas Bar No. 24046878
109 West Virginia Street
Suite 103
McKinney, Texas  75069
Telephone: (214) 726-0016
Facsimile: (214)-377-6687

**ATTORNEYS FOR DEFENDANTS
BRENT B. MILNER, STEPHEN G.
BLUMENREICH, SHAWN M. CROSS
DAVID M. STUBBS, DAVID A.
RAPPAPORT, AND CHRISTOPHER K.
SCHAEFER**

**BAKER BOTTS L.L.P.**

/s/ David T. Arlington
Kevin M. Sadler
Texas Bar No. 17512450
kevin.sadler@bakerbotts.com
Robert I. Howell
Texas Bar No. 10107300
robert.howell@bakerbotts.com
David T. Arlington
Texas Bar No.
00790238david.arlington@baker
botts.com
1500 San Jacinto Center
98 San Jacinto Blvd.
Austin, TX 78701-4078
Telephone: (512) 322-2500
Facsimile: (512) 322-2501

Timothy S. Durst
Texas Bar No. 00786924
tim.durst@bakerbotts.com
2001 Ross Avenue
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile: (214-953-6503

**ATTORNEYS FOR RECEIVER
RALPH S. JANVEY**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case files system sent a "Notice of Electronic Filing" to all counsel of records, each of whom have consented in writing to accept this Notice as service of this document by Electronic means.

/s/ David J. Mark