IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE STANFORD ENTITIES | § | |
| | § | Civil Action No. 3:09-MD-2099-N |
| SECURITIES LITIGATION | § | |

## ORDER

Pursuant to 28 U.S.C. § 636, it is ordered that all cases within the *In re Stanford Entities Securities Litigation* multidistrict litigation, other than *Securities Exchange Commission v. Stanford, et al.*, Civil Action No. 3:09-0298-N, are hereby referred to the Hon. E. Scott Frost, United States Magistrate Judge, for hearing and determination of the following matters:

1.      whether entry of a scheduling order is appropriate and, if so, the content of that order;

2.      all discovery disputes, including but not limited to: (a) whether discovery should be stayed pending resolution by the Court of pending motions; (b) whether an initial deposition should be permitted by each side notwithstanding the pendency of any motions; and (c) whether any category of cases should use standardized discovery requests.

The Court further refers the pending motions to dismiss to Judge Frost for findings, conclusions and recommendations in the following cases:

1. *Janvey v. Wieselberg*, No. 10-1394

2. *Janvey v. Tonarelli*, No. 10-1955

3. *Janvey v. Suarez*, No. 10-2581

ORDER – PAGE 1

4.  *Janvey v. Bogar*, No. 10-2583

5.  *Janvey v. Stinson*, No. 10-2586

6.  *Janvey v. Rincon*, No. 11-1659

7.  *Janvey v. Conzelman and Johnson*, No. 11-2788

8.  *Janvey and Official Stanford Investors Committee v. Romero*, No. 11-297

9.  *Janvey v. Interim Executive Management, Inc.*, No. 10-829

10.  *Official Stanford Investors Committee v. Chamberlain, Hrdlick, White, Williams & Martin, L.P.*, No. 11-1025

11.  *Janvey v. Merge Healthcare, Inc.*, No. 10-1465

12.  *Janvey and Official Stanford Investors Committee v. David Wayne Toms and David Toms Holf, LLC*, No. 11-018

13.  *Janvey and Official Stanford Investors Committee v. Miami Heat Limited Partnership and Basketball Partners, Ltd.*, No. 11-158

14.  *Janvey and Official Stanford Investors Committee v. PGA Tour, Inc.*, No. 11-226

15.  *Janvey and Official Stanford Investors Committee v. ATP Tour, Inc.*, No. 11-295

16.  *Janvey and Official Stanford Investors Committee v. Rocketball, Ltd. and Hoops, L.P.*, No. 11-770.

17.  *Official Stanford Investors Committee v. American Lebanese Syrian Associations Charities, Inc. et al.*, No. 11-303.


Signed September 24, 2012.


_____
David C. Godbey
United States District Judge