IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § § § | |
| Plaintiff, | § § | Case No. 03-09-CV-0724-N |
| v. | § | |
| JAMES R. ALGUIRE, ET AL., | § § | |
| Defendants. | § § | |

### ORDER GRANTING DEFENDANT JOHN ORCUTT'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER TO RECEIVER'S SECOND AMENDED COMPLAINT AGAINST FORMER STANFORD EMPLOYEES AND COUNTERCLAIM

Before the Court is Defendant John Orcutt's Motion for Leave to File First Amended Answer to Receiver's Second Amended Complaint Against Former Stanford Employees and Counterclaim. The Court, having reviewed the Motion, and any responses to the Motion, and any replies to such responses, is of the opinion that the Motion be and hereby is GRANTED in all respects.

IT IS THEREFORE ORDERED THAT Defendant John Orcutt's Motion for Leave to File First Amended Answer to Receiver's Second Amended Complaint Against Former Stanford Employees and Counterclaim is GRANTED in all respects.

IT IS FURTHER ORDERED THAT Defendant John Orcutt's First Amended Answer to Receiver's Second Amended Complaint Against Former Stanford Employees and Counterclaim, attached as Exhibit A to the Motion, is deemed filed as of September 26, 2012.

Signed and to be effective as of _____, 2012.

                                                    HONORABLE DAVID C. GODBEY
                                                    UNITED STATES DISTRICT JUDGE