IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: STANFORD ENTITIES | § § § | |
| | § | CASE NO. 3:09-MD-2099-N |
| SECURITIES LITIGATION | § | |

## ORDER

The Court will hold a status conference for all parties to the Stanford MDL proceeding on **Friday, October 19, 2012**, at **2:00 p.m.,** to address those matters set forth in the referral order dated September 24, 2012. The conference will be held in the U.S. District Court, 1100 Commerce Street, Courtroom 1505, Dallas, TX. The clerk will furnish a copy of this Order to each attorney of record.

DATED: October 4, 2012.

E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE