IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

RALPH S. JANVEY, *et al.*,               §
                                          §
          Plaintiffs,                     §
                                          §
v.                                        §          Civil Action No. 3:09-CV-0724-N
                                          §
JAMES R. ALGUIRE, *et al.*,              §
                                          §
          Defendants.                     §

## ORDER

After conducting a review of the pleadings, files, and records in this case and the

Findings, Conclusions, and Recommendations of the United States Magistrate Judge in

accordance with 28 U.S.C. § 636(b)(1), together with de novo review of those portions to

which objection was made, I am of the opinion that the Findings, Conclusions, and

Recommendations of the Magistrate Judge are correct, and they are hereby adopted as the

determinations of the Court.  Thus, the Court denies Defendant Hermosa's motion to dismiss

[doc. 577].

Signed April 16, 2014.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE