IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:09-CV-0724-N |
| | § | |
| JAMES R. ALGUIRE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This Order addresses Defendant Thomas J. Moran's cross-motion for partial summary judgement against the Receiver [doc. 501] and Moran's motion for leave to file supplemental memorandum in support of this cross-motion [684].  For the reasons stated in a previous order of this court, *see* Order, January 22, 2013 [909], the Court denies Moran's cross-motion for partial summary judgement.  The Court denies Moran's motion for leave as moot.

Signed July 8, 2014.

David C. Godbey
United States District Judge

SOLO PAGE