IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL.<br><br>Plaintiff,<br><br>v.<br><br>JAMES R. ALGUIRE, ET AL.<br><br>Defendants. | §§§§§§§§§§§§§ | Case No. 3-09-CV-00724-N |

**ORDER GRANTING MAGNESS DEFENDANTS' UNOPPOSED MOTION TO SEVER THE RECEIVERS' CLAIMS AGAINST THEM**

BEFORE THE COURT is the unopposed motion of GMAG, LLC, the Gary D. Magness Irrevocable Trust, and Magness Securities, LLC (collectively, the "Magness Defendants") to sever the Receiver's claims against them (the "Motion to Sever"). Having carefully reviewed and considered the Motion to Sever and for good cause appearing therein:

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Receiver's claims against the Magness Defendants are hereby severed and shall proceed separately from the other claims in the case.

IT IF FURTHER ORDERED:

A. The dates and deadlines (including the trial date) set forth in the Consolidated Scheduling Order entered on January 7, 2015 (Doc. 1184) are vacated as to the Receiver's claims against the Magness Defendants;

B. On or before February 27, 2015, counsel for the Receiver and for the Magness Defendants shall arrange a conference pursuant to Rule 26(f) of the Federal Rules of Civil

Procedure at which they shall attempt in good faith to agree on a proposed discovery plan with respect to the severed claims;

    C.    Within 14 days after the Rule 26(f) conference, the parties shall jointly submit to this Court a written report outlining the plan; and

    D.    The Court will then issue a new scheduling order.

    E.    The Receiver is ordered to file a copy of his active pleading against the Magness Defendants in the newly filed case.

    F.    The Magness Defendants, as the moving parties, are ordered to pay a new filing fee.

    G.    The Court directs the Clerk of Court to copy the following documents from No. 09-CV-0724-N into the new action:

1. [870] Motion for Summary Judgment

2. [871] Brief in Support of Motion for Summary Judgment

3. [872] Appendix in Support of Motion for Summary Judgment

SIGNED February 6, 2015.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE