IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:09-CV-0724-N |
| | § | |
| JAMES R. ALGUIRE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

After conducting a review of the pleadings, files, and records in this case and the Report and Recommendation of the United States Magistrate Judge [doc. 1167] in accordance with 28 U.S.C. § 636(b)(1), together with de novo review of those portions to which objection was made,[1] I am of the opinion that the Report and Recommendation of the Magistrate Judge are correct, and they are hereby adopted as the determinations of the Court. Thus, the Court grants the Receiver's motion to strike and dismiss [559] in part and denies it in part, as specified in the Magistrate Judge's Report and Recommendation.

Signed March 2, 2015.

David C. Godbey
United States District Judge

---

[1] The Court grants former employees' motion for leave to file objections to the Magistrate Judge's Report and Recommendation [1176].

ORDER – PAGE 1