# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES R. ALGUIRE, ET AL.<br><br>　　　　　　　Defendants. | §§§§§§§§§§§§ | Case No. 3:09-CV-0724-N-BG |
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MIGUEL VENGER, ET AL.<br><br>　　　　　　　Defendants. | §§§§§§§§§§§§ | Case No. 3:10-CV-0366-N-BG |
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JOSE MANUEL FERNANDEZ, ET AL.<br><br>　　　　　　　Defendants. | §§§§§§§§§§§§ | Case No. 3:10-CV-1002-N-BG |

AGREED STIPULATION REGARDING MOTION TO COMPEL　　　　1

## AGREED STIPULATION REGARDING MOTION TO COMPEL

Plaintiff Ralph S. Janvey, in his capacity as Court-appointed Receiver for the Stanford entities (the "Receiver"), and certain Defendants[1] in the above-captioned lawsuits file this Agreed Stipulation Regarding Motion to Compel. The Receiver and the Defendants state as follows:

1. On August 4, 2015, the Defendants filed their Motion to Compel (the "Motion") in the above-captioned lawsuits.[2] On August 24, 2015, the Receiver and the Defendants filed a stipulation extending the Receiver's deadline to file his response to the Defendants' Motion to August 27, 2015.

2. The Receiver and the Defendants have resolved the issues raised in the Motion by agreement and have set forth procedures to resolve certain issues in the future in the event they become relevant to the litigation. Accordingly, the Receiver and the Defendants hereby stipulate that the Motion to Compel filed on August 4, 2015 is withdrawn.

---

[1] The term "Defendants," as used herein, refers to the following defendants in the above-captioned cases: James E. Brown, Sr.; Murphy Buell; Robert L. Bush; Gene Causey; Darrell D. Courville; Robert B. Crawford, Jr. (Deceased); Jodie F. Crawford; Daniel Joseph Daigle; Jilda Ann Daigle; Kenneth Dougherty; William Ensminger; Equus VIII, LLC; Gwendolyn Fabre; Richard S. Feucht; Joan A. Feucht; Clarence H. Forshag; Betty Jo Forshag (Deceased); Robert S. Greer; Alice D. Greer; The Estate of James Holden; The Estate of Henrietta Holden; Judy Palmisano Jones; Dennis L. Kirby; Laura Jeannette Lee; Troy L. Lillie, Jr.; Charles L. Massey; Ronald B. McMorris; Virginia H. McMorris; Peggy Payne Moragne; Larry W. Perkins; Monty M. Perkins; Jeff P. Purpera, Jr.; Robert Rubin; The Estate of Edward S. Rubin; Charles R. Sanchez; Mamie C. Sanchez; Thomas Slaughter; Larry N. Smith; Michael A. Speeg; Terry N. Tullis; Thomas H. Turner; Emolyn L. Watts; Arthur Waxley, Jr.; and James T. Weiner.

[2] (*See* Case No. 3:09-CV-0724-N-BG, Docs. 1340–42; Case No. 3:10-CV-0366-N-BG, Docs. 529–31; Case No. 3:10-CV-1002-N-BG, Docs. 258–60.)

Dated: August 27, 2015

Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: /s/ Scott D. Powers
   Kevin M. Sadler
   Texas Bar No. 17512450
   kevin.sadler@bakerbotts.com
   Scott D. Powers
   Texas Bar No. 24027746
   scott.powers@bakerbotts.com
   David T. Arlington
   Texas Bar No. 00790238
   david.arlington@bakerbotts.com
   98 San Jacinto Blvd., Suite 1500
   Austin, Texas 78701-4039
   512.322.2500
   512.322.2501 (Facsimile)

**ATTORNEYS FOR**
**RECEIVER RALPH S. JANVEY**

**PREIS GORDON, APLC**

By: /s/ Phillip W. Preis
   Phillip W. Preis
   Louisiana Bar No. 10706
   phil@preislaw.com
   450 Laurel Street, Suite 2150
   Baton Rouge, Louisiana 70801
   225.387.0707
   225.344.0510 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

      On August 27, 2015, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I will serve all parties and counsel of record electronically or by other means authorized by the Court or the Federal Rules of Civil Procedure.

                                      /s/ Scott D. Powers
                                      Scott D. Powers