IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § § § | |
| Plaintiff, | § § | Case No. 3:09-CV-0724-N-BG |
| v. | § § | |
| JAMES R. ALGUIRE, ET AL., | § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § § § | |
| Plaintiff, | § § | Case No. 3:10-CV-0366-N-BG |
| v. | § § | |
| MIGUEL VENGER, ET AL., | § § | |
| Defendants. | § § | |

**RECEIVER'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT
REGARDING CERTAIN DEFENDANTS' GOOD FAITH AFFIRMATIVE DEFENSE**

### CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Ralph S. Janvey, in his capacity as Receiver for Stanford International Bank, Ltd., et al. (the "Receiver"), files this Cross-Motion for Partial Summary Judgment Regarding Certain Defendants' Good Faith Affirmative Defense (the "Cross-Motion"). The requirements of Local Rule 56.3(a) are satisfied by the concurrently filed brief in support of this Cross-Motion.

For the reasons set forth in the Receiver's brief in support of this Cross-Motion, which brief and attached evidence are incorporated herein, the Receiver respectfully requests that the Court grant the Receiver's Cross-Motion and that the Court grant the Receiver all further relief to which he may be entitled.

Dated: November 20, 2015

Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: /s/ Kevin M. Sadler
  Kevin M. Sadler
  Texas Bar No. 17512450
  kevin.sadler@bakerbotts.com
  Scott D. Powers
  Texas Bar No. 24027746
  scott.powers@bakerbotts.com
  David T. Arlington
  Texas Bar No. 00790238
  david.arlington@bakerbotts.com
  98 San Jacinto Blvd., Suite 1500
  Austin, Texas 78701-4039
  512.322.2500
  512.322.2501 (Facsimile)

**ATTORNEYS FOR
RECEIVER RALPH S. JANVEY**

## CERTIFICATE OF SERVICE

      On November 20, 2015, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I will serve all counsel or pro se parties of record electronically or by other means authorized by the Court or the Federal Rules of Civil Procedure.

      /s/ Kevin M. Sadler
      Kevin M. Sadler