IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § § § | |
| Plaintiff, | § § | Case No. 3:09-CV-0724-N-BG |
| v. | § § | |
| JAMES R. ALGUIRE, ET AL., | § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § § § | |
| Plaintiff, | § § | Case No. 3:10-CV-0366-N-BG |
| v. | § § | |
| MIGUEL VENGER, ET AL., | § § | |
| Defendants. | § § | |

**APPENDIX IN SUPPORT OF RECEIVER'S CROSS-MOTION
FOR PARTIAL SUMMARY JUDGMENT REGARDING CERTAIN
DEFENDANTS' GOOD FAITH AFFIRMATIVE DEFENSE**

Dated: November 20, 2015                    Respectfully submitted,

                                                                             **BAKER BOTTS L.L.P.**

                                                                             By: /s/ Kevin M. Sadler
                                                                                  Kevin M. Sadler
                                                                                  Texas Bar No. 17512450
                                                                                  kevin.sadler@bakerbotts.com
                                                                                  Scott D. Powers
                                                                                  Texas Bar No. 24027746
                                                                                 scott.powers@bakerbotts.com
                                                                                David T. Arlington
                                                                                Texas Bar No. 00790238
                                                                                david.arlington@bakerbotts.com
                                                                               98 San Jacinto Blvd., Suite 1500
                                                                                Austin, Texas 78701-4039
                                                                                512.322.2500
                                                                                512.322.2501 (Facsimile)

                                                                            **ATTORNEYS FOR**
                                                                            **RECEIVER RALPH S. JANVEY**

## CERTIFICATE OF SERVICE

      On November 20, 2015, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I will serve all counsel or pro se parties of record electronically or by other means authorized by the Court or the Federal Rules of Civil Procedure.

                                            /s/ Kevin M. Sadler
                                            Kevin M. Sadler