**CBG**
COMPAGNIE
BANCAIRE GENEVE
BANKING
CORPORATION GENEVA

Siège / Head Office
Rue de la Corraterie 6 Téléphone 022/819 02 02
Case postale 5022    Téléfax    022/819 04 03
CH-1211 Genève 11 Télex    454 878 bcl ch
LAUSANNE 31/08/2000
A D V I C E    51
121    NNM-H1
TVA NO. 112878    5616

Succursale / Branch
Avenue de Rumine 20    ue 021/320 56 21
Case postale 220    021/320 30 76
CH-1001 Lausanne    Télex    454 839 bcl ch
Swift    Bclau22

Titulaire / Holder

STANFORD FINANCIAL GROUP LTD

Adresse d'expédition / Mail address

STANFORD INTERNATIONAL BANK LTD
C/O STANFORD FINANCIAL GROUP LTD
AVENUE GRATTA-PAILLE 2
C.P. 116
1000 LAUSANNE 30 GREY

Compte / Account

CURRENT ACCOUNT
00108731-00-00-333

Transaction / Transaction

C R E D I T    ADVICE NO. TR780428

Monnaie / Currency    Valeur / Value

TR780428    USD    30/08/2000

Ancien solde / Previous balance

508278

TRANSFER FROM:
STANFORD INTL BANK, ST JOHN'S ANTIGUA

BY ORDER OF:

A M O U N T:    USD    VALUE: 30/08/00    1000000    Débit / Debit

WE    C R E D I T    YOUR ACCOUNT
NO. 00108731-00-00-333 WITH US.

Nouvelle position / New position    Crédit / Credit

1000000

No valeur / Security no    Nouveau solde / New balance

1508278

TO YOUR CREDIT

Formule sans signature
Form without signature

Vos dévoués
Yours truly

Sauf avis contraire de votre part dans les 30 jours, cet avis sera reconnu exact
If no objection is forthcoming within 30 days, this advice will be considered as approved

328

**CBG**
COMPAGNIE
BANCAIRE GENÈVE
BANKING
CORPORATION GENEVA

Siège / Head Office
Rue de la ... Office
Case postale 3022
CH-1211 Genève 11

Téléphone 022/819 02 02
Téléfax 022/819 04 03
Télex 454 878 bcl ch

Succursale / Branch
Avenue de Rumine 20
Case postale 220
CH-1001 Lausanne

Téléphone oc 021/320 55 21
021/320 30 76
Télex 454 839 bcl ch
Swift Bclsch22

LAUSANNE 12/12/2000
A D V I C E       79
1 1             NNM-H1
T.V.A. NO. 112878    3994

Adresse d'expédition / Mail address

STANFORD INTERNATIONAL BANK LTD
C/O STANFORD FINANCIAL GROUP LTD
AVENUE GRATTA-PAILLE 2
C.P. 116
1000 LAUSANNE 30 GREY

Titulaire / ...

S.ANFORD FINANCIAL GROUP LTD

Compte / A... ount

CURRENT ACCOUNT
00108731-00-00-333

Monnaie / Currency       Valeur / Value

TR788447       USD       11/12/2000

Transaction / Transaction

C R E D I T   A D V I C E   NO.   TR788447

Ancien solde / Previous balance
3515473

T.ANSFER FROM:
S.ANFORD INTL BANK LTD, ST-JOHN'S

E... ORDER OF:

Nouvelle position / New position       Débit / Debit

A.OUNT:       4999980       USD

VALUE: 11/12/00

Crédit / Credit
4999980

W..: C R E D I T   YOUR ACCOUNT
N.. 00108731-00-00-333 WITH US.

Nouveau solde / New balance
1484506

No valeur / Security no

TO YOUR CREDIT

Formule sans signature
Form without signature

Vos dévoués
Yours truly

Sauf avis ... ntra o votre part dans les 30 jours, cet avis sera reconnu exact
If no object ... n is forthcoming within 30 days, this advice will be considered as approved

332

333

A00308368-SG-05-0333

App. 1021

CBG

COMPAGNIE
BANCAIRE GENEVE

BANKING
CORPORATION GENEVA

Siège / Head office
Rue de la Corraterie 6  Téléphone  022/819 02 02
Case postale 5160  Téléfax  022/819 04 03
CH-1211 Genève 11  Télex  454 878 bcl ch

LAUSANNE 19/12/2000
A D V I C E   85
121
TVA No. 112878

Titulaire / Holder

STANFORD FINANCIAL GROUP LTD

NNM-HI
4304

Succursale / Branch
Avenue de Rumine 20  Téléphone  021/320 56 21
Case postale 220  Téléfax  021/320 30 76
CH-1001 Lausanne  Télex  454 839 bcl ch
Swift  Bclach22

Adresse d'expédition / Mail address

STANFORD INTERNATIONAL BANK LTD
C/O STANFORD FINANCIAL GROUP LTD
AVENUE GRATTA-PAILLE 2
C.P. 116
1000 LAUSANNE 30 GREY

Compte / Account

CURRENT ACCOUNT
001-3731-00-00-333

Transaction / Transaction  TR789186

Monnaie / Currency  USD

Valeur / Value  18/12/2000

Ancien solde / Previous balance  - 294

C R E D I T   ADVICE NO. TR789186

TRANSFER FROM:
STANFORD INTL BANK LTD, ST-JOHN'S

BY ORDER OF:

A M O U N T :            VALUE: 18/12/00    USD

WE  C R E D I T  YOUR ACCOUNT
NO. 00108731-00-00-333 WITH US.

Nouvelle position / New position  999990

No valeur / Security no

Débit / Debit

Crédit / Credit  999990

Nouveau solde / New balance  999696

TO YOUR CREDIT

Formule sans signature
Form without signature

Vos dévoués
Yours truly

Sauf avis contraire de votre part dans les 30 jours, cet avis sera reconnu exact
If no objection is forthcoming within 30 days, this advice will be considered as approved

334

Siège / Head office
Rue de la Confédération 8     Téléphone  022/819 02 02
Case postale 5411     Téléfax    022/819 04 03
CH-1211 Genève 11     Télex      454 878 bcl ch
LAUSANNE  20/12/2000
A D V I C E    86     NNM-HL
121     5221
TVA  NO. 112878
Titulaire / Holder

STANFORD FINANCIAL GROUP LTD

Compte / Account

CURRENT ACCOUNT
003-8731-00-00-333

Transaction / Transaction

C R E D I T   A D V I C E   NO. TR789295

TRANSFER FROM:
STANFORD INTL BANK ST-JOHN'S ANTIGUA

BY ORDER OF:

A M O U N T:             VALUE: 19/12/00    USD

WE  C R E D I T  YOUR ACCOUNT
NO. 00108731-00-00-333 WITH US.

---

Succursale / Branch
Avenue de Rumine 20     Tél.  021/320 56 21
Case postale 220              021/320 30 76
CH-1001 Lausanne     Télex  454 839 bcl ch
                     Swift  Bclsch22

Adresse d'expédition / Mail address

STANFORD INTERNATIONAL BANK LTD
C/O STANFORD FINANCIAL GROUP LTD
AVENUE GRATTA-PAILLE 2
C.P. 116
1000 LAUSANNE 30 GREY

| | Monnaie / Currency | Valeur / Value |
|---|---|---|
| TR789295 | USD | 19/12/2000 |

Ancien solde / Previous balance          999696

Débit / Debit

Crédit / Credit                          999980

Nouvelle position / New position
999980

No valeur / Security no

Nouveau solde / New balance              1999676

TO YOUR CREDIT

Formule sans signature          Vos dévoués
Form without signature          Yours truly

Sauf avis contraire dans votre part dans les 30 jours, cet avis sera reconnu exact
Il n'y objection - Becoming within 30 days, this advice will be considered as approved

A00308368-SG-05-0334

335

**CBG** COMPAGNIE BANCAIRE GENEVE
BANKING CORPORATION GENEVA

Siège / Head Office
Rue de la Corraterie 6   Téléphone 022/819 02 02
Case postale 5152   Téléfax 022/819 04 03
CH-1211 Genève 11   Telex 454 878 bcd ch

LAUSANNE 21/12/2000

NNM-H1
5231

A D V I C E   88
121
TVA: NO. 112878

Titulaire / Holder

STANFORD FINANCIAL GROUP LTD

Compte / Account

CURRENT ACCOUNT
001 3731-00-00-333

Transaction

C R E D I T   ADVICE NO. TR789344

TRANSFER FROM:
STANFORD INTERNATIONAL BANK LTD

BY ORDER OF:

A M O U N T:                         VALUE: 20/12/00  USD

WE C R E D I T   YOUR ACCOUNT
NO. 001108731-00-00-333 WITH US.

Succursale / Branch
Avenue de Rumine 20   Téléphone 021/320 56 21
Case postale 220   Téléfax 021/320 30 76
CH-1001 Lausanne   Telex 454 839 bcd ch
Swift   Bclach22

Adresse d'expédition / Mail address

STANFORD INTERNATIONAL BANK LTD
C/O STANFORD FINANCIAL GROUP LTD
AVENUE GRATTA-PAILLE 2
C.P. 116
1000 LAUSANNE 30 GREY

| | Monnaie / Currency | Valeur / Value |
|---|---|---|
| TR789344 | USD | 20/12/2000 |

Ancien solde / Previous balance    2000359

Débit / Debit

1999980

Crédit / Credit    1999980

Nouvelle position / New position

No valeur / Security no

Nouveau solde / New balance    r 379

TO YOUR DEBIT

Formule sans signature
Form without signature

Vos dévoués
Yours truly

Sauf avis contraire de votre part dans les 30 jours, cet avis sera réputé exact
If no objection is forthcoming within 30 days, this advice will be considered as approved

A00308368-SG-05-0335
App. 1023

324

Siège / Head Office
Rue de la Corraterie 6 Téléphone 022/819 02 02
Case postale 5022 Téléfax 022/819 04 03
CH-1211 Genève 11 Télex 454 878 bcl ch

# CBG

COMPAGNIE
BANCAIRE GENÈVE
BANKING
CORPORATION GENEVA

Succursale / Branch
Avenue de Rumine 20
Case postale 220
CH-1001 Lausanne

Téléphone 021/320 56 21
Téléfax 021/320 30 76
Télex 454 839 bcl ch
Swift Bclnch2l

NNM-HL
3672

A D V I C E   14

LAUSANNE 16/03/2001

A D V I C E
121
TVA NO. 112878

Titulaire / Holder

STANFORD FINANCIAL GROUP LTD

Adresse d'expédition / Mail address

STANFORD INTERNATIONAL BANK LTD
C/O STANFORD FINANCIAL GROUP LTD
AVENUE GRATTA-PAILLE 2
C.P. 116
1000 LAUSANNE 30 GREY

Compte / Account

CURRENT ACCOUNT
00108731-00-00-333

Transaction / Transaction

C R E D I T   ADVICE NO. TR793061

| | Monnaie / Currency | Valeur / Value |
|---|---|---|
| TR793061 | USD | 15/03/2001 |

Ancien solde / Previous balance   -812254 16

TRANSFER FROM:
STANFORD INTL BANK LTD, ANTIGUA

BY ORDER OF:

A M O U N T:          VALUE: 15/03/01   USD

| | Nouvelle position / New position | Debit / Debit |
|---|---|---|
| | 99998000 | |

WE  C R E D I T  YOUR ACCOUNT
NO. 00108731-00-00-333 WITH US.

| | No valeur / Security no | Credit / Credit |
|---|---|---|
| | | 99998000 |

Nouveau solde / New balance   187725 24

TO YOUR CREDIT

Formule sans signature
Form without signature

Vos dévoués
Yours truly

B.A.O.F.4.O.E.

Sauf avis contraire de votre part dans les 30 jours, cet avis sera reconnu exact
If no objection is forthcoming within 30 days, this advice will be considered as approved

A00308368-SG-05-0324
App. 1024

325

Siège / Head Office
Rue de la Corraterie 6 Téléphone 022/819 02 02
Case postale 3022 Téléfax 022/819 04 03
CH-1211 Genève 11 Télex 454 878 bci ch

# CBG

**COMPAGNIE
BANCAIRE GENEVE
BANKING
CORPORATION GENEVA**

NNM-HI
3727

Succursale / Branch
Avenue de Rumine 20
Case postale 220
CH-1001 Lausanne

nc 021/320 56 21
021/320 30 76
Télex 454 839 bci ch
Swift Bcbcli22

*Titulaire / Holder*

**LAUSANNE 28/09/2001**
**A D V I C E    56**
**121**
**TVA NO. 112878**

STANFORD FINANCIAL GROUP LTD

*Adresse d'expédition / Mail address*

STANFORD INTERNATIONAL BANK LTD
C/O STANFORD FINANCIAL GROUP LTD
AVENUE GRATTA-PAILLE 2
C.P. 116
1000  LAUSANNE 30 GREY

*Compte / Account*

CURRENT ACCOUNT
00108731-00-00-333

*Transaction / Transaction*

C R E D I T   A D V I C E   NO. TR800024

TR800024        *Monnaie / Currency*        *Valeur / Value*
                USD                         26/09/2001

*Ancien solde / Previous balance*
-1661417

TRANSFER FROM:
STANFORD INTL BANK LTD

BY ORDER OF:

                          VALUE: 26/09/01

A M O U N T:              USD

WE  C R E D I T  YOUR ACCOUNT
NO. 00108731-00-00-333 WITH US.

*Débit / Debit*
2000000000

*Crédit / Credit*
2000000000

*Nouvelle position / New position*

*No valeur / Security no*

*Nouveau solde / New balance*
19983381893

TO YOUR CREDIT

*Formule sans signature*
*Form without signature*

*Vos dévoués*
*Yours truly*

Sauf avis contraire de votre part dans les 30 jours, cet avis sera reconnu exact
If no objection is forthcoming within 30 days, this advice will be considered as approved

A00308368-SG-05-0325

**App. 1025**

321

CBG
COMPAGNIE
BANCAIRE GENEVE
BANKING
CORPORATION GENEVA

**Siège / Head Office**
Rue de la Corraterie 6 Téléphone 022/819 02 02
Case postale 5022 Téléfax 022/819 04 03
CH-1211 Genève 11 Télex 454 878 bcl ch

**Succursale / Branch**
Avenue de Rumine 20 Téléphone 021/320 56 21
Case postale 220 Téléfax 021/320 30 76
CH-1001 Lausanne Télex 454 839 bcl ch
Swift Bclsch22

LAUSANNE 28/02/2002
A D V I C E       9
121                NNM-H1
TVA NO. 112878     4589

**Titulaire / Holder**

STANFORD FINANCIAL GROUP LTD

**Adresse d'expédition / Mail address**

STANFORD INTERNATIONAL BANK LTD
C/O STANFORD FINANCIAL GROUP LTD
AVENUE GRATTA-PAILLE 2
C.P. 116
1000  LAUSANNE  30  GREY

**Compte / Account**

CURRENT ACCOUNT
00108731-00-00-333

| Transaction / Transaction | Monnaie / Currency | Valeur / Value |
|---|---|---|
| TR015209 | USD | 27/02/2002 |

C R E D I T   A D V I C E   NO. TR015209

Ancien solde / Previous balance          -358447

TRANSFER FROM:
STANFORD INTERNATIONAL BANK, ST JOHN'S

BY ORDER OF:
STANFORD INTERNATIONAL BANK

A M O U N T:    USD    VALUE: 27/02/02

WE  C R E D I T  YOUR ACCOUNT
NO. 00108731-00-00-333 WITH US.

Débit / Debit

Crédit / Credit                            9999980

Nouvelle position / New position    9999980

No valeur / Security no

Nouveau solde / New balance              9641532

TO YOUR CREDIT

Formule sans signature
Form without signature

Vos dévoués
Yours truly

Sauf avis contraire de votre part dans les 30 jours, cet avis sera reconnu exact
If no objection is forthcoming within 30 days, this advice will be considered as approved

A00308368-SG-05-0321

Siège / Head Office
rue de la Corraterie 6   Téléphone 022/819 02 02
Case postale 5022   Téléfax   022/819 04 03
CH-1211 Genève 11   Télex   454 878 bcl ch

NNM-H1
2809

**CBG**
COMPAGNIE
BANCAIRE GENEVE
BANKING
CORPORATION GENEVA

Succursale / Branch
Avenue de Rumine 20
Case postale 220
CH-1001 Lausanne

Téléphone 021/320 56 21
Téléfax   021/320 30 16
Télex   454 839 bcl ch
Swift   Bclsch22

Adresse d'expédition / Mail address

STANFORD INTERNATIONAL BANK LTD
C/O STANFORD FINANCIAL GROUP LTD
AVENUE GRATTA-PAILLE 2
C.P. 116
1000 LAUSANNE 30 GREY

A D V I C E   13
121
LAUSANNE 08/03/2002
TVA NO. 112878
Titulaire / Holder

STANFORD FINANCIAL GROUP LTD

Compte / Account

CURRENT ACCOUNT
00108731-00-00-333

Transaction / Transaction          Monnaie / Currency     Valeur / Value

C R E D I T   A D V I C E   NO. TR015520      TR015520      USD      07/03/2002

                                                Ancien solde / Previous balance      4522 [illegible]

TRANSFER FROM:
STANFORD INTERNATIONAL BANK LTD

BY ORDER OF:
STANFORD INTERNATIONAL BANK LTD

A M O U N T:          VALUE: 07/03/02      USD      Débit / Debit

WE   C R E D I T   YOUR ACCOUNT
NO. 00108731-00-00-333 WITH US.

Nouvelle position / New position      9999980 000      Crédit / Credit      9999980 000

No valeur / Security no      Nouveau solde / New balance      10004502 [illegible]

                                                TO YOUR CREDIT

Formule sans signature          Vos dévoués
Form without signature          Yours truly

322

Sauf avis contraire de votre part dans les 30 jours, cet avis sera retenu exact
If no objection is forthcoming within 30 days, this advice will be considered as approved

A00308368-SG-05-0322

323

**COMPAGNIE BANCAIRE GENEVE**
BANKING CORPORATION GENEVA

Siège / Head Office
Rue de la Corraterie 6  Téléphone  022/819 02 02
Case postale 5022  Téléfax  022/819 04 03
CH-1211 Genève 11  Télex  454 878 bcl ch
LAUSANNE 29/05/2002

**A D V I C E**  NNM-H1
121  5147
TVA NO. 112878

Succursale / Branch
Avenue de Rumine 20
Case postale 220
CH-1001 Lausanne

Téléphone  021/320 56 21
Téléfax  021/320 30 76
Télex  454 839 bcl ch
Swift  Bcbclh22

Adresse d'expédition / Mail address

STANFORD INTERNATIONAL BANK LTD
C/O STANFORD FINANCIAL GROUP LTD
AVENUE GRATTA-PAILLE 2
C.P. 116
1000 LAUSANNE 30 GREY

Titulaire / Holder

STANFORD FINANCIAL GROUP LTD

Compte / Account

CURRENT ACCOUNT
00108731-00-00-333

Transaction / Transaction

C R E D I T  ADVICE NO. TR802629

| | Monnaie / Currency | Valeur / Value |
|---|---|---|
| TR802629 | USD | 28/05/2002 |

Ancien solde / Previous balance
-7064.25

TRANSFER FROM:
STANFORD INTL BK LTD

BY ORDER OF:

REFERENCE:
INVESTMENTS

A M O U N T:  VALUE: 28/05/02  USD

WE  C R E D I T  YOUR ACCOUNT
NO. 00108731-00-00-333 WITH US.

| Débit / Debit | Crédit / Credit | Nouveau solde / New balance |
|---|---|---|
| | 24999970.00 | 24999970.00 |
| | | 24992905.75 |

Nouvelle position / New position
24999970.00

No valeur / Security no

TO YOUR CREDIT

Formule sans signature
Form without signature

Vos dévoués
Yours truly

Saut avis contraire de votre part dans les 30 jours, cet avis sera reputé exact
If no objection is forthcoming within 30 days, this advice will be considered as approved

A00308368-SG-05-0323

**App. 1028**

318

Siège / Head Office
rue de la Corraterie 6   Téléphone   022/819 02 02
Case postale 5022   Téléfax   022/819 04 03
CH-1211 Genève 11   Télex   454 878 bcl ch

**CBG**

COMPAGNIE
BANCAIRE (GENEVE)
BANKING
CORPORATION (GENEVA)

Succursale / Branch
Avenue de Rumine 20   Téléphone   021/343 12 12
Case postale 220   Téléfax   021/343 12 13
CH-1001 Lausanne   Télex   454 839 bcl ch
Swift   BcbaZ22

Adresse d'expédition / Mail address

LAUSANNE   01/10/2003
121
TVA NO. 112878

STANFORD INTERNATIONAL BANK LTD
C/O STANFORD FINANCIAL GROUP LTD
AVENUE GRATTA-PAILLE 2
C.P. 116
1000   LAUSANNE 30 GREY

A D V I C E   115
NNM-H1
3391

Titulaire / Holder

STANFORD FINANCIAL GROUP LTD

Compte / Account

CURRENT ACCOUNT
00108731-00-00-333

| | Monnaie / Currency | Valeur / Value |
|---|---|---|
| TR032193 | USD | 30/09/2003 |

Ancien solde / Previous balance

-8525313.94

Transaction / Transaction

C R E D I T   ADVICE NO. TR032193

TRANSFER FROM:
STANFORD INTERNATIONAL BANK LTD

BY ORDER OF:
STANFORD INTERNATIONAL BANK LTD

A M O U N T:   VALUE: 30/09/03   USD

WE   C R E D I T   YOUR ACCOUNT
NO. 00108731-00-00-333 WITH US.

Nouvelle position / New position

No valeur / Security no

Débit / Debit

9999970.00

Crédit / Credit

9999970.00

Nouveau solde / New balance

1474655.06

TO YOUR CREDIT

Formule sans signature
Form without signature

Vos dévoués
Yours truly

Sauf avis contraire de votre part dans les 30 jours, cet avis sera reconnu exact
If no objection is forthcoming within 30 days, this advice will be considered as approved

A00308368-SG-05-0318
**App. 1029**

319

**CBG**
COMPAGNIE
BANCAIRE (GENÈVE)
BANKING
CORPORATION (GENEVA)

Siège / Head Office
Rue de la Corraterie 6   Téléphone 022/819 02 02
Case postale 5022        Téléfax    022/819 04 03
CH-1211 Genève 11        Télex      454 878 bcl ch

Succursale / Branch
Avenue de Rumine 20       Téléphone  021/343 12 12
Case postale 220                     021/343 12 13
CH-1001 Lausanne         Télex       454 839 bcl ch
                        Swift       Bcheb22

NNM-H1
3155

**A D V I C E   118**
121
TVA NO.  112878
Titulaire / Holder

Adresse d'expédition / Mail address

STANFORD INTERNATIONAL BANK LTD
C/O STANFORD FINANCIAL GROUP LTD
AVENUE GRATTA-PAILLE 2
C.P. 116
1000 LAUSANNE 30 GREY

STANFORD FINANCIAL GROUP LTD

Compte / Account

CURRENT ACCOUNT
00108731-00-00-333

Transaction / Transaction

C R E D I T   ADVICE NO. TR820278

Monnaie / Currency        Valeur / Value
USD                       02/10/2003

Ancien solde / Previous balance
-9973092.72

TRANSFER FROM:
STANFORD INTERNATIONAL BANK

BY ORDER OF:

REFERENCE:
FEE DEDUCTED LESS CHARGES

A M O U N T:              VALUE: 02/10/03   USD

WE  C R E D I T  YOUR ACCOUNT
NO. 00108731-00-00-333 WITH US.

Débit / Debit

Crédit / Credit
9999970.00

9999970.00

Nouvelle position / New position

No valeur / Security no

Nouveau solde / New balance
26877.28

TO YOUR CREDIT

Formule sans signature          Vos dévoués
Form without signature          Yours truly

Saul avis contraire de votre part dans les 30 jours, cet avis sera reconnu exact
If no objection is forthcoming within 30 days, this advice will be considered as approved

A00308368-SG-05-0319

320

Siège / Head Office
Rue de la Corraterie 6 Téléphone 022/819 02 02
Case postale 5022 Téléfax 022/819 04 03
CH-1211 Genève 11 Télex 454 878 bci ch
LAUSANNE 08/10/2003
A D V I C E 124
121
TVA NO. 112878

Titulaire / Holder

STANFORD FINANCIAL GROUP LTD

CBG
COMPAGNIE
BANCAIRE (GENÈVE)
BANKING
CORPORATION (GENEVA)

NNM-H1
2433

Succursale / Branch
Avenue de Rumine 20
Case postale 220
CH-1001 Lausanne

Téléphone 021/343 12 12
Téléfax 021/343 12 13
Télex 454 839 bci ch
Swift Bcbacb22

Adresse d'expédition / Mail address

STANFORD INTERNATIONAL BANK LTD
C/O STANFORD FINANCIAL GROUP LTD
AVENUE GRATTA-PAILLE 2
C.P. 116
1000 LAUSANNE 30 GREY

Compte / Account

CURRENT ACCOUNT
00108731-00-00-333

Transaction / Transaction

C R E D I T   A D V I C E   N O.   TR203178

Monnaie / Currency
TR203178          USD

Valeur / Value
07/10/2003

Ancien solde / Previous balance
4783329.91

TRANSFER FROM:
STANFORD INTERNATIONAL BANK LTD

BY ORDER OF:
STANFORD INTERNATIONAL BANK LTD

A M O U N T:          VALUE: 07/10/03

USD          4999970.00

Débit / Debit

WE   C R E D I T   YOUR ACCOUNT
NO. 00108731-00-00-333 WITH US.

Crédit / Credit
4999970.00

Nouvelle position / New position

Nouveau solde / New balance
5478299.91

No valeur / Security no

TO YOUR CREDIT

Formule sans signature
Form without signature

Vos dévoués
Yours truly                    SE.65./E.60L.

Sauf avis contraire de votre part dans les 30 jours, cet avis sera reconnu exact
If no objection is forthcoming within 30 days, this advice will be considered as approved

A00308368-SG-05-0320
App. 1031

307

# SG

**PRIVATE BANKING**

*Adresse d'expédition / Mail address*

STANFORD INTERNATIONAL BANK LTD
C/O STANFORD FINANCIAL GROUP LTD
AVENUE GRATTA-PAILLE 2
C.P. 116
1000 LAUSANNE 30 GREY

LAUSANNE 01/04/2004
A D V I C E     37     NNM-H1
121                  3476
TVA NO. 112878

*Titulaire / Holder*

STANFORD FINANCIAL GROUP LTD

*Compte / Account*

CURRENT ACCOUNT
00108731-00-00-333

*Monnaie / Currency*
USD

*Valeur / Value*
31/03/2004

*Transaction / Transaction*

C R E D I T   ADVICE NO. TR204291

*Ancien solde / Previous balance*
108227.59

TR204291

*Nouvelle position / New position*
24999990.00

*Débit / Debit*

TRANSFER FROM:
CITIBANK NA NEW-YORK

BY ORDER OF:
TORONTO DOMINION BANK TORONTO

                    VALUE: 31/03/04   USD

A M O U N T:                            24999990.00

WE  C R E D I T  YOUR ACCOUNT
NO. 00108731-00-00-333 WITH US.

*Credit / Credit*

*No valeur / Security no*

*Nouveau solde / New balance*
25108217.59

TO YOUR CREDIT

*Formule sans signature*
*Form without signature*

*Vos dévoués*
*Yours truly*

Saul avis contraire de votre part dans les 30 jours, cet avis sera réputé exact
If no objection is forthcoming within 30 days, this advice will be considered as approved

**SG Private Banking (Suisse) SA - Siège**
Rue de la Corraterie 6, CH-1204 Genève
Case postale 5022, CH-1211 Genève 11
Tél. +41(0)22 819 02 02
Fax +41(0)22 819 04 00
Swift bcbach22

**Succursale de Zurich**
Talstrasse 66, CH-8001 Zurich
Postfach, CH-8039 Zurich
Tél. +41(0)1 218 56 11
Fax +41(0)1 211 64 13

**Succursale de Lausanne**
Av. de Rumine 20, CH-1005 Lausanne
Case postale 220, CH-1001 Lausanne
Tél. +41(0)21 343 12 12
Fax +41(0)21 343 12 13
Swift bcbach22

**Succursale de Lugano**
Riva Albertolli 1, CH-6900 Lugano
Casella postale, CH-6901 Lugano
Tél. +41(0)91 912 32 32
Fax +41(0)91 912 32 33

A00308368-SG-05-0307
App. 1032

**SG**

PRIVATE BANKING

LAUSANNE 16/09/2004
A D V I C E       114
121
TVA NO. 112878                    NNM-H1
                                  3140

Titulaire / Holder

STANFORD FINANCIAL GROUP LTD

Compte / Account

CURRENT ACCOUNT
00108731-00-00-333

Transaction / Transaction

C R E D I T   ADVICE NO. TR835078

TRANSFER FROM:
TORONTO DOMINION BANK CANADA

BY ORDER OF:
STANFORD INTERNATIONAL

A M O U N T:                          VALUE: 15/09/04

WE  C R E D I T   YOUR ACCOUNT
NO. 00108731-00-00-333 WITH US.

Adresse d'expédition / Mail address

STANFORD INTERNATIONAL BANK LTD
C/O STANFORD FINANCIAL GROUP LTD
AVENUE GRATTA-PAILLE 2
C.P. 116
1000 LAUSANNE 30 GREY

Monnaie / Currency          Valeur / Value

TR835078        USD          15/09/2004

USD                         Ancien solde / Previous balance

                                   -49985921.23

Monnaie / Currency          Debit / Debit

50000000.00

Credit / Credit

50000000.00

Nouvelle position / New position     Nouveau solde / New balance

                                   14078.77

No valeur / Security no

                            TO YOUR CREDIT

Formule sans signature              Vos dévoués
Form without signature              Yours truly

312

Succursale de Lugano
Riva Albertolli 1, CH-6900 Lugano
Casella postale, CH-6901 Lugano
Tél. +41(0)91 912 32 32
Fax +41(0)91 912 32 33

SG Private Banking (Suisse) SA - Siège
Rue de la Corraterie 6, CH-1204 Genève
Case postale 5022, CH-1211 Genève 11
Tél. +41(0)22 819 02 02
Fax +41(0)22 819 04 00
Swift bcfobc22

Succursale de Lausanne
Av. de Rumine 20, CH-1005 Lausanne
Case postale 220, CH-1001 Lausanne
Tél. +41(0)21 343 12 12
Fax +41(0)21 343 12 13
Swift bcfobc22

Succursale de Zürich
Talstrasse 66, CH-8001 Zürich
Postfach, CH-8039 Zürich
Tél. +41(0)1 218 56 11
Fax +41(0)1 216 64 13

Sauf avis contraire de votre part dans les 30 jours, cet avis sera reconnu exact
If no objection is forthcoming within 30 days, this advice will be considered as approved

063

STANFORD FINANCIAL GROUP

James M. Davis
Director and Chief Financial Officer

August 29, 2000

Blaise Friedli, First Vice President
CBG Compagnie Bancaire Geneve
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

## Letter sent by Facsimilie Transmission

Dear Blaise:

Please debit our 108.731 account and wire transfer the amount below
according to the following instructions:

> Wire transfer US $600,000.00 (Six Hundred Thousand and
> 00/100 US Dollars) to Chase Bank Texas, Houston, Texas,
> ABA No.113000609, for credit to account number
> 23205058532, I/N/O R.Allen Stanford. **Value**
> **Date:Thursday, August 31, 2000.**

I will telephone to verify these instructions.

Sincerely yours,

James M. Davis
CFO

Cc: R Allen Stanford

1000 Airport Blvd., P.O. Box 315, St. John's, Antigua, West Indies • Tel. (809) 463-5100 • Fax (809) 480-5433

GOVERNMENT'S EXHIBIT 2

**App. 1034**

064

STANFORD FINANCIAL GROUP

James M. Davis
Director and Chief Financial Officer

August 29, 2000

Blaise Friedli, First Vice President
CBG Compagnie Bancaire Geneve
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

## Letter sent by Facsimilie Transmission

Dear Blaise:

Please debit our 108.731 account and wire transfer the amount below according to the following instructions:

> Wire transfer US $600,000.00 (Six Hundred Thousand and 00/100 US Dollars) to Chase Bank Texas, Houston, Texas, ABA No.113000609, for credit to account number 23205058532, I/N/O R.Allen Stanford. **Value Date:Tuesday, September 5, 2000.**

This is in addition to the instruction valued Thursday, August 31st. I will telephone to verify these instructions.

Sincerely yours,

James M. Davis
CFO

Cc: R Allen Stanford

1000 Airport Blvd., P.O. Box 315, St. John's, Antigua, West Indies • Tel. (809) 463-5100 • Fax (809) 480-5413

App. 1035
A00308368-SG-06-0064

12/11/00   MON 23:33 FAX 9016805285      CFO MEMPHIS              →→→ C B G           ☒ 001
12/11/00   MON 12:28 FAX 713 964 5110    SFG/OFFICE OF CEO                            ☒ 001
12/11/00   MON 23:27 FAX 9016805285      CFO MEMPHIS

098

# STANFORD FINANCIAL GROUP COMPANY

## M E M O R A N D U M

**TO:**   Blaize Friedli
CBG Compagnie Bancaire Geneve - Lausanne

**FROM:**   James M. Davis
Chief Financial Officer

**DATE:**   December 11, 2000

**RE:**   Wire Transfer of Funds

Please process the following debit to our account and wire transfer accordingly, as follows:

**Stanford Financial Group Company - Account No. 108.731**

**VALUE DATE:**   **Tuesday, December 12, 2000**

**AMOUNT:**   **US $1,500,000.00
(ONE MILLION FIVE HUNDRED THOUSAND
AND NO/100 U.S. DOLLARS)**

**TO:**   **CHASE BANK
Houston, Texas
ABA #113000609**

**FOR CREDIT TO:**   **R. ALLEN STANFORD
Account No. 23205058532**

I will call to confirm the above wire transfer instructions.

Sincerely,

James M. Davis
Chief Financial Officer

6075 Poplar   •   Suite 202   ■   Memphis, TN 38120   •   Tel: 901/680-5262   •   Fax: 901/680-5265

A00308368-SG-06-0098



099

# STANFORD FINANCIAL GROUP COMPANY
## M E M O R A N D U M

**TO:**  Blaise Friedli
CBG Compagnie Bancaire Geneve - Lausanne

**FROM:**  James M. Davis
Chief Financial Officer

**DATE:**  December 13, 2000

**RE:**  Wire Transfer of Funds

Please process the following debit to our account and wire transfer accordingly, as follows:

**Stanford Financial Group Company - Account No. 108.731**

**VALUE DATE:**    **Friday, December 15, 2000**

**AMOUNT:**    **US $2,000,000.00**
**(TWO MILLION AND NO/100 U.S. DOLLARS)**

**TO:**    **CHASE BANK**
**Houston, Texas**
**ABA #113000609**

**FOR CREDIT TO:**    **R. ALLEN STANFORD**
**Account No. 23205058532**

I will call to confirm the above wire transfer instructions.

Sincerely,

James M. Davis
Chief Financial Officer

6075 Poplar  •  Suite 202  •  Memphis, TN 38120  •  Tel: 901/680-5262  •  Fax: 901/680-5265

**App. 1037**

105

STANFORD FINANCIAL GROUP

James M. Davis
Director and
Chief Financial Officer

December 19, 2000

Blaise Friedli, First Vice President
CBG Compagnie Bancaire Genève
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

**Letter sent by Facsimilie Transmission**

Dear Blaise:

Please debit our 108.731 account and wire transfer the amount below
according to the following instructions:

>   Wire transfer US 4,000,000 (Two Million and 00/100 US
>   Dollars) to Chase Bank Texas, Houston, Texas, ABA
>   No.113000609, for credit to account number 23205058532,
>   I/N/O R.Allen Stanford. **Value Date: Friday, December 22,
>   2000.**

I will telephone to verify these instructions.

Sincerely yours,

James M. Davis
CFO

Cc: R Allen Stanford

STANFORD FINANCIAL GROUP (?).
5050 Westheimer, Stanford Financial Group Building, Houston. Texas 77056, U.S.A.  •  Tel (713) 964-5100  •  Fax (713) 964-5122

**App. 1038**

A00308368-SG-06-0105

CFO MEMPHIS                                                         ☑ 001

110

STANFORD FINANCIAL GROUP

*James M. Davis*
*Director and*
*Chief Financial Officer*

February 15, 2001

Blaise Friedli, First Vice President
CBG Compagnie Bancaire Geneve
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

**Letter sent by Facsimilie Transmission**

Dear Blaise:

Please debit our 108.731 account and wire transfer the amount below
according to the following instructions:

> Wire transfer US 500,000.00 (Five Hundred Thousand and
> 00/100 US Dollars) to Chase Bank Texas, Houston, Texas,
> ABA No.113000609, for credit to account number
> 23205058532, I/N/O R.Allen Stanford. **Value Date: Friday,**
> **February 16, 2001.**

I realize that this will constitute an additional short-term debit to the account.
The account debit will be paid on March 15th.

I will telephone to verify these instructions.

Sincerely yours,

James M. Davis
CFO

Cc: R Allen Stanford

STANFORD FINANCIAL GROUP CO.
5050 Westheimer, Stanford Financial Group Building, Houston, Texas 77056, U.S.A. • Tel (713) 964-5100 • Fax (713) 964-5122

**App. 1039**

A00308368-SG-06-0110

**CBG**

COMPAGNIE
BANCAIRE GENEVE
BANKING
CORPORATION GENEVA

Siège / Head Office
rue de la Corraterie 6   Téléphone   022/819 02 02
Case postale 3022   Téléfax   022/819 04 03
CH-1211 Genève 11   Télex   454 878 bcl ch
LAUSANNE   03/11/2000   66   NNM-H1
TVA NO.   112878   3972

Titulaire / Holder

STANFORD FINANCIAL GROUP LTD

Succursale / Branch
Avenue de Rumine 20
Case postale 220
CH-1001 Lausanne   Téléphone   021/320 56 21
Téléfax   021/320 30 76
Télex   454 839 bcl ch
Swift   Bclach22

Adresse d'expédition / Mail address

STANFORD INTERNATIONAL BANK LTD
C/O STANFORD FINANCIAL GROUP LTD
AVENUE GRATTA-PAILLE 2
C.P. 116
1000   LAUSANNE 30 GREY

Compte / Account

CURRENT ACCOUNT
00108731-00-00-333

Transaction / Transaction

DEBIT ADVICE NO. TR785686

| | Monnaie / Currency | Valeur / Value |
|---|---|---|
| TR785686 | USD | 03/11/2000 |

Ancien solde / Previous balance   37'846.7

OUR PAYMENT:
CHASE BANK TEXAS, HOUSTON

IN FAVOUR OF:
I/N/O R.ALLEN STANFORD

AMOUNT:   USD   200 000.00
FEES:   USD   35.00
TOTAL:   VALUE: 03/11/00   USD   200035
WE DEBIT YOUR ACCOUNT
NO. 00108731-00-00-333 WITH US.

Nouvelle position / New position   200035

No valeur / Security no

Débit / Debit   200035

Crédit / Credit

Nouveau solde / New balance   178'432

TO YOUR CREDIT

Formule sans signature
Form without signature

Vos dévoués
Yours truly

197

Si cet avis contraire de votre part dans les 30 jours, cet avis sera reconnu exact
If objection is forthcoming within 30 days, this advice will be considered as approved

**App. 1040**

A00308368-SG-05-0197



STANFORD FINANCIAL GROUP

149

JAMES M. DAVIS, Director
Chief Financial Officer

June 4, 2002

Blaise Friedli, First Vice President
CBG Compagnie Bancaire Geneve
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

**Letter sent by Facsimille Transmission**

Dear Blaise:

Please debit our 108.731 account and wire transfer the amount below according to the
following instructions:

Wire transfer US $5,000,000.00 (Five Million and 00/100 US Dollars) to
Chase Bank Texas, Houston, Texas, ABA No.113000609, for credit to
account number 23205058532, I/N/O R.Allen Stanford. **Value Date:
Friday, June 7, 2002.**

I will telephone to verify these instructions.

Sincerely yours,

James M. Davis
CFO

Cc: R Allen Stanford

6075 Poplar, Suite 202 • Memphis, TN 38119 • (901) 680-5260 • (901) 680-5265 Fax

**App. 1041**

A00308368-SG-06-0149

@001



189

## STANFORD FINANCIAL GROUP

108731

JAMES M. DAVIS, Director
Chief Financial Officer

April 8, 2003

Blaise Friedli, First Vice President
CBG Compagnie Bancaire Geneve
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

### Letter sent by Facsimilie Transmission

Dear Blaise:

Please debit our 108.731 account and wire transfer the amount below according to the following instructions:

> Wire transfer US 7,500,000.00 (Seven Million Five Hundred Thousand and 00/100 US Dollars) to Chase Bank Texas, Houston, Texas, ABA No.113000609, for credit to account number 23205058532, I/N/O R.Allen Stanford. Value Date:Thursday, April 10, 2003.

I will telephone to verify these instructions.

Sincerely yours,

James M. Davis
CFO

Cc: R Allen Stanford

*ok selon tel*
*du client avec*
*BF*

6075 Poplar, Suite 202  •  Memphis, TN 38119  •  (901) 680-5260  •  (901) 680-5265 Fax

A00308368-SG-06-0189



208

STANFORD FINANCIAL GROUP

/08731

JAMES M. DAVIS, Director
Chief Financial Officer

July 31, 2003

Blaise Friedli, First Vice President
CBG Compagnie Bancaire Geneve
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

**Letter sent by Facsimilie Transmission**

Dear Blaise:

Please debit our 108.731 account and wire transfer the amount below according to the
following instructions:

> Wire transfer US$10,000,000.00 (Ten Million and 00/100 US Dollars) to
> Chase Bank Texas, Houston, Texas, ABA No.113000609, for credit to
> account number 23205058532, I/N/O R. Allen Stanford. **Value Date:**
> **Tuesday, August 5, 2003.**

I will telephone to verify these instructions.

Sincerely yours,

James M. Davis
CFO

Cc: R Allen Stanford

*di selon tél. avec*

*Heather*

*6075 Poplar, Suite 202 • Memphis, TN 38119 • (901) 680-5260 • (901) 680-5265 Fax*

A00308368-SG-06-0208

CFO MEMPHIS                                                      001/001



STANFORD FINANCIAL GROUP                    108.731

                                                    227

September 26, 2003

JAMES M. DAVIS, Director
Chief Financial Officer

Blaise Friedli, First Vice President
CBG Compagnie Bancaire Geneve
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

## Letter sent by Facsimilie Transmission

Dear Blaise:

Please debit our 108.731 account and wire transfer the amounts below according to the following instructions:

(1)
Wire transfer US$8,000,000.00 (Eight Million and 00/100 US Dollars) to    Chase Bank Texas, Houston, Texas, ABA No.113000609, for credit to account number 23205058532, *Oki* I/N/O R. Allen Stanford. **Value Date: Wednesday, October 1, 2003.**
(2)
Wire transfer US$8,000,000.00 (Eight Million and 00/100 US Dollars) to    Chase Bank Texas, Houston, Texas, ABA No.113000609, for credit to account number 23205058532, *ok i* I/N/O R. Allen Stanford. **Value Date: Friday, October 3, 2003.**
(3)
Wire transfer US$6,000,000.00 (Six Million and 00/100 US Dollars) to    Chase Bank Texas, Houston, Texas, ABA No.113000609, for credit to account number 23205058532, *ok i* I/N/O R. Allen Stanford. **Value Date: Wednesday, October 8, 2003.**

I will telephone to verify these instructions.

Sincerely yours,

James M. Davis
CFO

Cc: R Allen Stanford

6075 Poplar, Suite 202 • Memphis, TN 38119 • (901) 680-5260 • (901) 680-5265 Fax

**App. 1044**
A00308368-SG-06-0227

108.731                                          257



# Stanford Financial Group Company

James M. Davis, Director and
Chief Financial Officer

28 January 2004

Blaise Friedli
SG Private Banking
20 Case Postale
220 CH-1001, Lausanne

Letter by facsimilie

Dear Blaise:

Please debit our 108.731 account and transfer funds according to the
following instructions:

Debit account 108.731 for US$4,971,543.00 (Four million Nine
Hundred Seventy-one Thousand Five-hundred forty-three and 00/100
U.S. Dollars) and wire transfer to Mellon United National Bank
(MUNB), 1111 Brickell Avenue, Miami, Florida 33131, ABA No.
067009646, F/F/C to Account no. 0116000209, i/n/o R. Allen
Stanford. VALUE DATE: Friday, January 30, 2003.
                                          2004

I will confirm by telephone call.

Best Regards,

James M. Davis

Cc: R. Allen Stanford

A00308368-SG-06-0257

**SG PRIVATE BANKING**

LAUSANNE 07/04/2004
A D V I C E
121 47 NNM-H1
TVA NO. 112878 3137

Titulaire / Holder

STANFORD FINANCIAL GROUP LTD

Compte / Account

CURRENT ACCOUNT
00108731-00-00-333

Transaction / Transaction

DEBIT ADVICE NO. TR371153

OUR PAYMENT:
MELLON UNITED NATIONAL BANK, MIAMI

IN FAVOUR OF:
R. ALLEN STANFORD

A M O U N T :              USD        4 654 300.00
FEES:                      USD               35.00 USD
T O T A L:                 VALUE: 08/04/04    USD
WE DEBIT YOUR ACCOUNT
NO. 00108731-00-00-333 WITH US.

Adresse d'expédition / Mail address

STANFORD INTERNATIONAL BANK LTD
C/O STANFORD FINANCIAL GROUP LTD
AVENUE GRATTA-PAILLE 2
C.P. 116
1000 LAUSANNE 30 GREY

Monnaie / Currency
TR371153        USD

Valeur / Value
08/04/2004

Ancien solde / Previous balance
-3236341

Nouvelle position / New position
4654335 00

No valeur / Security no

Débit / Debit
4654335 00

Crédit / Credit

Nouveau solde / New balance
-7890676 13

TO YOUR DEBIT

Formule sans signature
Form without signature

Vos dévoués
Yours truly

109

SG Private Banking (Suisse) SA - Siège
Rue de la Corraterie 6, CH-1204 Genève
Case postale 5022, CH-1211 Genève 11
Tél. +41(0)22 819 02 02
Fax +41(0)22 819 04 00
Swift bcldch22

Succursale de Genève
Rue de la Corraterie 6, CH-1204 Genève
Case postale 5022, CH-1211 Genève 11
Tél. +41(0)22 819 02 02
Fax +41(0)22 819 04 00
Swift bcldch22

Succursale de Zürich
Talstrasse 66, CH-8001 Zürich
Postfach, CH-8039 Zürich
Tél. +41(01) 215 56 11
Fax +41(01) 211 64 13

Succursale de Lausanne
Av. de Rumine 20, CH-1005 Lausanne
Case postale 220, CH-1001 Lausanne
Tél. +41(0)21 343 12 12
Fax +41(0)21 343 12 13

Succursale de Lugano
Riva Albertolli 1, CH-6900 Lugano
Casella postale, CH-6901 Lugano
Tél. +41(0)91 912 32 22
Fax +41(0)91 912 32 33

Sauf avis contraire de votre part dans les 30 jours, cet avis sera reconnu exact
No objection is forthcoming within 30 days, this advice will be considered as approved

273



STANFORD FINANCIAL GROUP

James M. Davis, Director
Chief Financial Officer

April 6, 2004

Blaise Friedli, First Vice President
SG Private Banking
Case postale 220, 1001 Lausanne

Letter sent by Facsimile Transmission

Dear Blaise;

Please debit our 108.731 account and wire transfer the amount below according to the
following instructions;

    Wire transfer US$ 3,345,650.00 (Three Million Three Hundred Forty Five
    Thousand Six Hundred Fifty and 00/100 US Dollars) to Sterling Bank,
    Houston, TX, ABA No. 113005549, for credit to account number; 151012134,
    I/N/O R. A. Stanford.  Value Date: Friday, April 9, 2004.

I will telephone to verify these instructions.

Sincerely yours,

James M. Davis
CFO

CC:  R.A. Stanford

6075 Poplar Avenue, Third Floor  •  Memphis  TN 38119  •  (901) 537-1600  •  (901) 537-1515 Fax

**App. 1047**
A00308368-SG-06-0273



## STANFORD FINANCIAL GROUP

James M. Davis, Director
Chief Financial Officer

August 17, 2004

Blaise Friedli, First Vice President
SG Private Banking
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

### Letter sent by Facsimilie Transmission

Dear Blaise:

Please debit our 108.731 account and wire-transfer the amounts below according to the following instructions:

Wire transfer US$2,576,301.00 (Two Million Five-hundred seventy six thousand three hundred one and 00/100 dollars) to Sterling Bank, Houston, Texas (713) 507-7638, ABA No. 113005549; FFC to a/c no. 151012134 i/n/o Allen Stanford. Value Date: Friday, August 20, 2004.

Wire transfer US$2,499,254.00 (Two Million Four hundred ninety-nine thousand two hundred fifty four and 00/100 dollars) to Mellon United National Bank, Miami, Florida, (305) 371-2300, ABA# 067009646; FFC to a/c no. 0116000209, i/n/o Allen Stanford. Value Date: Friday, August 20, 2004.

I will telephone to verify these instructions.

Sincerely yours,

James M. Davis
Chief Financial Officer

Cc: R. Allen Stanford

*6075 Poplar Avenue, Third Floor • Memphis, TN 38119 • (901) 537-1600 • (901) 537-1615 Fax*

**App. 1048**
A00308368-SG-06-0307

→ FICH CENTRAL VIS ⓪002/004

386

**STANFORD FINANCIAL (** *OU Selon Lêl. avec*
*James David*

April 21, 2006 *15 h 50 le 21.04.06*

James M. Davis, Director
Chief Financial Officer

*A Faire valu-*

Blaise Friedli, First Vice President
SG Private Banking
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

*26.04.06*

**Letter sent by Facsimilie Transmission**

Dear Blaise:

Please debit our 108.731 account and wire-transfer the amounts below according to the following instructions:

> Wire transfer US$2,989,574.00 (Two Million Nine-hundred eighty-nine thousand five hundred seventy-four and 00/100 US dollars) to Sterling Bank, Houston, Texas (713) 507-7638, ABA No. 113005549; FFC to a/c no. 151012134 i/n/o R. Allen Stanford. Value Date: Wednesday, April 26, 2006.

> Wire transfer US$3,501,188.00 (Three Million Five hundred one thousand one hundred eighty-eight and 00/100 US dollars) to Mellon United National Bank, Miami, Florida, (305) 371-2300, ABA# 067009646; FFC to a/c no. 0116000209, i/n/o R. Allen Stanford. Value Date: Wednesday, April 26, 2006.

I will telephone to verify these instructions.

Sincerely yours,

James M. Davis
Chief Financial Officer

Fichier Central
Signature Vérifiée Conforme

Laurent Meyer

Cc: R. Allen Stanford

6075 Poplar Avenue, Third Floor ▪ Memphis, TN 38119 ▪ (901) 537-1600 ▪ (901) 537-1615 Fax

**App. 1049**
A00308368-SG-06-0386

*Attention aux changements de date dans le système*

021

# ◾ STANFORD
### PRIVATE WEALTH MANAGEMENT

January 24, 2007

James M. Davis, Director
*Chief Financial Officer*

Blaise Friedli, First Vice President
SG Private Banking
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

### Letter sent by Facsimilie Transmission

Dear Blaise:

Please debit our ▪▪▪▪▪▪▪ account and wire-transfer the amounts below according to the following instructions:

> Wire transfer US$15,000,000.00 (Fifteen Million and 00/100 US dollars) to Bank of America International, 100 West 33rd street, New York 10001, ABA 026009593. F/F/C to Bank of Antigua, 1000 Airport Blvd, St. John's, Antigua, WI. SWIFT: ANTIAGAG, a/c 6550852033.
>
> For final credit: **Stanford Financial Group Ltd.**, a/c no. 40073029.

Value date, Friday, January 26, 2007.

I will telephone to verify these instructions.

Sincerely yours,

James M. Davis
Chief Financial Officer

Cc: R. Allen Stanford

### Stanford Financial Group
6075 Poplar Avenue, Third Floor • Memphis, Tennessee 38119 USA
901.537.1600 • 901.537.1615 Fax
jdavis@stanfordeagle.com

**App. 1050**
A00308368-SG-07-0021

ug C7 07 09:59a     Jim Davis



**STANFORD**
PRIVATE WEALTH MANAGEMENT



106

August 30, 2007

James M. Davis, Director
Chief Financial Officer

Blaise Friedli, First Vice President
SG Private Banking
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

### Letter sent by Facsimilie Transmission

Dear Blaise:

Please debit our 108.731 account and wire-transfer the amount below according to the
following instructions:

> Wire transfer US$3,000,000.00 (Three Million and 00/100 US dollars) to
> Bank of America International, 100 West 33rd street, New York 10001,
> ABA 026009593. F/F/C to Bank of Antigua, 1000 Airport Blvd,
> St. John's, Antigua, WI, SWIFT: ANTIAGAG, a/c 6550852033.

> For final credit: **Stanford Financial Group Ltd.**, a/c no. 40073029.

Value date, Tuesday, August 31, 2007.

I will telephone to verify these instructions.

Sincerely yours,

James M. Davis
Chief Financial Officer

Cc: R. Allen Stanford

Cellule Visas
Signature vérifiée conforme

2 8 AOUT 2007

G. Maître

**Stanford Financial Group**
6° - 'oplar Avenue, Third Floor • Memphis, Tennessee 38119 USA
901.537.1800 • 901.537.1013 Fax
jdavis@stanfordeagle.com

**App. 1051**
A00308368-SG-07-0106

108.731

## STANFORD
PRIVATE WEALTH MANAGEMENT

112

James M. Davis, Director          October 9, 2007
*Chief Financial Officer*

Blaise Friedli, First Vice President
SG Private Banking
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

### Letter sent by Facsimilie Transmission

Dear Blaise:

Please debit our 108.731 account and wire-transfer the amount below according to the following instructions:

> Wire transfer US$4,000,000.00 (Four Million and 00/100 US dollars) to Bank of America International, 100 West 33rd street, New York 10001, ABA 026009593. F/F/C to Bank of Antigua, 1000 Airport Blvd, St. John's, Antigua, WI, SWIFT: ANTIAGAG, a/c 6550852033.

> For final credit: **Stanford Financial Group Ltd., a/c no. 40073029.**

Value date, Friday, October 12, 2007.

I will telephone to verify these instructions.

Sincerely yours,

James M. Davis
Chief Financial Officer

Cc: R. Allen Stanford

Stanford Financial Group
6075 Poplar Avenue, Third Floor • Memphis, Tennessee 38119 USA
901.537.1600 • 901.537.1615 Fax
jdavis@stanfordeagle.com

App. 1052
A00308368-SG-07-0112



**STANFORD**
PRIVATE WEALTH MANAGEMENT                                          115

James M. Davis, Director                    November 6, 2007
*Chief Financial Officer*

Blaise Friedli, First Vice President
SG Private Banking
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

### Letter sent by Facsimilie Transmission

Dear Blaise:

Please debit our 408731 account and wire-transfer the amount below according to the
following instructions:

> Wire transfer US$3,000,000.00 (Three Million and 00/100 US dollars) to
> Bank of America International, 100 West 33rd street, New York 10001,
> ABA 026009593. F/F/C to Bank of Antigua, 1000 Airport Blvd,
> St. John's, Antigua, WI, SWIFT: ANTIAGAG, a/c 6550852033.

> For final credit: **Stanford Financial Group Ltd.**, a/c no. 40073029.

Value date, Friday, November 9, 2007.

I will telephone to verify these instructions.

Sincerely yours,

James M. Davis
Chief Financial Officer

Cc: R. Allen Stanford

Stanford Financial Group
6075 Poplar Avenue, Third Floor • Memphis, Tennessee 38119 USA
901.537.1600 • 901.537.1615 Fax
jdavis@stanfordeagle.com

*108.731*

146

# STANFORD
### PRIVATE WEALTH MANAGEMENT

James M. Davis, Director                    May 27, 2008
*Chief Financial Officer*

Blaise Friedli, First Vice President
SG Private Banking
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

### Letter sent by Facsimilie Transmission

Dear Blaise:

Please debit our 108.731 account and wire-transfer the amount below according to the following instructions:

> Wire transfer US$2,500,000.00 (Two Million Five-Hundred Thousand 00/100 US dollars) to Bank of America International, 100 West 33rd street, New York 10001, ABA 026009593. F/F/C to Bank of Antigua, 1000 Airport Blvd, St. John's, Antigua, WI, SWIFT: ANTIAGAG, a/c 6550852033.

> For final credit: Stanford Financial Group Ltd., a/c no. 40073029.

Value date, Friday, May 30, 2008.

I will telephone to verify these instructions.

Sincerely yours,

Cellule-Visas
Signature vérifiée conforme

James M. Davis             3 0 MAI 2008
Chief Financial Officer

Cc: R. Allen Stanford       S. Lucchesi

Stanford Financial Group
6075 Poplar Avenue, Third Floor • Memphis, Tennessee 38119 USA
901.537.1600 • 901.537.1615 Fax
jdavis@stanfordeagle.com

TRX 1368823

App. 1054
A00308368-SG-07-0146

# STANFORD
PRIVATE WEALTH MANAGEMENT

108731

James M. Davis, Director                    July 28, 2008
Chief Financial Officer

Blaise Friedli, First Vice President
SG Private Banking
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

### Letter sent by Facsimile Transmission

Dear Blaise:

Please debit our 108,731 account and wire-transfer the amount below according to the following instructions:

Wire transfer US$6,000,000.00 (Six Million and 00/100 US dollars) to Bank of America International, 100 West 33rd street, New York 10001, ABA 026009593, F/F/C to Bank of Antigua, 1000 Airport Blvd, St. John's, Antigua, WI, SWIFT: ANTIAGAG, a/c 6550852033.

For final credit: Stanford Financial Group Ltd., a/c no. 40073029.

Value Date, Thursday July 31st 2008.

I will telephone to verify these instructions.

Sincerely yours,

James M. Davis
Chief Financial Officer

Cc: R. Allen Stanford

*$/cme*
* ou selon tel. de
Bf avec le client
le 1.8.08 (ferié)

Stanford Financial Group
6075 Poplar Avenue, Third Floor ▪ Memphis, Tennessee 38119 USA
901.537.1600 ▪ 901.537.1615 Fax
jdavis@stanfordeagle.com

App. 1055

A00308368-SG-07-0152

185



## STANFORD FINANCIAL GROUP

JAMES M. DAVIS, Director
Chief Financial Officer

October 2, 2008

Blaise Friedli, Directeur
SG Private Banking
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

~~Letter sent by Facsimilie Transmission~~

Dear Blaise:

Please debit our ████████ account and wire-transfer the amount below according to the following instructions:

Wire transfer US$10,000,000.00 (Ten Million and 00/100 US dollars) to Bank of America International, 100 West 33rd street, New York 10001, ~~ABA 026009593. F/F/C to Bank of Antigua, 1000 Airport Blvd, St.~~ John's, Antigua, WI, SWIFT: ANTIAGAG, a/c 6550852033.

For final credit: **Stanford Financial Group Ltd.**, a/c no. 40073029.

Value date, Monday, October 6, 2008.

~~I will telephone to verify these instructions.~~           Ok

Sincerely yours,

James M. Davis
Chief Financial Officer

Cc: R. Allen Stanford

6075 Poplar Avenue, Third Floor  •  Memphis, TN 38119  •  (901) 537-1600  •  (901) 537-1615 Fax

108731

225

 Laila MARIN/priv/ch/socgen

31.12.2008 11:34

To    JDavis@StanfordEagle.com
cc
bcc
Subject    Book transfer

Dear James,

We confirm that the transfer of USD 6'000'000 has been executed value 31.12.2008, as per your request.

We hope to see you soon and wish you a peaceful 2009 !

Blaise Friedli

@001

*108731*

175



**STANFORD FINANCIAL GROUP**

*14.08. montant di*

JAMES M. DAVIS, Director
Chief Financial Officer

February 26, 2003

Blaise Friedli, First Vice President
CBG Compagnie Bancaire Geneve
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

**Letter sent by Facsimilie Transmission**

**Subject: Increase amount of W/T
standing order**

Dear Blaise:

Please **increase** the monthly wire transfer to CAS Hewlett from 10,000
pounds sterling to 15,000 pounds sterling per month by debiting our 108.731
account. This change is effective on March 1, 2003.

I have already verified this change by telephone conversation with Carol this
morning.

Sincerely yours,

James M. Davis
CFO

Cc: R Allen Stanford

*di selon tél. avec le
client le 26.02.2003*

GOVERNMENT'S
EXHIBIT
3

App. 1058

| | |
|---|---|
| From: | Davis, James |
| Sent: | Monday, May 19, 2008 9:58 AM |
| To: | Carol MEYLAN |
| Cc: | Stanford, Allen |
| Subject: | RE: Weekly Statements |

Hello,

It was great to see Blaise this past week in WDC.  The meetings were very beneficial, in my opinion.

As I informed Mr. Friedli last Friday, I want to change the monthly debit amount that is disbursed to Mr. C.A.S. Hewlett from our 108.731 a/c.

Please change this standing order by increasing the amount from 15,000 sterling, to 20,000 sterling.  Effective date for this change should be the payment of 15 June 2008, and should continue monthly until further notice.

If you have any questions, please do not hesitate to call me.

Sincerely yours,

James M. Davis

-----Original Message-----
From: Carol MEYLAN [mailto:carol.meylan@socgen.com]
Sent: Monday, May 19, 2008 3:44 AM
To: Davis, James
Subject: Weekly Statements


Dear Mr. Davis,

Please find attached the asset valuation of Stanford Financial Group and the transaction breakdown.

(See attached file: 108731.pdf)       (See attached file: Bkdwn.pdf)


Mr. Friedli and myself naturally stay at your disposal for any further question you might have.

Yours sincerely,

(Embedded
image moved
to file:
pic13931.gif)

                Carol MEYLAN
                SG Private Banking (Suisse) S.A.
                Avenue de Rumine 20, Case postale
                220
                CH-1001 Lausanne
                Tel    + 41 (0)21 343 12 34
                Fax    + 41 (0)21 343 13 75
                carol.meylan@socgen.com


*****************************************************************************
This message and any attachments (the "message") are confidential, intended solely for the

**App. 1059**
ASTANFORD-0038731

@001



131

STANFORD FINANCIAL GROUP

$108.731$

JAMES M. DAVIS, Director
Chief Financial Officer

March 14, 2002

Blaise Friedli, First Vice President
CBG Compagnie Bancaire Geneve
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

**Letter sent by Facsimilie Transmission**

Dear Blaise:

Please debit our 108.731 account and wire transfer the amount below according to the following instructions:

> Wire Transfer £ 80,000.00 (Eighty Thousand and 00/100 UK Sterling Pounds) to Barclays Bank, Muswell Hill Branch 20-58-51, Muswell Hill Broadway, London, N8 9RJ. F/F/C: C.A.S. Hewlett, A/C No. 60470007. **Value Date: Monday, March 18, 2002.**

I will telephone to verify these instructions.

Sincerely yours,

James M. Davis
Chief Financial Officer

Cc: R Allen Stanford
    Acctg G Lopez

6075 Poplar, Suite 202 • Memphis, TN 38119 • (901) 680-5260 • (901) 680-5265 Fax

**App. 1060**

A00308368-SG-06-0131

09/03/2005 12:50 FAX 9015371615          STANFORD FINANCIAL                    ☑ 002/002

352



## STANFORD FINANCIAL GROUP

JAMES M. DAVIS, Director
Chief Financial Officer

September 3, 2005

Blaise Friedli, First Vice President
SG Private Banking
Avenue de Rumine 20
Case Postale 220, 1001 Lausanne

### Letter sent by facsimile transmission

Dear Blaise:

Please debit our 108.731 account and wire transfer the amount below according to the
following schedule:

Wire transfer £6,000.00 (Six Thousand and 00/100 UK Sterling Pounds)
to Barclays Bank, Muswell Hill Branch 20-58-51, Muswell Hill
Broadway, London, N8 9RJ, F/F/C to C. A. S. Hewlett, A/C No.
60470007. **Value Date:** Wednesday, September 7, 2005.

I will call to verify these instructions.

Sincerely yours,

James M. Davis, Director and CFO

Cc: R. Allen Stanford

6075 Poplar Avenue, Third Floor • Memphis, TN 38119 • (901) 537-1600 • (901) 537-1615 Fax

356



## STANFORD FINANCIAL GROUP

JAMES M. DAVIS, Director
Chief Financial Officer

November 1, 2005

Blaise Friedli, First Vice President
SG Private Banking
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

**Letter sent by Facsimile Transmission**

Dear Blaise:

Please debit our 108.731 account and wire-transfer the amount below according to the following instructions:

> Wire transfer US$125,000.00 (One Hundred Twenty-five Thousand and 00/100 U.S. Dollars) to First Bank Virgin Islands, Wickham's Cay 1, Road Town, Tortola, BVI, ABA 221571473. F/F/C to account number 7281013131, C.A.S. Hewlett. Value Date: Thursday, November 3, 2005.

I will telephone to verify these instructions.

Sincerely yours,

James M. Davis
Chief Financial Officer

CC: R. Allen Stanford

6075 Poplar Avenue, Third Floor • Memphis, TN 38119 • (901) 537-1600 • (901) 537-1615 Fax



364

## STANFORD FINANCIAL GROUP

James M. Davis, Director
Chief Financial Officer

December 1, 2005

Blaise Friedli, First Vice President
SG Private Banking
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

**Letter sent by Facsimilie Transmission**

Dear Blaise:

Please debit our 108.731 account and wire-transfer the amount below according to the following instructions:

> Wire transfer US$125,000.00 (One Hundred Twenty-five Thousand and 00/100 U.S. Dollars) to First Bank Virgin Islands, Wickham's Cay 1, Road Town, Tortola, BVI, ABA 221571473. F/F/C to account number 7281013131, C.A.S. Hewlett. Value Date: Monday, December 5, 2005.

I will telephone to verify these instructions.

Sincerely yours,

James M. Davis
Chief Financial Officer

CC: R. Allen Stanford

**App. 1063**

A00308368-SG-06-0364

108731

STANFORD FINANCIAL GROUP

377

James M. Davis, Director
Chief Financial Officer

February 10, 2006

Blaise Friedli, First Vice President
SG Private Banking
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

**Letter sent by Facsimilie Transmission**

Dear Blaise:

Please debit our 108.731 account and wire-transfer the amount below according to the following instructions:

Wire transfer US$100,000.00 (One Hundred Thousand and 00/100 U.S. Dollars) to First Bank Virgin Islands, Wickham's Cay 1, Road Town, Tortola, BVI, ABA 221571473. F/F/C to account number 7281013131, C.A.S. Hewlett. Value Date: Monday, February 13, 2006.

I will telephone to verify these instructions.

Sincerely yours,

James M. Davis
Chief Financial Officer

CC: R. Allen Stanford

6075 Poplar Avenue, Third Floor • Memphis, TN 38119 • (901) 537-1600 • (901) 537-1615 Fax

**App. 1064**
A00308368-SG-06-0377

Case 4:09-cv-03342 Document 246-1 Filed in TXSD on 06/09/10 Page 49 of 158

046

STANFORD
PRIVATE WEALTH MANAGEMENT

James M. Davis, Director
*Chief Financial Officer*

April 30, 2007

Blaise Friedli, First Vice President
SG Private Banking
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

**Letter sent by Facsimilie Transmission**
RESENT 5/1/07

Dear Blaise: ok ?

Please debit our 108.731 account and wire-transfer the amount below according to the following instructions:

> Wire Transfer £16,000.00 (Sixteen Thousand and 00/100 UK Sterling Pounds) to Barclays Bank, Muswell Hill Branch 20-58-51, Muswell Hill Broadway, London, N8 9RJ. F/F/C: C.A.S. Hewlett, A/C No. 60470007.
> **Value Date: Wednesday, May 02, 2007.**

I will telephone to verify these instructions.

Sincerely yours,

James M. Davis
Chief Financial Officer

CC: R. Allen Stanford

ok selon tél.
avec James Davis
+ Jeanne

Stanford Financial Group
6075 Poplar Avenue, Third Floor • Memphis, Tennessee 38119 USA
901.537.1600 • 901.537.1615 Fax
jdavis@stanfordeagle.com



**STANFORD**
PRIVATE WEALTH MANAGEMENT

164



August 27, 2008

James M. Davis, Director
*Chief Financial Officer*

Blaise Friedli, First Vice President
SG Private Banking
Avenue de Rumine 20
Case postale 220, 1001 Lausanne

### Letter sent by Facsimile Transmission

Dear Blaise:

Please debit our 108.731 account and wire-transfer two amounts according to the following instructions:

1. Wire Transfer £60,000.00 (Sixty Thousand and 00/100 UK Sterling Pounds) to Barclays Bank, Muswell Hill Branch 20-58-51, Muswell Hill Broadway, London, N8 9RJ. F/F/C: C.A.S. Hewlett, A/C No. 60470007. **Value Date: Monday, September 1, 2008.**

2. Wire Transfer £60,000.00 (Sixty Thousand and 00/100 UK Sterling Pounds) to Barclays Bank, Muswell Hill Branch 20-58-51, Muswell Hill Broadway, London, N8 9RJ. F/F/C: C.A.S. Hewlett, A/C No. 60470007. **Value Date: Monday, September 8, 2008.**

I will telephone to verify these instructions.

Sincerely yours,

James M. Davis
Chief Financial Officer

CC: R. Allen Stanford

Stanford Financial Group
6075 Poplar Avenue, Third Floor • Memphis, Tennessee 38119 USA
901.537.1600 • 901.537.1615 Fax
jdavis@stanfordeagle.com

TRX 1424257

**App. 1066**

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
 2                   HOUSTON DIVISION

 3

 4  UNITED STATES OF AMERICA      *    09-CR-342
                                  *    Houston, Texas
 5  VS.                           *
                                  *    December 17, 2009
 6  ROBERT ALLEN STANFORD, ET     *    1:40 p.m.
    AL                            *
 7

 8                   SCHEDULING CONFERENCE

 9           BEFORE THE HONORABLE DAVID HITTNER
                UNITED STATES DISTRICT JUDGE
10

11 APPEARANCES:

12 FOR THE GOVERNMENT:

13 Gregg Jeffrey Costa, Paul E. Pelletier and Jack Patrick
   OFFICE OF THE UNITED STATES ATTORNEY
14 P.O. Box 61129
   Houston, Texas 77208-1129
15 713.567.9345

16

17 FOR THE DEFENDANT ROBERT ALLEN STANFORD:
   Kent A. Schaffer
18 BIRES & SCHAFFER
   712 Main St., 31st Floor
19 Houston, Texas 77002
   713.228.8500
20
   And
21
   George McCall Secrest, Jr. and James Kennedy
22 BENNETT & SECREST
   808 Travis, 24th Floor
23 Houston, Texas 77002
   713.757.0679
24

25
```

GOVERNMENT'S
EXHIBIT
4

Case 3:09-cv-00724-N-BG Document 1401-10 Filed 11/20/15 Page 50 of 87 PageID 21628

1                THE COURT:  No.  Where does that 4 million come

2 from, as far as you're concerned?  What's the law on that?

3                MR. KUNIANSKI:  The law is that if you're Court

4 appointed, you are entitled to the same or reasonably same

01:51:19PM   5 type of resources as a paying client would have.  And

6 anything over about 15 -- I think it's $1500 -- has to go

7 up and be approved.

8                THE COURT:  By who, by the Circuit?

9                MR. KUNIANSKI:  I believe so.  And I doubt

01:51:34PM  10 they've ever approved $4 million for document review.

11                THE COURT:  That's just for your client, is

12 that correct, or just generally?

13                MR. KUNIANSKI:  Well, I think that covers the

14 whole document review and everyone else I guess will get

01:51:45PM  15 the benefit of that.

16                THE COURT:  All right.  I'm going to ask the

17 government for your input because if you take this case to

18 trial, nobody wants to do so it twice.  And if indeed, now

19 hypothetically, I force them to trial and they get on the

01:51:58PM  20 record what they have not been able to do because they

21 can't get any attorney's fees and it's only so much that I

22 could do, I think, if I even asked Washington for, in

23 effect, try this case as an indigent matter, then what?

24 Then it jeopardizes your case, I believe.

01:52:18PM  25                MR. COSTA:  Your Honor, well, Mr. Kuniansky has

1 been appointed. He's doing a great job and he's an
2 excellent lawyer. Mr. Schaffer, along with Mr. Sokolow,
3 was appointed for a time for Mr. Stanford and they were
4 working very hard, mounting a very vigorous defense. But
01:52:33PM 5 it's been six months since this case was indicted. And I
6 think as the Court recognizes, it's time for a trial date.

7            You know, the Speedy Trial Act protects
8 the rights of the defendant, it also provides the public
9 with the right to a speedy trial. And in this case, the
01:52:48PM 10 public includes thousands of victims who gave most, in some
11 cases all of their life savings, to these defendants and
12 the public and those victims have a strong interest in
13 moving this case along.

14            We recommended last time a September trial
01:53:04PM 15 date, which would be 15 months from the indictment date.
16 It would be a year since Mr. Schaffer came onboard.

17            The number of documents --

18            THE COURT: Has it been a year since you've
19 been onboard?

01:53:13PM 20            MR. SCHAFFER: No, sir. I've been on since
21 mid-September.

22            MR. COSTA: I'm saying a September trial date
23 would be a year --

24            THE COURT: Oh, a year.

01:53:18PM 25            MR. COSTA: -- from Mr. Schaffer coming on.

1 day, I would really be surprised.

2              THE COURT:  All right.

3              MR. SCHAFFER:  I'm not exactly sure what he's

4 trying to say, but I want to point a few things out.  First

02:02:46PM  5 off, Mr. Schaffer hasn't been working day and night for the

6 last month because unlike Mr. Pelletier, I'm not getting

7 paid, at least in this case.  So I'm having to take other

8 cases to try to pay off the debt that I've accrued since

9 the time I was lucky enough to get involved in this case.

02:03:01PM 10              Secondly, though, the government has been

11 working on this case for about a year now.  So for them to

12 come in here and say, "Well, look, Judge, we could be ready

13 in 9 months," well, of course, they can.  They had a year

14 head start, plus, they've got three prosecutors sitting at

02:03:17PM 15 the table, they've got a team of prosecutors in the

16 background, they've got dozens of agents working on the

17 case, they've got FTI and FIT's reports which didn't cost

18 less than $1 million.  These forensic accounting reports

19 cost over $15 million between the two companies, plus they

02:03:36PM 20 have the receivers' lawyers at their disposal as well to

21 get their work product.  We don't have all that.

22              THE COURT:  What date?  They suggest next

23 September.  What date do you suggest?

24              MR. SCHAFFER:  Well, we're thinking 18 months

02:03:49PM 25 from now, beginning with summer.

```
          1              THE COURT:  Beginning of next summer.

          2              MR. SCHAFFER:  Yes, Your Honor.

          3              THE COURT:  2011.

          4              MR. SCHAFFER:  Yes, sir.

02:03:57PM 5              THE COURT:  Anybody else want to be heard?

          6              MR. PELLETIER:  I just want to read, Your

          7  Honor, the transcript from last time where you asked

          8  Mr. Schaffer.  You asked Mr. Schaffer if he was okay to

          9  take payment in this case.  And you specifically said,

02:04:11PM 10  "Okay, Mr. Schaffer..."  I don't have my glasses, but --

         11              THE COURT:  They're interchangeable.  Anybody

         12  else got a pair of glasses?

         13              MR. PELLETIER:  I got them.

         14              THE COURT:  All right.  Go on.

02:04:19PM 15              MR. PELLETIER:  Page 41.  "If you run into

         16  problems later on with reimbursement -- if you run -- just

         17  you, everybody is on board.  Do you understand that?  If

         18  you run into problems later on, I don't want to be hearing

         19  you say that.  Do you understand that?"  And he said,

02:04:37PM 20  "That's correct, Your Honor."

         21              MR. SCHAFFER:  Keep in mind, Your Honor, that

         22  you probably thought like I did.  I know for years you had

         23  the lawyers preposted on this column over there, and my

         24  belief and --

02:04:48PM 25              THE COURT:  I think somebody stole it.
```

**App. 1071**

1          MR. SCHAFFER:  It was a lawyer, probably.  But
2 I think we both operated under the assumption that when a
3 lawyer gives his word that something is going to happen,
4 it's going to happen.  I thought we were getting paid and
02:05:02PM 5 that's why I made a representation to you.  That's why I
6 said what I said.

7          MR. CHRIS FLOOD:  Your Honor, without regard to
8 the money, we're talking about the time it takes to get
9 ready for trial.  It's 12 to 18 months.  The date they're
02:05:15PM 10 proposing gives them 20 months for the case.  If you give
11 us 20 months from the date of indictment, we're looking at
12 next spring.

13          THE COURT:  A year from spring.  It would be
14 2011 when, April, May, something like that.

02:05:33PM 15          MR. CHRIS FLOOD:  You're familiar with all the
16 Enron cases.  They didn't go to trial within a year.

17          THE COURT:  Anybody else want to be heard?  I'm
18 going to talk to my case manager.  I'm going to give you a
19 date.  Ellen, bring up the book, please.

02:06:36PM 20          All right.  You've got a date and the date
21 is certain.  Under any circumstances, retained, not
22 retained, government funds, private funds, insurance funds,
23 jury selection and trial is set for January 2011.  And
24 that's it.  What I will do once this shakes out a little
02:07:00PM 25 bit more and I hear input from both sides, I will set dates

**App. 1072**

1 for motions, for jury instructions and so forth. But one
2 way or another, the case has to be tried. I'm not going to
3 the middle of 2011. In effect, it's about a year and a
4 month from right now.

02:07:15PM 5                During the month of January 2011, we will
6 have jury selection in this case. At this time I'm not
7 sure there's anything else I need to discuss with the
8 criminal lawyers, unless you want any other input. If
9 you're going to stick around, you may want to, because we
02:07:32PM 10 may need some advice of counsel to your clients, depending
11 upon what comes in the civil matter.

12                So as of now, how do you want to work
13 this? Do you want to shift out with the civil attorneys in
14 the jury box? What does the Marshal suggest? In other
02:07:51PM 15 words, Mr. Stanford remain there, or do you want him in the
16 jury box also? Mr. Schaffer, what's your preference?

17                MR. SCHAFFER: I'd like him to be able to talk
18 with his civil lawyers. Mr. Shidlofsky calling
19 Mr. Fasthoff.

02:08:05PM 20                THE COURT: Got it.

21                MR. COSTA: Before we wrap up the criminal
22 proceeding.

23                THE COURT: Yes.

24                MR. COSTA: Is the Court just going to provide
02:08:09PM 25 a date about a status conference? Because we do think, as

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | **CR. NO. 4:09-342-01** |
| **v.** | § | |
| | § | |
| | § | |
| **ROBERT ALLEN STANFORD** | § | |

## DECLARATION OF POSTAL INSPECTOR CLAYTON GERBER

In accordance with the provisions of 28 U.S.C. § 1746, I, Clayton Gerber, make the following unsworn declaration, under penalty of perjury, pertinent to the above-numbered cause:

1.  I am a United States Postal Inspector assigned to the Postal Inspection Service's Department of Justice Mail Fraud Team. I am one of the agents assigned to the investigation into Robert Allen Stanford and other individuals relating to the certificate of deposits sold by Stanford International Bank Ltd.

2.  One of my roles is to help maintain the iCONECT database of documents obtained during this investigation. In that capacity, in the Fall of 2009, I participated in multiple conference calls with Assistant

Page 1 of 3



GOVERNMENT'S
EXHIBIT
5

**App. 1074**

United States Attorney Gregg Costa and counsel for all four

defendants in this case, including Mr. Stanford.  During these calls,

AUSA Costa and I explained how iConect works, the firewalls that

had been erected to protect each party from viewing each other's

working folders, and explained how the contractor maintaining the

database has designated an individual to be the defense attorneys'

contact for any questions concerning the database including training

on using the database.

3.    In addition, during these calls about iCONECT procedures, AUSA

Costa and I discussed how any defendant could request from the

iCONECT contact a download of all documents on iCONECT onto a

hard drive in a searchable Concordance database format.  We

explained that this download would cost the defendant a relatively

small amount of money.  Thus, any party wishing to have access to

the documents on a searchable hard drive has had notice of that

option since the Fall of 2009.

4.    We recently made available to the defense, at government expense,

two sets of hot documents.  In early May, 2010, hard drives

containing a searchable Concordance database of approximately

**App. 1075**

57,000 hot documents were prepared and shipped to AUSA Costa for

distribution to the defense teams, including Mr. Stanford.   In late

May, 2010, DVDs containing a searchable Concordance database

consisting of a smaller set of approximately 458 documents were

prepared and shipped to AUSA Costa for distribution to the defense

teams, including Mr. Stanford.  This hard drive and DVD thus

provide searchable access to the contained documents from any

computer without the need for internet access.


     I declare under penalty of perjury that the foregoing is true and correct to
the best of my knowledge and belief.  Executed on this _____ day of June,
2010.

C. GERBER #6036

Clayton Gerber
United States Postal Inspector

**App. 1076**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| LAURA PENDERGRAST-HOLT, | . | CASE NO. H-09-CV-3712 |
| | . | |
| PLAINTIFF, | . | |
| | . | |
| V. | . | HOUSTON, TEXAS |
| | . | THURSDAY, JUNE 3, 2010 |
| CERTAIN UNDERWRITERS AT | . | 9:15 A.M. TO 12:09 p.M. |
| LLOYD'S OF LONDON AND ARCH | . | |
| SPECIALTY INCURANCE CO., | . | |
| | . | |
| DEFENDANT. | . | |

. . . . . . . . . . . . . . . .

**EVIDENTIARY HEARING**

**PARTIAL TRANSCRIPT - KENT SCHAFFER STATEMENT ONLY**

**SOME PARTIES APPEARING TELEPHONICALLY**

BEFORE THE HONORABLE NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE

Appearances:

For Laura Pendergast-Holt:    Lee Shidlofsky, Esq.
  Gilbert Lopez, Jr.:       Alan M. Cohen, Esq.
  Mark Kuhrt:             Visser Shidlofsky LLP
                      7200 N. Mopac Expressway, Ste 430
                      Austin, TX 78731

For the Defendant:        Daniel McNeel Lane, Jr., Esq.
                      Akin Gump, et al
                      300 Convent, Suite 1500
                      San Antonio, TX 78205

For the Defendant:        Manuel Mungia, Esq.
                      No Address Provided

GOVERNMENT'S EXHIBIT
6

4

1   picked up scores of boxes, I think 40 something boxes.

2          Within a day, we discovered that there were still

3   some things that had been not turned -- that had not been

4   turned over.  In particular, there were some -- my notes, which

5   I wanted transcribed, so instead of giving just raw notes, it

6   would be of some readable form.  And I wouldn't be getting

7   calls from people saying what does this say?

8          **THE COURT:**  Yeah.

9          **MR. SCHAFFER:**  So there were some things typed up.

10         **THE COURT:**  You had hand-written notes you're saying

11  that you had typed --

12         **MR. SCHAFFER:**  Yes, your Honor.

13         **THE COURT:**  -- verbatim.

14         **MR. SCHAFFER:**  Yes, sir.

15         **THE COURT:**  Okay.

16         **MR. SCHAFFER:**  I mean yes, ma'am.  I'm sorry.

17         The other thing that we turned over was an external

18  hard drive with every document that was on IConnect.  And the

19  reason we did that is so there would be something accessible to

20  Mr. Stanford, who was denied internet access.  And --

21         **THE COURT:**  Right.  Which is what Mr. Costa --

22  Mr. Costa we --

23         **MR. SCHAFFER:**  We did a bunch of them --

24         **THE COURT:**  We discussed you and -- and that in your

25  absence.

App. 1078

5

```
 1              MR. SCHAFFER:  Well we did that months before

 2   Mr. Costa put that together.  Because --

 3              THE COURT:  Oh you downloaded it?

 4              MR. SCHAFFER:  Yes, your Honor.  We wanted to pay for

 5   it.

 6              THE COURT:  Is it searchable?

 7              MR. SCHAFFER:  Yes, your Honor.

 8              THE COURT:  Is it searchable, word searchable?

 9              MR. SCHAFFER:  It is to us.  I don't know why it

10   wouldn't be to them.

11              But the problem was, and Lloyd's paid for this, we

12   brought in a lawyer, Sam Guyverson (phonetic) who's some sort

13   of technological expert.  And he found a way to -- to do this.

14              And, in fact, Mr. Bennett's office has called this

15   week.  And they're saying we need software, we don't know how

16   to do this.  And we've told them about three times, it's on --

17   you can use an Apple or an Apple driver on a PC.  You can

18   download them for $40 on the internet, same thing we had to do.

19   Okay?  There's nothing magical about it.

20              That was one of the things that we turned over.  And

21   I think that went to Mr. Essmyer and Young.  I know we turned

22   over a couple of hard drives.  We had that hard drive.  And we

23   had a dedicated hard drive with hot docs.  We had -- in fact,

24   we made the hard drive.  And I think we gave Mr. Essmyer when

25   he was denied access to the discovery by Mr. Bennett.
```



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Texas*

**FILE COPY**

*910 Travis Street, # 1500*         *Phone (713) 567-9000*
*Post Office Box 61129*              *Fax (713) 718-3300*
*Houston, Texas 77208*

May 13, 2010

*via courier pickup*

Michael Essmyer
Counsel for Mr. Stanford

Dan Cogdell
Counsel for Ms. Holt

Jack Zimmermann
Counsel for Mr. Lopez

Richard Kuniansky
Counsel for Mr. Kuhrt

Re: *United States v. Stanford et al*, H-09-342

Dear Defense Counsel:

On April 30, a hot document folder was made available to the defense on *iConnect*. We now are providing a hard drive for each defendant that contains the same documents contained in the *iConnect* folder. Both on *iConnect* and on the hard drive, these documents are electronically searchable.

When we compiled our various folders, there ended up being over 57,000 documents that had been identified. This is more than the 10,000 document estimate previously given, but we wanted to identity at this time any documents you might find potentially relevant and the search capability will further assist in determining which of these documents pertain to your client.

In addition, I am working on compiling much smaller universe of hot documents such as those that are alleged as overt acts in the indictment. I hope to provide that file to you by end of May.



**App. 1080**

U.S. Department of Justice

*United States Attorney*
*Southern District of Texas*

---

910 Travis Street, # 1500                                 Phone (713) 567-9000
Post Office Box 61129                                     Fax (713) 718-3300
Houston, Texas 77208

June 3, 2010

*via courier pickup*

Bob S. Bennett
Counsel for Mr. Stanford

Dan Cogdell
Counsel for Ms. Holt

Jack Zimmermann
Counsel for Mr. Lopez

Richard Kuniansky
Counsel for Mr. Kuhrt

Re: *United States v. Stanford et al*, H-09-342

Dear Defense Counsel:

       As I previously advised, on May 28, a folder of 458 documents that the government has designated as "hot documents" were made available to the defense via the *iCONECT* internet database. Today, I am providing each party with a DVD containing a download of these 458 documents. The DVD provides the documents in a searchable format.

       As always, please contact me with any questions.

                               Sincerely,

                               Gregg Costa

**App. 1081**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CR. NO. 4:09-342-01 |
| v. | § | |
| | § | |
| | § | |
| ROBERT ALLEN STANFORD | § | |
| | § | |
| | § | |

## DECLARATION OF JENNIFER HANSEN, ESQ.

In accordance with the provisions of 28 U.S.C. § 1746, I, Jennifer M. Hansen, make the

following unsworn declaration, under penalty of perjury, pertinent to the above-numbered cause:

1.   I am presently employed with the U.S. Department of Justice as a Senior

Attorney-Advisor for the Federal Bureau of Prisons (BOP) at the Consolidated

Legal Center in Houston, Texas (CLC Houston).  As part of the normal course of

my duties, I have access to inmate records maintained by the BOP in the ordinary

course of business.   These records include computerized records, such as

administrative remedies, inmate administrative claims, and sentencing

information, among other items, as well as hard copies of other records, such as

Inmate Visiting Logs.

2.   The statements I make hereinafter are made on the basis of my review of the

official files and records of the BOP, my own personal knowledge, or on the basis

of information acquired by me through the performance of my official duties.  I



GOVERNMENT'S
EXHIBIT
8

**App. 1082**

am familiar with the administrative remedy process provided and followed by the BOP. Furthermore, I am familiar with the allegations raised by Defendant, Robert Allen Stanford, Register Number 35017-183, contained in his Motion for Release. After recently reviewing inmate Stanford's administrative remedies filed in the BOP, he has not exhausted his administrative remedies with respect to the issues he brings before the Court in his Motion for Release.

3.     As set forth in 28 C.F.R. §§ 542.10 - 542.19, the BOP makes available to its inmates a three-level administrative remedy process in the event that informal resolution procedures fail. The purpose of this administrative remedy process is to permit inmates to seek formal review of an issue relating to any aspect of his/her own confinement and to permit this agency an opportunity to employ its expertise to redress grievances concerning the BOP. Among other times, this process must be invoked and exhausted when inmates allege that certain terms of their confinement are in violation of the United States Constitution or BOP policy.

4.     Ordinarily, once an inmate has attempted to informally resolve the issue, the administrative remedy process is commenced by filing a Request for Administrative Remedy (Form BP-9) at the institution where the inmate is incarcerated. 28 C.F.R. § 542.13-14. Should the inmate's complaint be denied at the institution level, the inmate may appeal by filing a Regional Administrative Remedy Appeal (Form BP-10) with the Regional Office for the geographic region in which the inmate's current institution of confinement is located. Id. § 542.15(a). This is the second step of the process. For an inmate at the Federal

Page 2 of 10

App. 1083

Detention Center in Houston, Texas (FDC Houston), this appeal would be filed

with the South Central Regional Office (SCRO) of the BOP in Dallas, Texas. If

the Regional Office denies relief, the inmate, if dissatisfied, must appeal to the

BOP's Office of General Counsel via a Central Office Administrative Remedy

Appeal (Form BP-11). Id. This is the third and final step of the process. To

properly exhaust all administrative remedies, an inmate must timely and properly

present a claim to each level, have that remedy request accepted and receive an

actual response to that request.

5.    This administrative remedy process differs slightly in cases involving an inmate

challenge to a disciplinary hearing (DHO Hearing), or where the content of an

inmate complaint is "sensitive" within the meaning of BOP policy. "Sensitivity"

determinations are made by the Regional Administrative Remedy Coordinator. 28

C.F.R. § 542.14(d)(1). In such cases, rather than filing the initial submission with

the institution (BP-9), an inmate's first submission would be to the Regional

Office (BP-10). 28 C.F.R. § 542.14(d)(1)-(4)

6.    BOP inmates have access to the administrative remedy forms (BP-9's, 10's and

11's) that are required to exhaust administrative remedies. Such forms are

generally obtained from the inmates' assigned correctional counselors. 28 C.F.R.

§ 542.14. Per expressed BOP policy, inmates may obtain assistance from another

inmate or from institution staff in preparing submissions of administrative

remedies. 28 C.F.R. § 542.16.

7.    A thorough review of BOP computerized administrative remedy records reveals

App. 1084

that Defendant, Robert Allen Stanford, Register Number 35017-183, has failed to exhaust his administrative remedies with respect to the issues raised in his Motion for Release. A True and Correct Copy of Administrative Remedy Generalized Retrieval for inmate Robert Allen Stanford, Register Number 35017-183, dated May 26, 2010, is attached as Exhibit A.

8.    The allegations inmate Stanford brings before the Court relate to conditions of confinement at FDC Houston, such as access to legal materials, access to the Internet, access to his attorneys, legal visitation issues, and issues related to his mental health and medical care.

9.    A review of Plaintiff's administrative remedy filings indicates that he failed to file any administrative remedies with the Bureau concerning the matters brought before the Court in his Motion for Release. Although inmate Stanford has filed three (3) administrative remedies since 2009, he has filed none with respect to the issues raised before the Court in his Motion for Release. See Exhibit A.

10.   Aside from the matter of exhaustion of administrative remedies, I have reviewed inmate Stanford's Motion for Release and his complaints related to conditions of confinement at FDC Houston. With respect to issues related to his access to attorneys and legal assistants, access to legal materials, access to electronic data, and access to the Inmate Law Library, I will review each separately below. Additionally, I have provided inmate Stanford's previous and current legal teams with a copy of the Legal Guide to FDC Houston, which sets forth BOP and FDC Houston policy. A True and Correct Copy of the Legal Guide to FDC Houston,

Page 4 of 10

**App. 1085**

dated February 2010, is attached as Exhibit B.

11.    **Legal Visitation at FDC Houston**:  Attorneys and their approved legal assistants, which include law clerks, investigators, interpreters, paralegals, notaries, mitigation specialists, and mental health professionals, can visit with inmates at FDC Houston seven days a week.  Legal visitation hours are:  8:00 a.m. until 8:00 p.m., Monday through Thursday, and 8:00 a.m. through 3:00 p.m., Friday through Sunday and federal holidays.  Requests for legal visitation beyond these designated hours can be requested through the inmate's Unit Team.

12.    With respect to legal visits for inmate Stanford, from April 1, 2010 through May 31, 2010, he has received visits from attorneys and their approved legal assistants on the following dates and times; times listed are from when the first visitor entered until the last visitor left each day, however, there may not have been continuous visitation during all hours listed:

> April 1, 2010 (four visits between 1:00pm and 5:45pm)
> April 2, 2010 (six visits between 8:20am and 2:59pm)
> April 3, 2010 (four visits between 8:10am and 2:41pm)
> April 4, 2010 (two visits between 12:45pm and 3:10pm)
> April 5, 2010 (six visits between 5:30pm and 8:02pm)
> April 6, 2010 (three visits between 6:00pm and 7:15pm)
> April 7, 2010 (nine visits between 10:15am and 7:45pm)
> April 8, 2010 (five visits between 10:49am and 5:07pm)
> April 9, 2010 (seven visits between 8:30am and 2:35pm)
> April 10, 2010 (two visits between 12:40pm and 3:00pm)
> April 11, 2010 (four visits between 11:30am and 3:18pm)
> April 12, 2010 (seven visits between 10:18am and 6:45pm)
> April 13, 2010 (four visits between 8:58am and 3:30pm)
> April 14, 2010 (seven visits between 12:50pm and 7:25pm)
> April 15, 2010 (eight visits between 9:10am and 7:15pm)
> April 16, 2010 (two visits between 12:30pm and 3:00pm)
> April 17, 2010 (two visits between 8:00am and 2:00pm)

Page 5 of  10

**App. 1086**

April 18, 2010 (two visits between 8:30am and 3:00pm)
April 19, 2010 (three visits between 10:05am and 8:00pm)
April 20, 2010 (five visits between 9:05am and 7:05pm)
April 21, 2010 (four visits between 11:45am and 7:30pm)
April 22, 2010 (three visits between 10:13am and 5:00pm)
April 23, 2010 (six visits between 8:15am and 3:05pm)
April 24, 2010 (one visit between 11:20am and 12:44pm)
April 25, 2010 (three visits between 11:20am and 6:46pm)
April 26, 2010 (two visits between 8:30am and 8:02pm)
April 27, 2010 (seven visits between 11:10am and 7:38pm)
April 28, 2010 (four visits between 8:30am and 7:25pm)
April 29, 2010 (seven visits between 9:15am and 7:15pm)
April 30, 2010 (three visits between 9:25am and 3:00pm)
May 1, 2010 (two visits between 8:43am and 3:00pm)
May 2, 2010 (two visits between 9:10am and 9:00pm)
May 3, 2010 (five visits between 8:30am and 7:40pm)
May 4, 2010 (three visits between 9:00am and 6:44pm)
May 5, 2010 (four visits between 9:00am and 8:00pm)
May 6, 2010 (nine visits between 9:00am and 7:30pm)
May 7, 2010 (two visits between 9:00am and 12:20pm)
May 8, 2010 (one visit between 8:25am and 10:45am)
May 9, 2010 (two visits between 9:00am and 8:00pm)
May 10, 2010 (seven visits between 8:45am and 7:34pm)
May 11, 2010 (three visits between 9:15am and 6:45pm)
May 12, 2010 (four visits between 8:50am and 6:15pm)
May 13, 2010 (three visits between 9:15am and 12:05pm)
May 14, 2010 (four visits between 9:05am and 11:50am)
May 15, 2010 (three visits between 11:15am and 7:30pm)
May 16, 2010 (five visits between 12:26pm and 7:00pm)
May 17, 2010 (seven visits between 9:05am and 7:45pm)
May 18, 2010 (seven visits between 8:07am and 8:00pm)
May 19, 2010 (five visits between 9:00am and 7:38pm)
May 20, 2010 (nine visits between 8:13am and 8:00pm)
May 21, 2010 (three visits between 8:40am and 8:15pm)
May 22, 2010 (two visits between 11:30am and 7:30pm)
May 23, 2010 (six visits between 11:45am and 9:00pm)
May 24, 2010 (four visits between 5:45pm and 8:00pm)
May 25, 2010 (two visits between 4:50pm and 7:00pm)
May 26, 2010 (eight visits between 8:20am and 7:45pm)
May 27, 2010 (eleven visits between 8:40am and 7:22pm)
May 28, 2010 (five visits between 8:46am and 8:00pm)
May 29, 2010 (four visits between 10:48am and 8:00pm)
May 30, 2010 (one visit between 6:15pm and 8:00pm)

App. 1087

May 31, 2010 (four visits between 10:50am and 3:10pm)

13.     Inmate Stanford has requested, and has been approved for, extended legal

visitation on each instance in which his legal team has requested such a visit

within 24-hours of the requested visiting date and time.  Inmate Stanford has been

approved for extended legal visiting with all members of his legal team on the

following dates and times:

> Sunday, April 25, 2010 5pm until 8pm
> Sunday, May 2, 2010 6pm until 9pm
> Thursday, May 6, 2010 8pm until 10pm
> Friday, May 7, 2010 6pm until 9pm
> Sunday, May 9, 2010 6pm until 9pm
> Friday, May 14, 2010 6pm until 9pm
> Saturday, May 15, 2010 6pm until 9pm
> Sunday, May 16, 2010 6pm until 9pm
> Friday, May 21, 2010 6pm until 9pm
> Saturday, May 22, 2010 6pm until 9pm
> Sunday, May 23, 2010 6pm until 9pm
> Thursday, May 27, 2010 8pm until 11pm
> Friday, May 28, 2010 6pm until 9pm
> Saturday, May 29, 2010 6pm until 9pm
> Sunday, May 30, 2010 6pm until 9pm
> Tuesday, June 1, 2010 8pm until 10pm
> Wednesday, June 2, 2010 8pm until 10pm

14.     **Access to Legal Materials**:  When visiting with an inmate, attorneys and their

approved legal assistants may enter FDC Houston with boxes of legal materials to

review with their client.  At the end of the visit, legal visitors may provide the

inmate a limited amount of legal papers after informing the Visiting Room

Officer-in-Charge that they intend to do so.  For security reasons, documents to be

given to an inmate must be individualized sheets of paper without folders, clips,

**App. 1088**

or any other form of a binding with the exception of staples used to attach a
minimal number of pages. As for the exchange of legal materials, FDC Houston
policy permits inmates and their attorneys to exchange a reasonable amount of
legal material during legal visits. After reviewing the needs of inmate Stanford, a
a reasonable amount of legal material to be exchanged during each visit is
considered to be the size of a ream of paper and staff at FDC Houston have been
so advised. Given the voluminous nature of this case, I have also advised inmate
Stanford's legal team that they may switch out legal material on a regular basis
and that staff are available to assist with this upon their request. I have not yet
received such a request. Attorneys and legal assistants may also leave legal
documents for an inmate by utilizing the legal mailbox located in the entry area of
the institution. This mailbox, which is only for legal mail, is also available for
members of the legal community who are not partaking in legal visitation, but
who wish to leave legal papers for an inmate. With respect to the amount of legal
material an inmate may possess, inmates at FDC Houston are permitted to have up
to three cubic feet of legal material in their cell. I have advised inmate Stanford's
legal team that he may submit an Inmate Request to Staff Member, commonly
referred to as a "cop-out," to Warden Driver to request additional legal material
storage space in his cell in the event he requires more than the three cubic feet
currently permitted. Warden Driver has not yet received such a request.
Additionally, in order to assist inmate Stanford organize his legal materials, on
April 19, 2010, I personally provided him with twelve expandable folders, which

App. 1089

his legal team refers to as "red ropes," that Warden Driver issued to him. Similar folders are now available for inmate purchase in the Commissary. As for the request that inmate Stanford be given three-ring binders, alligator clips, paper clips and other such items, these metal objects pose serious security risks in a prison as they can be used to make weapons and tamper with security devices, such as handcuffs, so they are not permitted at FDC Houston.

15.     **Access to Electronic Data**: For many years, a computer has been available in the Inmate Visiting Room at FDC Houston for attorneys and approved legal assistants to review electronic media with their clients. Therefore, a computer has always been available to any member of inmate Stanford's legal team to use since his arrival at FDC Houston September 29, 2009. On several occasions, I have personally advised members of inmate Stanford's previous and current legal team of the availability of a computer for their use to review electronic media with their client and the location of the computer in the Inmate Visiting Room. Additionally, on April 21, 2010, the same day as the first official written request by any member of inmate Stanford's legal team, FDC Houston granted their request to enter FDC Houston with a laptop computer, external hard drive, and/or a computer printer during each legal visit. On April 22, 2010, FDC Houston also placed two brand new computers in the Inmate Visiting Room, one of which is available at any time to inmate Stanford's legal team. Any request for Internet access was denied in light of the accommodations described above and based on reasons provided to this Court on March 12, 2010. A True and Correct Copy of

<div align="center">Page 9 of 10</div>

the March 12, 2010, letter to Judge Hittner from Warden Driver is attached as Exhibit C.

16. **Access to the Inmate Law Library**: Inmates at FDC Houston, including inmate Stanford, have access to the electronic law library through computer terminals on each housing unit. The computers are available Monday through Friday during the following hours: 6:00am until 7:30am, 9:00am until 3:30pm, 6:00pm until 9:30pm. On Saturdays, Sundays and federal holidays, the computers are available from 6:00am until 9:30pm. Additionally, two days a week, Mr. Stanford's housing unit can visit the Inmate Law Library to access the computers and legal materials there. Inmate Stanford can also submit an Inmate Request to Staff Member to the Supervisor of Education to request additional time in the law library and he has been so advised.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on this 3rd day of June, 2010.

Jennifer M. Hansen
Senior Attorney-Advisor
Federal Bureau of Prisons
CLC Houston

Page 10 of 10

**App. 1091**

# EXHIBIT A

```
HOU4D           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        05-26-2010
PAGE 001 OF                                                          14:38:37
      FUNCTION: L-P SCOPE: REG     EQ 35017-183     OUTPUT FORMAT: FULL_____
------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____        DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _         RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____     ____     ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
       PERSON: ____     ____     ____     ____     ____     ____
         TYPE: ____     ____     ____     ____     ____     ____
EVNT FACL: EQ ____     ____     ____     ____     ____     ____
RCV FACL.: EQ ____     ____     ____     ____     ____     ____
RCV UN/LC: EQ ____     ____     ____     ____     ____     ____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____     ____     ____     ____     ____     ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____


G0002       MORE PAGES TO FOLLOW . . .
```

App. 1093

```
    HOU4D           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      05-26-2010
  PAGE 002 OF      *             FULL SCREEN FORMAT                *      14:38:37


REGNO: 35017-183 NAME: STANFORD, ROBERT
RSP OF...: HOU UNT/LOC/DST: 5 WEST               QTR.: E04-227L   RCV OFC: HOU
REMEDY ID: 562760-F1      SUB1: 21AM SUB2:       DATE RCV:   10-28-2009
UNT RCV..: 6 WEST         QTR RCV.: F03-111L     FACL RCV: HOU
UNT ORG..: 6 WEST         QTR ORG.: F03-111L     FACL ORG: HOU
EVT FACL.: HOU      ACC LEV:  HOU  2                     RESP DUE:
ABSTRACT.: REQUESTS INCIDENT REPORT AND UDC FINDINGS SET ASIDE
STATUS DT: 10-30-2009   STATUS CODE: REJ STATUS REASON: ONE RSF
INCRPTNO.: 1927127   RCT:   EXT:   DATE ENTD: 10-30-2009
REMARKS..:




REGNO: 35017-183 NAME: STANFORD, ROBERT
RSP OF...: HOU UNT/LOC/DST: 5 WEST               QTR.: E04-227L   RCV OFC: HOU
REMEDY ID: 562760-F2      SUB1: 21AM SUB2:       DATE RCV:   11-05-2009
UNT RCV..: 6 WEST         QTR RCV.: F03-111L     FACL RCV: HOU
UNT ORG..: 6 WEST         QTR ORG.: F03-111L     FACL ORG: HOU
EVT FACL.: HOU      ACC LEV:  HOU  2                     RESP DUE:  WED  11-25-2009
ABSTRACT.: REQUESTS INCIDENT REPORT AND UDC FINDINGS SET ASIDE
STATUS DT: 11-20-2009   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 1927127   RCT: N EXT:   DATE ENTD: 11-05-2009
REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN   TRK TYPE    DATE RETURNED
THU 11-12-2009     UNT MGT      LE    11-05-2009    INV       11-20-2009
```

G0002      MORE PAGES TO FOLLOW . . .

App. 1094

```
REGNO: 35017-183 NAME: STANFORD, ROBERT
RSP OF...: HOU UNT/LOC/DST: 5 WEST          QTR.: E04-227L    RCV OFC: SCR
REMEDY ID: 562760-R1      SUB1: 21AM SUB2:          DATE RCV:  12-11-2009
UNT RCV..: 6 WEST      QTR RCV.: F03-111L      FACL RCV: HOU
UNT ORG..: 6 WEST      QTR ORG.: F03-111L      FACL ORG: HOU
EVT FACL.: HOU    ACC LEV: HOU 2                RESP DUE:
ABSTRACT.: UDC HRNG 10-08-09, CODE 327A
STATUS DT: 12-11-2009   STATUS CODE: REJ STATUS REASON: FRM RSA
INCRPTNO.: 1927127   RCT:   EXT:   DATE ENTD: 12-23-2009
REMARKS..: REGIONAL APPEALS MUST BE ON A YELLOW BP-10 FORM.
```

```
                 3 REMEDY SUBMISSION(S) SELECTED
G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

# EXHIBIT B

**U.S. Department of Justice**

Federal Bureau of Prisons

# LEGAL GUIDE TO THE FEDERAL DETENTION CENTER HOUSTON, TEXAS



February 2010

App. 1097

# I.   INTRODUCTION

The Federal Detention Center at Houston, Texas (FDC Houston) is an administrative, multi-level facility in the heart of downtown Houston designed to meet the detention needs of adult male and female offenders appearing before the Federal Court in the Southern District of Texas. FDC Houston fosters the prompt movement of persons to and from the courts, and facilitates contact with court officials, attorneys, and families during periods of detention.

FDC Houston also incarcerates adult male and female offenders who have been sentenced by United States District Courts to serve sentences of a relatively short duration. These sentenced offenders are ordinarily from the south central United States. Offenders with longer terms of incarceration may also serve the latter portion of their sentence at this facility for the purpose of facilitating release to this area. FDC Houston also incarcerates adult male and female holdover status inmates who are awaiting sentencing, designation, or transportation to their designated institution.

The information contained in this Guide is meant to confer general guidance and is not all inclusive. We cannot envision every circumstance that could occur, and therefore, the Guide does not contain the answers to all questions. Furthermore, Bureau policy, from which this Guide derives, is subject to periodic change. Accordingly, readers should consult all applicable policy for any revisions that may have occurred. Please contact the Legal Department or appropriate staff with any questions. Also, special circumstances may arise where we will not follow normal procedures.

## A.   Address

Mailing address:        Inmate Mail/Parcels:

**INMATE NAME & REGISTER NUMBER**
FDC Houston
Federal Detention Center
P.O. Box 526255
Houston, TX 77052

Staff:

**STAFF NAME**
FDC Houston
Federal Detention Center
P.O. Box 526245
Houston, TX 77052

1

Physical Address:          1200 Texas Avenue
                           Houston, TX 77002

## B.   Telephone Numbers

Main Number:               (713) 221-5400

Legal Department:

| | | |
|---|---|---|
| Supervisory Attorney | (713) 229-4104 | Fax - (713) 229-4232 |
| FDC Houston Staff Attorney | (713) 229-4187 | Fax - (713) 229-4200 |
| Paralegal | (713) 229-4186 | Fax - (713) 229-4232 |
| Paralegal | (713) 229-4118 | Fax - (713) 229-4232 |

Unit Teams:

| | | |
|---|---|---|
| Unit Managers | (713) 221-5400 | Unit 3/4  Ext. - 3001 |
| | | Unit 5/6  Ext. - 6001 |

## C.   Bureau of Prisons' Web Addresses

Federal Bureau of Prisons:

http://www.bop.gov

Access to Inmate Locator, BOP Program Statements, procedures for requesting
documents under the Freedom of Information Act, etc.

Office of General Counsel

http://www.bop.gov/news/PDFs/legal_guide.pdf

Legal Guide to the Bureau of Prisons, including in-depth information regarding
evaluations of offender mental capacity, sentencing issues, post-conviction issues,
medical care, and contact information for all legal offices within the BOP.

FDC Houston:

http://www.bop.gov/locations/institutions/hou/index.jsp

Access to FDC Houston contact information and visitation regulations.

2

App. 1099

# II.    PRETRIAL DETENTION

FDC Houston staff are aware of and appreciate the importance of the institution's pretrial detention mission. Appropriate courtesy and decorum are expected from all staff. In turn, our staff appreciate the professionalism and courtesy expected from attorneys and other legal assistants.

## A.    Legal Visiting

### 1.    **Visiting Hours**

Legal visitation hours are as follows:

| | |
|---|---|
| Monday, Tuesday,<br>Wednesday, Thursday | 8:00 a.m. - 8:00 p.m. |
| Friday, Saturday,<br>Sunday, Holidays | 8:00 a.m. - 3:00 p.m. |

In order to minimize delays, attorneys should visit during these times. Visiting at other times should only be in emergency situations and must be approved by the Warden on a case-by-case basis. See Appendix, FDC Houston Institution Supplement 5267.08a, Visiting Regulations. Requests for visitation outside of the designated hours for legal visitation will only be approved in compelling circumstances. Requests for visitation beyond the designated hours should be directed to the inmate's Unit Team and, to ensure staff coverage for any such visit, must be made twenty-four (24) hours in advance whenever possible.

### 2.    **Attorney Processing**

Processing of legal visitors will begin thirty (30) minutes prior to scheduled visiting hours, and will end one hour prior to the end of the visitation period. Tuesdays and Wednesdays are designated exclusively for legal visits. There is no social visiting during those days. There are inmate counts at 4:00 p.m. daily, and an additional count at 10:00 a.m. on weekends and federal holidays. Additional unscheduled counts may also occur at any time. **Attorney/visitor processing ceases thirty minutes prior to a count.** Counts take approximately 30 to 40 minutes to clear. During this time, all movement in the institution ceases. Movement of legal visitors resumes upon verbal count confirmation, whereas the movement of social visitors and inmates resumes after written count confirmation. Accordingly, visitors to FDC Houston should take this institution activity into consideration when planning to initiate and conclude visits.

Attorneys seeking a legal visit are responsible for indicating where they are actively licensed and how that fact may be verified. Licensure may be satisfactorily demonstrated

3

through presentation of a current bar card. Attorneys from the Office of the Federal Public Defender may, in lieu of a bar card, present credentials of that office with their picture for entry into the institution. After completing the Notification to Visitor and Visiting Attorney Statement forms, and signing the bound ledger, attorneys will be processed through the metal detector and will have their hands stamped before being allowed entry into the institution. Attorneys and their representatives will generally be processed ahead of social visitors when possible. All legal materials and briefcases will be searched for contraband, and processed through the x-ray machine. Portable phones, pagers, personal digital assistants, and nonlegal materials, such as newspapers and magazines, gum, candy, highlighters, etc., are not permitted in the Visiting Room. All legal visitors must successfully clear a metal detector prior to entering FDC Houston.

Attorneys are ordinarily **not** permitted to bring material witnesses or a client's family members or friends into the Visiting Room. Prior approval to do so must be received from the Warden. Written requests for such approval should clearly outline the specific circumstances requiring this type of visit. Visits will not be approved if alternative arrangements are available to defense counsel.

**Official Visitors**: Federal employees, including Assistant U.S. Attorneys, law enforcement officers, U.S. Court officials, U.S. Probation Officers, and Assistant Federal Public Defenders, will be permitted to visit upon presentation of appropriate identification. All visitors must sign in and out of the bound ledger. All official visitors must successfully clear a metal detector, and their materials must clear an x-ray machine, prior to entering FDC Houston.

3.  **Visiting Rooms**

To ensure a high degree of privacy, attorney-client visits will normally be conducted in one of the six (6) attorney-client rooms located in the visiting room. Attorney-client rooms are available on a first-come, first-serve basis. If all attorney-client rooms are occupied, and time permits, attorneys have the option of waiting until a room is available, visiting with their client in the open area of the Visiting Room, or returning another time.

4.  **Dress Code**

Visitors are required to dress appropriately. This suggests clothing that is appropriate for a correctional setting or court room. Visitors will not be allowed to wear halter tops, see-through garments of any type, or any other types clothing which may be deemed provocative or inappropriate for a correctional setting. Additionally, for safety and sanitation reasons, no open toe shoes or sandals will be permitted. Those wearing questionable clothing will be referred to the Institution Duty Officer, or the Operations Lieutenant, in his/her absence. See Appendix, FDC Houston Institution Supplement 5267.08a, Visiting Regulations, for further guidance.

4

**App. 1101**

5. **Legal Assistants**

Legal assistants such as law clerks, investigators, interpreters, paralegals, notaries, mitigation specialists, and mental health professionals must receive prior approval to participate in legal visitation, regardless of whether the legal assistant is accompanied by an attorney. Attorneys desiring a legal assistant's participation in legal visitation are responsible for submitting a completed Application to Enter Institution as a Legal Assistant form. See Attachment E to Appendix.

**Ordinarily, completed applications must be mailed to the appropriate Unit Manager. For sponsoring attorneys with last names beginning A through M, applications should be mailed to the Unit 3/4 Manager. For sponsoring attorneys with last names N through Z, applications should be mailed to the Unit 5/6 Manager. Original signatures for this form are required for processing. To ensure orderly delivery to the intended recipient, hand-delivered applications will not ordinarily be accepted.** For application requiring expedited processing, copies may be faxed to the FDC Houston Attorney at (713) 229-4200, but a hard copy of the application must still be mailed to the Unit Manager. Review of properly submitted applications will normally be completed within two business days excluding the date of submission. Unit Team staff will consult with the Legal Department prior to any denial of a legal assistant's request. See Appendix, FDC Houston Institution Supplement 5267.08a, Visiting Regulations, for further information.

Approved legal assistants who wish to engage in legal correspondence with an inmate, or conduct legal visits with an inmate while not in the presence of a sponsoring attorney, may submit a facsimile transmission of a Request for Expanded Legal Assistant Privileges form (See Attachment G to Appendix) to the respective Unit Manager. Requests for Expanded Legal Assistant Privileges forms will normally be processed within two business days, excluding the date received.

**Federal Court Contracted Interpreters:** Interpreters who contracted through the Office of the Chief Interpreter in the Southern District of Texas must submit an annual NCIC background check. This form should be mailed from the Office of Chief Interpreter to FDC Houston requesting approval for each contract interpreter. Once approved, these federal contract court interpreters may enter with a court official who possesses court credentials or with any actively licensed attorney.

6. **Court Related Examinations/Depositions/Polygraphs**

Medical examinations by outside physicians require a court order. Arrangements must be made through the Medical Department after the Legal Department reviews the court order. Attorneys are required to contact the Legal Department with any questions regarding an inmate's medical condition or treatment. Federal Bureau of Prisons' staff are not authorized to release information about inmates without the express written consent of the subject inmate.

5

**App. 1102**

Psychological and other expert interviews may be conducted once the expert is approved as a legal representative (See Section 5 above).

**Polygraphs:** The Warden may permit polygraph tests in connection with a state or federal criminal felony investigations. See 28 C.F.R. § 551.71. Polygraph tests in connection with misdemeanor offenses, civil proceedings, or any other matters are generally disfavored, absent a federal court order. Id. Requests for polygraph examinations must be arranged through the Unit Manager after the order is reviewed by the Legal Department and approved in advance by the Warden. The written request should be forwarded to the Legal Department and must include at least the following information:

> (1) Inmate's name and Register Number;
> (2) Case caption, Case No. and nature of matter;
> (3) Requested date and time;
> (4) Expected length;
> (5) Name, title, and organization of each person
>     attending;
> (6) List of all equipment to be used;
> (7) Indicate whether inmate consent has been obtained.

The Warden must be able to confirm the validity of the request and the inmate being examined must give written consent on a form provided for that purpose. Requesters are responsible for meeting all state and local requirements in administering the test.

**Depositions:** Depositions for inmates in federal civil and criminal cases require a court order. See Fed. R. Civ. P. 30(a)(2). Depositions for state matters, both civil and criminal, require advanced approval from the Warden, and must be arranged through the Unit Team after the Legal Department reviews the request. Written requests for depositions should be forwarded to the Legal Department. A court order may also be required. All deposition requests must be made in writing and include the following information:

> (1) Name and Register Number of the inmate being
>     deposed;
> (2) Name, title, and organization of each person
>     attending;
> (3) Requested date and time for the deposition;
> (4) Expected length of deposition;
> (5) List of all equipment to be used at the deposition;
> (6) Case caption, case number, and reason for taking
>     deposition;
> (7) Attached court order, if applicable

Video, audio recorders or computers are not allowed inside the institution without the

6

permission of the Warden. Furthermore, all equipment is subject to inspection prior to entering the institution.

7.   **Legal Materials (Including Audio, Video and Electronic Medium)**

Attorneys and their approved legal assistants may enter the Visiting Room with legal materials, including legal video, audio tapes, and electronic discovery materials, such as CD-ROMs. Attorneys and their assistants are only permitted to use equipment provided by FDC Houston; personal electronic devices, such as computers, audio players, etc., are not permitted. The electronic equipment provided by FDC Houston is available on a first-come, first-serve basis.

Legal visitors may provide an inmate with whom they are visiting a limited amount of legal papers at the end of the visit after informing the Visiting Room Officer-in-Charge (OIC) that they intend to do so. Documents to be given to an inmate must be individualized sheets of paper without folders, clips, and any other form of a binding with the exception of staples used to attach a minimal number of pages. Prior to an inmate's return to his/her cell, all papers in an inmate's possession will be inspected to verify that the papers are limited to legal materials and contain no contraband. Any documents that are identified as being non-legal in nature must be sent to the inmate via regular correspondence.

Attorneys may also leave legal documents for an inmate by utilizing the legal mailbox located in the entry area of the institution. This mailbox, which is only for legal mail, is also available for members of the legal community who are not partaking in legal visitation, but who wish to leave legal papers for an inmate. All documents placed in this mailbox must have the inmate's name and register number, and have the following statement on the outside of the envelope, "SPECIAL MAIL - OPEN ONLY IN THE PRESENCE OF THE INMATE." The originating party's name must also be clearly identified on the envelope indicating that they are a licensed attorney or other individual approved for special mail privileges with the intended inmate recipient. Envelopes with insufficient markings will be treated as general correspondence and will be inspected and read. See Section C.1 below for further information.

For inmates with substantial discovery materials, please contact the Legal Department to discuss options for providing these voluminous materials to inmates incrementally, such as switching out the materials at scheduled intervals through the inmate's Unit Team.

Legal material, such as videos, CD-ROMs and audio tapes, may not be left in the Front Lobby legal mail box. In most circumstances, attorneys, or their authorized legal assistants, should review legal materials such as videos, CD-ROMs and audio tapes with inmates in the visiting room during established legal visiting times. The visiting room at FDC Houston has access to a stand-alone computer which is capable of reading audio and video CD-ROMs. The visiting room also has equipment available for the review of cassette tapes.

App. 1104

Legal video and audio tapes may only be mailed to an inmate with the permission of the Warden or an appropriate designee. Attorneys must make a written request, which may be sent to the inmate's Unit Manager, and should include the following:

      (1) Inmate's Name and Register Number;
      (2) Case Number;
      (3) Reason for sending tapes to inmate;
      (4) Length of time the tapes are expected to be in possession of the inmate;
      (5) Scheduled trial date and expected length of trial;
      (6) Prosecuting Assistant U.S. Attorney

In cases with multiple defendants, one set of video and/or audio tapes may be used by all defendants. Each defense attorney must send a written request for his/her client to review the video and/or audio tapes. Requests should be directed to the Warden. Defense attorneys have the responsibility of coordinating a schedule which ensures that each of their clients have adequate access to the materials. Audio and/or video tapes mailed to the institution must follow the legal mail procedures addressed in a separate section below. Program Statement 5265.11, Correspondence, contains further guidance. The outside of the package must specifically lists its contents. For example: "Contents: Videotapes." Once an inmate has finished using the audio and/or video tapes, the tapes must be either mailed out at the inmate's expense, picked-up by defense attorney, or they will be destroyed.

### 8.    **Separation Assignments**

FDC Houston houses inmates who require separation from each other; these individuals are commonly referred to as "separatees." Since these inmates must be separated from each other at all times, it is not possible for two separatees to be in the Visiting Room together. Visitation for inmates with separation assignments will be processed on a first-come, first-serve basis. The remaining visitors will be processed as soon as the Visiting Room Officer notifies the Front Lobby that the inmate and his or her visitors have departed. Absent compelling circumstances, attorneys will be asked to wait or reschedule the visit if their client has a separatee in the Visiting Room when they arrive at FDC Houston.

### 9.    **Co-Defendant Meetings**

Inmates who are charged in the same indictment and who are both housed at FDC Houston may be permitted to have co-defendant meetings with their attorneys in the Visiting Room. Attorneys must provide 24 hours advanced notice of a request for such a meeting. The attorney should fax the request indicating the time, date, names of all participants, and register numbers of the inmates, along with a copy of the PACER docket sheet, to the FDC Houston Staff Attorney at (713) 229-4200. The requesting attorney will be advised when approval has been granted.

App. 1105