IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL.,<br><br>Plaintiff,<br><br>v.<br><br>JAMES R. ALGUIRE, ET AL.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Case No. 3:09-CV-0724-N-BQ |

## ORDER OF DISMISSAL

Pursuant to the Agreed Motion to Dismiss, it is hereby ORDERED that:

1. All claims in this action by the Plaintiff, Receiver Ralph S. Janvey (the "Receiver"), against Relief Defendant Pershing LLC ("Pershing" and together with the Receiver, the "Parties") are DISMISSED; and

2. The Parties will bear their own costs, expenses, and attorneys' fees.

SIGNED September 22, 2023.

_____
DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE