IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

### SPECIAL ORDER NO. 3-353

Effective August 1, 2024, all civil cases assigned to Magistrate Judge D. Gordon Bryant are reassigned to Magistrate Judge Amanda R. Burch and shall henceforth carry the suffix letters "BV." Magistrate Judge Burch shall seek consent of the parties in these cases to conduct all further proceedings and order the entry of final judgment in accordance with 28 U.S.C. § 636(c). If all parties do not consent, Magistrate Judge Burch shall, unless the assigned district judge otherwise orders, exercise all powers permitted by 28 U.S.C. § 636(b).

All magistrate judge and petty offense cases assigned to Magistrate Judge Bryant are reassigned to Magistrate Judge Burch and shall henceforth carry the suffix letters "BV." All remaining matters preliminarily assigned to Magistrate Judge Bryant are to be preliminarily assigned to Magistrate Judge Burch.

All matters referred to Magistrate Judge Bryant are automatically referred to Magistrate Judge Burch unless otherwise directed by the presiding district judge.

**SO ORDERED.**

August 1, 2024

DAVID C. GODBEY
CHIEF JUDGE